UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

IN THE MATTER OF
THE EXTRADITION OF
CESAR HORACIO DUARTE JAQUEZ
_____/

**COMPLAINT**
**(18 U.S.C. § 3184)**

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

**Introduction**

1. In this matter, I represent the United States of America in fulfilling its treaty obligations to Mexico.

2. There is an extradition treaty in force between the United States and Mexico, the Extradition Treaty Between the United States of America and the United Mexican States, U.S.-Mex., May 4, 1978, 31 U.S.T. 5059, *as amended by* the Protocol to the Extradition Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S.–Mex., Nov. 13, 1997, S. Treaty Doc. No. 105–46 (1998) (collectively referenced hereafter as the "Treaty").

3. Pursuant to the Treaty, the Government of Mexico has submitted a formal request through diplomatic channels for the extradition of Cesar Horacio Duarte Jaquez ("Duarte").

4. According to the information provided by the Government of Mexico, Duarte has been charged with aggravated embezzlement, in violation of the first paragraph, section I, and second paragraph of Article 270 of the Criminal Code for the State of Chihuahua; and aggravated conspiracy, in violation of Articles 246 and 248 of the same code.

5. These offenses were committed within the jurisdiction of Mexico. A warrant for Duarte's arrest was issued on October 8, 2019, by Maria Alejandra Ramos Duran, Constitutional Rights Court Judge for the Judicial District of Morelos, in Chihuahua, Chihuahua, Mexico.

6. The warrant was issued on the basis of the following facts:

### Background

Duarte served as the Governor of the State of Chihuahua, Mexico from October 4, 2010, to October 3, 2016. In his capacity as Governor, Duarte had the duty and responsibility under Mexican law to administer state funds efficiently, effectively, economically, transparently, and honestly, and to make impartial use of those funds. However, after he left office, Mexican authorities discovered that Duarte, with the assistance of officials in his administration and others, had misappropriated state funds for the benefit of himself and his associates.

In particular, Mexican authorities discovered significant irregularities in state subsidy and loan programs purportedly intended to support the state's cattle producers and to promote the availability of quality beef, and in an alleged real estate purchase for the state. As discussed further below, from at least June 2011 to November 2014, the State of Chihuahua transferred $96,685,253.80 Mexican pesos (over US $6.5 million in 2014)[1] to two companies, Union Ganadera Regional General Division del Norte del Estado de Chihuahua ("Union Ganadera") and Financiera de la Division del Norte, S.A. de C.V., SOFOM, ENR ("Financiera"). Duarte was the majority shareholder of Financiera, a shareholder of Union Ganadera, and, at points, the chairman of the board of directors of both companies, thus posing a conflict of interest for the

---

[1] This estimate is conservatively based upon an exchange rate of approximately 14 Mexican pesos to 1 United States dollar. During the relevant period, 2011 through 2014, the exchange rate fluctuated between approximately 11 to 14 Mexican pesos to 1 United States dollar. *See* Board of Governors of the Federal Reserve System, Foreign Exchange Rates - H.10: Historical Rates for the Mexican Peso, *available at* https://www.federalreserve.gov/releases/h10/Hist/dat00_mx.htm. Hereafter, all monetary amounts are in Mexican pesos unless otherwise indicated.

2

diversion of state funds to those companies.[2] Numerous witnesses told authorities that the payments were fraudulent, that the process allocating those payments was irregular, and that the money was not used for any public purpose.

According to several witnesses, the payments were made pursuant to sham contracts that were executed upon the instructions of Duarte. Duarte gave instructions both directly and through others, including Carlos Gerardo Hermosillo Arteaga ("Hermosillo"), the son of Duarte's childhood friend. After his friend passed away, Duarte assumed care for Hermosillo. Duarte appointed Hermosillo to serve in several positions in his administration, including Head of the Trust for the Promotion of Productive Activities in the State of Chihuahua and Director General of Administration within the Secretary of the Treasury. Hermosillo also served as an officer and shareholder of Financiera and a legal representative of Union Ganadera.

