**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** _____

**IN THE MATTER OF
THE EXTRADITION OF
CESAR HORACIO DUARTE JAQUEZ**
_____/

**CIVIL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   \_\_\_\_\_ Yes   \_X\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   \_\_\_\_\_ Yes   \_X\_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
U.S. Attorney's Office
99 NE 4th Street
Miami, Florida 33132
Telephone (305) 961-9226
Email:   Jason.Wu@usdoj.gov