The perpetrators of Duarte's embezzlement scheme included Hermosillo and other top-level public officials in the Duarte administration, including the Secretary of the Treasury, the General Director of Public Investment Programs, the Secretary of Rural Development, the Director of Agricultural Development, and the Secretary of Rural Planning. These officials approved the payment of funds without following procedures required by Mexican law, without complete or proper documentation, without sufficient budgetary justification, and without requisite follow-up to ensure that the funds were used for the stipulated purpose. In some cases, funds were improperly withdrawn from the *cuenta deudora*, the state's emergency fund, so that money could be released quickly and without justification through documentation. The *cuenta deudora* was intended to be used only in the event of serious state emergencies that required

---

[2] Both companies had the same tax domicile, which also served as the tax domicile for other companies owned by Duarte and/or his family members, including Pavimentos y Servicios, Grupo Immobiliario del Norte S.A. de C.V., and Ganadera El Saucito S.P.R. de R.L. de C.V.

immediate expenditures without supporting documentation, such as climate events or natural disasters.

According to Mexican authorities, money transferred from the state treasury to Union Ganadera and Financiera under the contracts and for the real estate purchase was not used as earmarked. Expert financial analysis (the "Expert Report") traced the money to bank accounts, property, and companies related to Duarte or his associates. According to witnesses, Duarte, Hermosillo, and Guadalupe Medina Aragon—who served as the accountant for Union Ganadera and Financiera, as well as Duarte's personal accountant and the accountant for Pavimentos y Servicios de Parral, S.A. de C.V. ("Pavimentos y Servicios"), Duarte's wife's construction company—were the only ones who managed the companies' funds and knew about the disbursement thereof.

In addition, administrative records regarding the payments contain multiple irregularities, including incomplete documentation, inconsistencies in dates and amounts, and evidence of violations of the legal procedures for granting subsidies and hiring.

### Details Regarding the Alleged Irregular Payments

Details regarding the payments under the contracts and for the real estate purchase are as follows:

1.   On June 1, 2011, the Secretary of the Treasury and the Secretary of Rural Development agreed to pay Union Ganadera $582,965.80 to purchase equipment necessary for the artificial insemination of beef cattle. The payment was effected sixteen days later, on June 17, 2011. However, no documentation indicates that Union Ganadera used the money for the intended purpose; for instance, there is an absence of invoices attesting to the purchase of the contemplated equipment. To the contrary, the Expert Report indicates that on June 20 and 27, 2011, almost all of the money (a total of $567,802.52) was transferred from the Union Ganadera

4

account to an account for Pavimentos y Servicios. A number of payments were then made from that account on June 27, 2011, including $43,844.75 paid to American Express for a credit card held by Duarte's wife, and $19,090 paid to Victor Maldonado Gachupin, a ranch-manager responsible for paying workers and other expenses at "Rancho El Milagro," a ranch owned by Duarte.

2. On September 13 and 14, 2011, the Secretary of the Treasury and the Secretary of Rural Development entered into agreements with Union Ganadera to distribute subsidies for livestock producers in Chihuahua to acquire meat-producing heifers. A former government official described the agreements as a false pretense. Pursuant to those agreements, on October 4, 2011, the State of Chihuahua paid Financiera $12 million (via two payments, one for $2,790,000 and one for $9,210,000).[3] These funds were drawn from the *cuenta deudora*. However, no documentation indicates that Financiera used the money for the intended purpose or for an emergency. To the contrary, the Expert Report indicates that the $12 million was deposited into an account previously holding a little over $1 million, from which, on October 10, 2011, $10 million was transferred to a trust registered to Duarte and his wife; and on October 12, 2011, $2 million was transferred to Finca Ingenieria Integral S.A. de C.V., a construction company owned by Cesar Humberto Javalera Leal, Duarte's partner in Financiera, and Raul Enrique Javalera Leal, both of whom had also served as witnesses for the sale of the Santa Rita ranch owned by Duarte.[4]

---

[3] Some versions of the summary table from the translation of the extradition request contain a scrivener's error dating this transaction to October 4, 2012, but the investigative summary and factual description confirm the transaction occurred in October 2011.

[4] Although the registered owner of the ranch was nominally an individual named Guastavo Alfonso Gonzalez Duarte, witnesses testified that Duarte in fact owned the ranch, and documents relating to expenses from the ranch were found in a search of one of Duarte's other homes.

3. Pursuant to the same agreements, on January 10, 2012, the State of Chihuahua again paid Financiera $12 million. These funds were drawn from the *cuenta deudora*. Again, no documentation indicates that Financiera used the money for the intended purpose, the acquisition of meat-producing heifers, or for an emergency. To the contrary, the Expert Report indicates that the funds were initially deposited into an account previously holding less than $1 million, and then invested and released on January 24, 2012, at which time they were disbursed in five payments of $2,544,815 each ($12,724,075 total) to Financiera Rural, a rural development bank run by the federal government that grants credits to producers and financial intermediaries. Multiple former government officials in Duarte's administration described these payments and the associated contracts to be simulated and illegal.

4. On November 14, 2011, the Secretary of the Treasury and the Secretary of Rural Development agreed to loan Union Ganadera $5 million, to be repaid in a lump sum on June 30, 2013. Pursuant to the agreement, the sole purpose of the loan was to provide working capital for meat producers to use to purchase livestock. On January 9, 2012, the State of Chihuahua transferred the $5 million to an account held by Union Ganadera that previously had a balance of approximately $20,000. A little over a week later, $561,340 was withdrawn from that account to pay for livestock that had been privately purchased by Hermosillo. Shortly thereafter, $3 million was paid to Nueces la Esperanza S.A. de C.V., Duarte's family company, in connection with the purchase of a ranch; and $1 million was deposited into a savings account held by Union Ganadera. There is no evidence that Union Ganadera ever repaid the loan as required by the contract on June 30, 2013, or at any other time. Moreover, according to Joaquin Francisco Hernandez Vega, who served as Treasurer of the Secretary of the Treasury, at that time of year resources were not available for the loan, and he was not aware of any other loans having previously been made by the government to a private entity like Union Ganadera.

5. On December 1, 2011, the Secretary of the Treasury and the Secretary of Rural Development entered into an agreement with Union Ganadera to provide financial compensation to cattle ranchers for the transportation of their unproductive livestock to the slaughterhouse. As with the other agreements described herein, former government officials from Duarte's tenure as governor described this contract as not legal. Pursuant to that agreement, the State of Chihuahua paid Union Ganadera $36 million, via payments of $16 million on January 10, 2012; $10 million on January 25, 2012; and $10 million on March 15, 2012. These funds were drawn from the *cuenta deudora*. However, no documentation indicates that Union Ganadera used the money for the intended purpose or for an emergency. Moreover, Mexican authorities determined that forty-five of the alleged beneficiaries of the program were in fact deceased when funds had allegedly been disbursed to them. Six other individuals who had been listed as beneficiaries told authorities that they did not receive any funds under the program and did not sign any documents, indicating that their signatures on the list of beneficiaries had been forged. The Expert Report indicates that the $36 million was invested and then disbursed among a number of individuals and companies. Those disbursements included (1) $7.2 million (paid via installments of $1.2 million each to six individuals in the Carrasco Garcia family), which was used on January 26, 2012, to purchase several ranch properties for Duarte; (2) $514,800, which was paid on January 30, 2012, to Grupo Agropecuario Buda S.P.R. de R.L. de C.V. ("Agropecuario"), a company engaged in the breeding and sale of Angus cattle, and $3,451,780 paid (via installments of $932,731, $1,655,762.50, $654,367, and $208,919) between October 10 and 30, 2012, to Alvaro Ivan Bustillos Fuentes, the son of the owner of Agropecuario, for the private sale of Angus bulls to Duarte; (3) $251,164 paid (via installments of $100,000 and $151,164 on February 13 and March 2, 2012, respectively) to Pavimentos y Servicios; and (4) $6 million, which was transferred on October 31, 2012, to an account held by Hermosillo. The $6 million,

along with $5 million and $9 million which were separately deposited into Hermosillo's account from the Union Ganadera account on October 31, 2012, were then transferred to Duarte and his wife's trust account on the same day.

6. On April 19, 2012, the Secretary of the Treasury and the Secretary of Rural Development agreed to provide Union Ganadera with funds that were to be used to purchase 116 pieces of equipment for producers in Chihuahua to artificially inseminate their livestock so as to increase their genetic quality. Pursuant to that agreement, on April 25, 2012, the State of Chihuahua paid Union Ganadera $2,692,288. These funds were drawn from the *cuenta deudora*. However, no documentation indicates that Union Ganadera used the money for the intended purpose or for an emergency. In fact, it was not until 2015 when, after numerous failed attempts, Duarte managed to clear the expense and have the account removed from the *cuenta deudora*. In the short term, however, the Expert Report indicates that the $2,692,288 was transferred to an account previously holding less than $500,000, from which $1,112,698.08 was then transferred to companies associated with Duarte. In particular, on April 27, 2012, $612,698.08 was transferred to Genera Proyectos Agroindustriales Immobiliarios S.A. de C.V., which was owned by Ruth Sarahi Martinez Mariscal, an employee of Duarte; and on June 25, 2012, $500,000 was transferred to Valles Baca Hermanos S.P.R. de R.L. de C.V. ("Valles Baca"), the shareholders of which are friends and business associates of Duarte.

7. On May 25, 2012, the Secretary of the Treasury and the Secretary of Rural Development entered into an agreement with Union Ganadera to subsidize the cost of food for cattle. Pursuant to that agreement, on July 12, 2012, the State of Chihuahua paid Union Ganadera $10 million. A former government official described this arrangement as a false pretense. No documentation indicates that Union Ganadera used the money for the intended purpose or that purported beneficiaries of the money received the promised support. In fact, no complete and

signed list of beneficiaries was ever submitted. To the contrary, the Expert Report indicates that the $10 million was transferred to an account previously holding less than $500,000, from which, on August 10, 2012, $1,360,000 was transferred to Valles Baca; on August 13, 2012, $3,987,500 was transferred to Grupama S.A. de C.V., a company involved in the wholesale trade of fertilizers, pesticides, and sowing seeds (and not cattle feed); on August 28, 2012, $2,652,500 was transferred to Francisco Javier Diaz Batrez, an individual identified by Mexican authorities as having previously engaged in sham transactions; and on August 29, 2012, $2 million was transferred to Promotora Ganadera del Real S.A. de C.V., as payment for property purchased from the company by Hermosillo for a meat processing plant.

8. On September 25, 2012, the State of Chihuahua transferred $8 million to Financiera. These funds were drawn from the *cuenta deudora*. A document signed by Hermosillo indicated that the money was paid to purchase a building from Financiera. However, the property was owned by individuals who did not appear to have any agreement to sell the property to Financiera or the State of Chihuahua, and the property did not in fact become owned by the state. Moreover, the Expert Report indicated that the $8 million was deposited into a Financiera account, which previously had a balance of approximately $1.8 million. On October 31, 2012, $9 million was transferred from the Financiera account to an account belonging to Hermosillo. Then, also on October 31, 2012, in combination with the $6 million and $5 million mentioned above, it was transferred to Duarte and his wife's trust.

9. On April 1, 2013, the State of Chihuahua paid Union Ganadera $250,000; and pursuant to the other agreement, on October 18, 2013, it paid Union Ganadera $60,000. These funds were drawn from the *cuenta deudora*. The Expert Report indicates that the $310,000 was deposited into an account previously holding approximately $470,000. From that account, a number of payments were made, including $80,000 paid on April 2, 2013, to American Express;

$80,000 paid on April 16, 2013, to Ana Lilia Nunez Mendoza; and $35,000 paid on April 17, 2013, to Diana Alejandra Renteria Ortiz, a Union Ganadera employee. Neither of those individuals was involved in the transportation of livestock. In addition, on April 15, 2013, $28,450 was paid to Brando S.A. de C.V. ("Brando"), a company associated with Duarte.[5] The Secretary of the Treasury and the Secretary of Rural Development entered into agreements, purportedly dated March 26, 2013, which stated that these payments were to subsidize the costs of transporting exhibition livestock to a fair in the State of Aguascalientes, Mexico. However, the relevant government officials in fact signed the agreements after the delivery of the funds described above.

10.     On October 20, 2013, the Secretary of the Treasury and the Secretary of Rural Development entered into an agreement with Union Ganadera to provide $4.6 million to be used for the execution of the State's Meat-Producing Cattle Repopulation Program. The State of Chihuahua paid the $4.6 million two days prior, on October 18, 2013, and the money was deposited into an account held by Union Ganadera, which previously had a balance of a little over $200,000. These funds were drawn from the *cuenta deudora.* In fact, it was not until 2016 when Duarte managed to clear the expense and have the account removed from the *cuenta deudora.* In the short term, however, the money was not used for the intended purpose or for an emergency. To the contrary, the Expert Report indicates that three transfers totaling $4,192,901.47 were made to a different Union Ganadera account—including $562,540.66 on January 7, 2014, and the same amount was then transferred to Brando the same day. In addition, $461,642.16 was paid on December 9, 2013, to Construcciones Marro S.A. de C.V., for the installation of a scale at a slaughterhouse for Union Ganadera.

---

[5] Corporate documents relating to Brando, including meeting records, sales orders, client lists, and a checkbook, were found in the course of a search executed at one of Duarte's residences.

      11.     On November 28, 2014, the State of Chihuahua paid Union Ganadera $5.5 million. The Secretary of the Treasury issued three proofs of payment indicating that $1.5 million was paid to support the purchase of oatmeal for livestock producers, another $1.5 million was paid to support the purchase of beans for livestock producers, and $2.5 million was paid to support the purchase of corn for livestock producers. The Director General of Expenditures of the Secretary of the Treasury stated that there was insufficient cash flow for this purported purchase. Moreover, the Expert Report indicates that the money was not used for its intended purpose. The funds were deposited into an account previously having a balance of approximately $6,600. Shortly thereafter, on December 1, 2014, $5.5 million was transferred from the Union Ganadera account to an account held by Financiera. On December 2, 2014, the $5.5 million was transferred from the Financiera account to an account held by Duarte, which previously had a balance of almost $500,000, and which subsequently received other deposits totaling a little over $760,000. On April 28, 2015, $3,105,364 was withdrawn from that account to pay Duarte's taxes for the 2014 tax year.

### Attempt to Conceal the Crimes

After the June 2016 gubernatorial election, Duarte told the Secretary of the Treasury that he was concerned about the irregular use of public funds during his administration, and indicated his intention to make the relevant transactions appear legal so that they would not be discovered by the incoming administration. Duarte held a meeting with the Secretary of the Treasury and other public officials at which he instructed them to take all actions necessary to conceal irregularities in the release of public funds during his administration. Thereafter, the Secretary of the Treasury held weekly meetings to encourage progress on retroactively creating justification for any use of public funds lacking proper or complete documentation.

## Jurisdiction and Authority

7.  On April 24, 2020, a magistrate judge in the District of New Mexico issued an arrest warrant for Duarte based on an extradition complaint, which alleged substantially the same facts as those set forth above, but which contained additional information supporting a good-faith belief that Duarte was located within the District of New Mexico.

8.  On July 8, 2020, United States law enforcement found and arrested Duarte in Miami-Dade County, within the Southern District of Florida.

9.  Tom Heinemann, Assistant Legal Adviser in the Office of the Legal Adviser of the U.S. Department of State, has provided the U.S. Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy of the Treaty, stating that the offenses for which extradition is demanded are provided for by the Treaty, and confirming that the documents supporting the request for extradition are properly certified by the principal U.S. diplomatic or consular officer in Mexico, in accordance with 18 U.S.C. § 3190, so as to enable them to be received into evidence.

10. The declaration from the U.S. Department of State with its attachments, including a copy of the diplomatic note from Mexico, a copy of the Treaty, and the certified documents submitted in support of the request, (marked collectively as Government's Exhibit #1) are filed with this complaint and incorporated by reference herein.

**Conclusion**

WHEREFORE, the undersigned requests that the fugitive be brought before this Court to the end that the evidence of criminality may be heard and considered.

_____
Jason Wu
Assistant United States Attorney

Sworn telephonically and subscribed electronically this __9__ th day of July, 2020, at ___Miami Florida___.

_____
Hon. Lauren Fleischer Louis
United States Magistrate Judge