# EXHIBIT
# 19

EX - DUARTE JAQUEZ - 000393



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION
**Case: 19-2018-28510**
**Subject:** Technical Financial-Accounting Report

Chihuahua, Chih on May 9, 2019

**UZIEL MANUEL CHACON GARCIA**
**AGENT OF THE PUBLIC PROSECUTOR**
**B Y   H A N D**

The undersigned, YOSHI KARINA FONG NAJERA, with a degree in Financial Engineering, professional license to practice number 9144619, Director assigned to the Ministry of Public Oversight and appointed by its Head to issue the technical report in order to define the destination of the payments made by the Secretary of the Treasury of the State of Chihuahua. The foregoing requested through official letter number FGE-FECC-UMCG37/2019 dated March 7, 2019 signed by Uziel Manuel Chacon Garcia regarding investigation file number 19-2018-28510. Thus, she proceeds to issue the following Technical Report in Financial Accounting Analysis, same which was carried out based on the following:

**I.- SUBJECT**

Financial-Accounting diagnose using the documentation included in the investigation file number 19-2018-28510 to which I had access to from March 11 to May 8 of 2019 in the facilities of the Office of the General Prosecutor of the State of Chihuahua in order to carry out a Technical Financial-Accounting Analysis.

**II.- PROBLEM POSING**

In order to aid the investigation acts carried out by the Agent of the Public Prosecutor of the Office of the General Prosecutor of the State of Chihuahua regarding investigation file number 19-2018-28510, the request is attended to issue the present Technical Financial-Accounting Report. The foregoing had the following purpose:

    a) Carry out a financial-accounting analysis in order to track the public treasury granted during the tax years from 2011 to 2014 by the **GOVERNMENT OF THE STATE OF CHIHUAHUA** to the legal entities **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA and/or UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA and FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR**, linked to **CESAR HORACIO DUARTE JAQUEZ** amounting to $96,685,253.80 (ninety six million six hundred eighty five thousand two hundred fifty three pesos 80/100 Mexican Currency).



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

b) Determine the relationship existing between the use of the public treasury in question and the environment of **CESAR HORACIO DUARTE JAQUEZ** according to the evidence found in the present case.

The foregoing, considering all the documentation collected in the present investigation, including any type of record regarding the financial or accounting situation or any other information with asset meaning of the individuals or legal entities involved.

### III.- METHODOLOGY

In order to draft the present Technical Financial-Accounting report, the analytical method was used. The latter because it was proceeded to analyze in detail the documentation provided by the authority. Likewise, the following procedures were applied:

- Review and analysis of information attached to the file.
- Verification of supporting documents.
- Verification and quantification of supporting financial-accounting documentation.

### IV.- RECORDS AND EVIDENCE ANALYZED

The diverse procedural and documental records provided by said authority and which make up the investigation were reviewed and analyzed, same which are detailed hereinbelow:

1.- The documentation remitted through accusation dated November 22, 2018 signed by GREGORIO DANIEL MORALES LUEVANO and KARLA GUADALUPE GODOY ORTIZ, public officials assigned to the Secretary of Public Oversight for the Government of the State of Chihuahua containing the following was analyzed:

- **ATTACHMENT 1.-** Official letter number DCG/1045/2018 dated August 2, 2018 by means of which the Governmental Accountings Director, OSCAR RUIZ SUAREZ, informed the Secretary of Public Oversight of irregularities attributable to public officials and/or private entities which may derive in any type of liabilities detected in accounting records.

- **ATTACHMENT 2.-** Certified copy of official letter number 110.03.01.-23402/17 dated July 31, 2017 issued by FILIBERTO FLORES ALMARAZ, Director of National Agriculture and Livestock Registry of the Secretary of Agriculture, Livestock, Rural Development, Fisheries and Food, SAGARPA through which he provides information to EMILIO CASTILLEJOS MARTINEZ; Chief of the Legal Department of the Secretary of Rural Development regarding the **UNION**



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

**GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA or UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. The latter includes certification, ruling of registry number 110.01.GC30/07 dated May 24, 2007, public instrument number 6494 of volume 138 in which it is attested the incorporation of Union Ganadera Regional Division del Norte del Estado de Chihuahua, official letters number 110.03.01.-21096/17 and 110.03.01.-21097/17, both dated February 20, 2017 from which it is disclosed that **CESAR HORACIO DUARTE JAQUEZ**, since May 24, 2007 was the Chairman of the Board of Directors of the aforementioned Union Ganadera.

- **ATTACHMENT 3.-** Printouts obtained from the Public Commerce Registry webpage denominated M4-Constitucion de Sociedad and M8-Enajenacion de acciones, both with electronic commercial folio number 24139. Same which contains the Incorporation bylaws of the company **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR** from which it is disclosed that **CESAR HORACIO DUARTE JAQUEZ** is the founder and majority shareholder with more than 98% of the series A shares that make up its corporate capital, 5,900 of the 6,000 total shares; as well as of the 93.35% of the series B shares, this is 28,940 of the 31,000 total shares. The latter according to the Public Registry of Property and Commerce of the State under Electronic Commercial folio number 24139*10. Links existing to the present.

- **ATTACHMENT 4.-** Administrative documentation related to Economic Support Agreement Number 352/2011, made up by 82 pages.

- **ATTACHMENT 5.-** Administrative documentation related to the Economic Support of $9,210,000.00 (Nine million two hundred ten thousand pesos 00/100 Mexican Currency) made up by 220 pages.

- **ATTACHMENT 6.-** Administrative documentation related to the Economic Support of $12,000,000.00 (Twelve million pesos 00/100 Mexican Currency) made up by 119 pages.

- **ATTACHMENT 7.-** Administrative documentation related to Economic Support Agreement number 887/2011 made up by 138 pages.

- **ATTACHMENT 8.-** Administrative documentation related to Economic Support Agreement number 991/2011 made up by 238 pages.

- **ATTACHMENT 9.-** Administrative documentation related to Economic Support Agreement number 305/2012 made up by 248 pages.



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**          ASSET GROWTH DIVISION

- **ATTACHMENT 10.-** Administrative documentation related to Economic Support Agreement number 376/2012 made up by 86 pages.

- **ATTACHMENT 11.-** Administrative documentation related to payment of $8,000,000.00 (Eight million pesos 00/100 Mexican Currency) made up by 154 pages.

- **ATTACHMENT 12.-** Administrative documentation related to Economic Support Agreements number 384/2013 and 0426/2013 made up by 93 pages.

- **ATTACHMENT 13.-** Administrative documentation related to Economic Support Agreement number 0995/2013 made up by 123 pages.

- **ATTACHMENT 14.-** Administrative documentation related to Economic Support of $5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency) made up by 134 pages.

- **ATTACHMENT 15.-** Official letter DJ-751/2018 dated November 14, 2018 signed by ABRIL PORTILLO DE LA FUENTE, Legal Director of the Secretary of the Treasury of the Government of the State of Chihuahua through which she remits front and back of the checks related to the aforementioned payments.

Form said accusation, it is disclosed that the payments made by the Government of the State of Chihuahua to the legal entities **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA and/or UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA and FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR** linked to **CESAR HORACIO DUARTE JAQUEZ** were the following:

| Payment Date | Form of payment | Withdrawal Account | Banking Institution | Withdrawal Account Holder | Total Amount | Deposit Account | Banking Institution | Deposit Account Holder |
|---|---|---|---|---|---|---|---|---|
| 06/17/2011 | $ 582,965.60 | | Banco Santander, S.A. | Secretary of the Treasury | $ 582,965.60 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 01/10/2012 | $ 12,000,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 12,000,000.00 | | Banco Santander, S.A. | FINANCIERA DE LA DIVISION DEL NORTE |
| 01/18/2012 | $ 16,000,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 36,000,000.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVSION DEL NORTE |
| 01/25/2012 | $ 10,000,000.00 | | | | | | | |
| 03/15/2012 | $ 10,000,000.00 | | | | | | | |
| 09/25/2012 | $ 8,000,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 8,000,000.00 | | Banco Mercantil del Norte, S.A. | FINANCIERA DE LA DIVISION DEL NORTE |
| 10/04/2011 | $ 9,210,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 12,000,000.00 | | Banco Santander, S.A. | FINANCIERA DE LA DIVISION DEL NORTE |
| 10/04/2011 | $ 2,790,000.00 | | | | | | | |
| 04/25/2012 | $ 2,692,288.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 2,692,288.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 01/09/2012 | $ 5,000,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 5,000,000.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 07/12/2012 | $ 10,000,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 10,000,000.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 10/18/2013 | $ 4,600,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 4,600,000.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 04/01/2013 | $ 250,000.00 | | BBVA Bancomer, S.A. | Secretary of the Treasury | $ 250,000.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 10/18/2013 | $ 60,000.00 | | BBVA Bancomer, S.A. | Secretary of the Treasury | $ 60,000.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 11/28/2014 | $ 1,500,000.00 | | Banco Santander, S.A. | Secretary of the Treasury | $ 5,500,000.00 | | HSBC Mexico, S.A. | UNION GANADERA REGIONAL DIVISION DEL NORTE |
| 11/28/2014 | $ 1,500,000.00 | | | | | | | |
| 11/20/2014 | $ 2,500,000.00 | | | | | | | |

| GENERAL TOTAL | $ 90,645,253.60 |
|---|---|



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                         ASSET GROWTH DIVISION

2.- Certified copy of evidentiary documents provided by **CESAR HORACIO DUARTE JAQUEZ** on August 31, 2016 found in the investigation file number 19-2016-16230 filed for the crime of Unlawful Enrichment and which are attached to the present case. Considering the following.

- Contribution account statement dated October 2011, including the following:

  • Transaction detail of comprehensive account number ▇▇▇▇▇ of HSBC Mexico, S.A. in the name of AKALA, S.A. de C.V. S.F.P. in which three deposits are observed:

| DAY | DESCRIPTION | REFERENCE/SERIAL | DEPOSIT/PAYMENT |
|-----|-------------|------------------|-----------------|
| 07 | CHECK DEPOSIT BCO014 ACCT ▇▇ T1 | 02161009 220 | $10,000,000.00 |
| 07 | CHECK DEPOSIT BCO072 ACCT ▇▇ | 02161009 854 | $5,000,000.00 |
| 07 | DOCUMENT DEPOSIT | 02161003 | $5,000,000.00 |

  • Account statement of FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR., ▇▇▇▇▇ of Banco Santander (Mexico), S.A. dated October 2011.

- Contribution account statement dated October 2011, including the following:

| DATE | REFERENCE | CONCEPT | DEPOSITS | WITHDRAWALS |
|------|-----------|---------|----------|-------------|
| 10/04/2011 | 1754683 | CHECK DEPOSIT | $ 9,210,000.00 | |
| 10/04/2011 | 1754694 | CHECK DEPOSIT | $ 2,790,000.00 | |
| 10/07/2011 | 5563628 | CASH DEPOSIT | $ 6,000.00 | |
| 10/07/2011 | 5563629 | CASH DEPOSIT | $ 1,750.00 | |
| 10/07/2011 | 4794867 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 4794870 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 4794875 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 4794882 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 4795025 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 4795029 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 4759500 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 4759509 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 1757128 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 1757135 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 5563864 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 5563866 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 5563868 | CASH DEPOSIT | $ 9,000.00 | |
| 10/07/2011 | 5563870 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 4795258 | DEPOSIT SUBJECT TO COLLECTION ▇▇▇▇ | $ 1,750.00 | |
| 10/07/2011 | 5563872 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 5563874 | CASH DEPOSIT | $ 2,625.00 | |
| 10/07/2011 | 4795264 | DEPOSIT SUBJECT TO COLLECTION ▇▇▇▇ | $ 6,000.00 | |
| 10/10/2011 | 0000220 | CHECK PAYMENT OTHER INSTITUTIONS ▇▇▇▇ RFC AKA060427QP2 | $ | $10,000,000.00 |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- Comprehensive account statement number ▮▮▮▮▮ of HSBC Mexico, S.A. in the name of UNION DE CREDITO PROGRESO, S.A. DE C.V. in which it is observed a deposit:

| DAY | DESCRIPTION | REFERENCE/SERIAL | DEPOSIT/PAYMENT |
|-----|-------------|------------------|-----------------|
| 01 | TRASNFER ▮ | 08045211<br>142634 | $20,000,000.00 |

- Account statement of FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR., ▮▮▮▮▮ of Banco Santander (Mexico), S.A. dated February 2012.

- Account statement of FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR., ▮▮▮▮▮ of Banco Regional del Norte, S.A. dated October 2011.

- Contribution account statement dated October 2012, including the following:

- Account statement of CARLOS GRARDO HERMOSILLO ARTEAGA, No. ▮▮▮▮▮ of Akala, S.A. de C.V. S.F.P., S.A. dated October 2012 where three deposits are observed:

| DAY | REFERENCE | DESCRIPTION | FORM OF PAYMENT | DEPOSIT/PAYMENT |
|-----|-----------|-------------|-----------------|-----------------|
| 10/31/2012 | 50762 | ACCOUNT DEPOSIT | CHECK FROM | $5,000,000.00 |
| 10/31/2012 | 50763 | ACCOUNT DEPOSIT | CHECK FROM | $9,000,000.00 |
| 10/31/2012 | 50764 | ACCOUNT DEPOSIT | CHECK FROM | $6,000,000.00 |

And a withdrawal

| DAY | REFERENCE | DESCRIPTION | FORM OF PAYMENT | DEPOSIT/PAYMENT |
|-----|-----------|-------------|-----------------|-----------------|
| 10/31/2012 | | WITHDRAWAL FROM<br>ACCT BY BANK CHECK | | $20,000,000.00 |

- Copy of contribution checks, October 2012:

- Check number 895 dated October 31, 2012 in the name of CARLOS GRARDO HERMOSILLO ARTEAGA in the amount of $9,000,000.00 of account number ▮▮▮▮▮ of Banco Mercantil del Norte, S.A. in the name of FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.
- Check number 705 dated October 31, 2012 in the name of CARLOS GRARDO HERMOSILLO ARTEAGA in the amount of $6,000,000.00 of account number ▮▮▮▮▮ of HSBC Mexico, S.A. in the name of UNION GANADERA REGIONAL DIVISION DEL NORTE.
- Check number 307 dated October 31, 2012 in the name of CARLOS GRARDO HERMOSILLO ARTEAGA in the amount of $5,000,000.00 of account number



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                   ASSET GROWTH DIVISION
of Banco Santander (Mexico), S.A. in the name of FINANCIERA
DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.

- Check number 7099747 dated October 31, 2012 in the name of UNION DE
CREDITO PROGRESO in the amount of $20,000,000.00 of account number
of HSBC (Mexico), S.A. in the name of AKALA, S.A. DE C.V.
S.F.P.

**3.-** Evidence found inside the domicile located on Calle Tecolotes y San Patricio, S/N,
colonia Esmeralda, Municipality of Hidalgo del Parral, Chihuahua, property of **CESAR
HORACIO DUARTE JAQUEZ** in compliance with Search Warrant issued by the
Constitutional Rights Judge Maria Guadalupe Hernandez Lozano in ancillary file
number 140/2017. The evidence placed under custody and reviewed is described
hereinbelow:

| CONSECUTIVE | DESCRIPTION |
|---|---|
| **EVIDENCE SEIZED ON APRIL 1, 2017** | |
| EVIDENCE 1 | Cardboard box with 18 binders of the company Productos Hidroponicos de Parral, S.A. de C.V. |
| EVIDENCE 2 | Cardboard box with 18 binders of accounting documentation |
| EVIDENCE 3 | White cardboard box with the legend Sarahi Martinez Parral A684 ½ |
| EVIDENCE 4 | Cardboard box with the legend Productos Hidroponicos de Parral, S.A. de C.V. 2008-2011 accounting |
| EVIDENCE 5 | Cardboard box with the legend Hidroponia de Parral, S.A. de C.V. 2004-2011 accounting |
| EVIDENCE 6 | Cardboard box with 15 binders of the company Hidroponia de Parral, S.A. de C.V. |
| EVIDENCE 7 | Cardboard box Hidroponicos de Parral, S.A. de C.V. 2012 |
| EVIDENCE 8 | Cardboard box Hidroponicos de Parral, S.A. de C.V. 2014 and 2015 |
| EVIDENCE 9 | Cardboard box Hidroponia de Chihuahua, S.A. de C.V. 2007 with 15 binders containing accounting documentation |
| EVIDENCE 10 | Cardboard box HCH 2044 2005 with 15 binders containing accounting documentation |
| EVIDENCE 11 | Black metallic cabinet with three drawers containing diverse documentation inside |
| EVIDENCE 12 | Black metallic cabinet with three drawers containing diverse documentation inside |
| EVIDENCE 13 | Diverse invoices, payroll list of the company Hidroponia de Parral, S.A. de C.V. |
| EVIDENCE 14 | Cardboard box with 79 binders (folders) with different documentation |
| EVIDENCE 18 | Black metallic cabinet with two doors containing diverse documentation |
| EVIDENCE 19 | Black metallic cabinet with four drawers containing diverse documentation |
| EVIDENCE 21 | White plastic box with diverse documentation |
| EVIDENCE 22 | White plastic box with yellow folders |
| EVIDENCE 23 | Cardboard box with 269 yellow letter size binders |
| EVIDENCE 24 | Cardboard box with 261 yellow letter size binders |
| EVIDENCE 25 | Cardboard box with diverse documentation |
| EVIDENCE 26 | Brown plastic container with diverse documentation and invoices in blank |
| EVIDENCE 27 | Cardboard box with 18 binders containing accounting information Hp 2015 |
| EVIDENCE 28 | White plastic box with diverse documentation |
| EVIDENCE 29 | Cardboard box containing diverse documentation amongst which that regarding Ranchos Saucito, Santa Rita and El Milagro |
| EVIDENCE 30 | Black plastic bin containing different documentation |
| EVIDENCE 31 | Cardboard box with the legend Jose Angel containing diverse documentation |
| EVIDENCE 32 | Black plastic bin containing different documentation |
| EVIDENCE 33 | Cardboard box with diverse documentation |
| EVIDENCE 34 | Cardboard box with diverse documentation |
| EVIDENCE 35 | Black and gray metallic cabinet with two doors and one drawer below containing diverse documentation |
| **EVIDENCE SEIZED ON SEPTEMBER 14, 2017** | |
| EVIDENCE 1 | A white plastic box containing 36 yellow binders |
| EVIDENCE 2 | A white plastic box with the legend Carichi y Casas Grandes |



**FGR**

FISCALÍA GENERAL
DE LA REPÚBLICA

Chihuahua

SECRETARY
OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION

| EVIDENCE 3 | A white plastic box containing 38 yellow binders and 3 envelopes |
| --- | --- |
| EVIDENCE 4 | A cardboard box with the legend Hp Doc Varios |
| EVIDENCE 5 | A cardboard box |
| EVIDENCE 6 | A cardboard box with the legend HCH Conta 2006-2007 |
| EVIDENCE 7 | A cardboard box with the legend HCH doc, varios |
| EVIDENCE 8 | A cardboard box with the legend HCH Conta 2004-2005 HCH |
| EVIDENCE 9 | A cardboard box |
| EVIDENCE 10 | A plastic box containing 28 yellow binders of Pavimentos y Servicios de Parral S.A. de C.V. |
| EVIDENCE 11 | A cardboard box |
| EVIDENCE 12 | A cardboard box with the legend Manuel Benavides y Namiquipa |
| EVIDENCE 13 | A plastic box |
| EVIDENCE 14 | A Cardboard Box With The Legend Pavimentos Y Servicios De Parral S.A. De C.V. Tax Year 2002 |
| EVIDENCE 15 | A cardboard box with the legend Lopez, Madera, Maguarichi |
| EVIDENCE 16 | A white plastic box |
| EVIDENCE 17 | A Cardboard Box With The Legend Nuevo Casas Grandes, Ojinaga, Riva Palacio, San Fco de Borja, Santa Barbara, Santa Isabel |
| EVIDENCE 18 | A cardboard box |
| EVIDENCE 19 | A white plastic box |
| EVIDENCE 20 | A cardboard box with the legend PHP 2012 ½ |
| EVIDENCE 21 | A white plastic box with the legend AleInde, Ascencion y Bachiniva |
| EVIDENCE 22 | A white plastic box with the legend Bocoyna Buenaventura y Camargo |
| EVIDENCE 23 | A plastic box |
| EVIDENCE 24 | A plastic box |
| EVIDENCE 25 | A cardboard box with the legend Hidroponia de Chihuahua |
| EVIDENCE 26 | A cardboard box with the legend Ignacio Zaragoza, Janos, Jimenez, V Zaragoza |
| EVIDENCE 27 | A cardboard box |
| EVIDENCE 28 | 35 yellow binders |
| EVIDENCE 29 | 37 yellow binders |
| EVIDENCE 30 | 20 yellow binders |
| EVIDENCE 31 | 34 yellow binders |
| EVIDENCE 32 | 24 yellow binders |
| EVIDENCE 33 | 32 yellow binders |
| EVIDENCE 34 | 34 yellow binders |
| EVIDENCE 35 | 65 yellow binders |
| EVIDENCE 36 | 45 yellow binders |

**4.-** Technical report of evidence dated March 20, 2019 issued by the undersigned containing the analysis of the evidence found inside the domicile located in Calle Tecolotes y San Patricio S/N, colonia Esmeralda, Municipality of Hidalgo del Parral, Chihuahua, property of **CESAR HORACIO DUARTE JAQUEZ** in compliance with Search Warrant issued by the Constitutional Rights Judge Maria Guadalupe Hernandez Lozano in ancillary file number 140/2017 in order to determine if within it there is found financial-accounting information linking **CESAR HORACIO DUARTE JAQUEZ** with the legal entity **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA and/or UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE DE CHIHUAHUA.**

**5.-** Technical report of evidence dated March 20, 2019 issued by the undersigned containing the analysis of the evidence found inside the domicile located in Calle Tecolotes y San Patricio S/N, colonia Esmeralda, Municipality of Hidalgo del Parral, Chihuahua, property of **CESAR HORACIO DUARTE JAQUEZ** in compliance with



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

Search Warrant issued by the Constitutional Rights Judge Maria Guadalupe Hernandez Lozano in ancillary file number 140/2017 in order to determine if within it there is found financial-accounting information linking **CESAR HORACIO DUARTE JAQUEZ** with the legal entity **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

**6.-** Official letter number FGE-FECC-UIAD-003/2019 dated January 18, 2019 by means of which ARON EDUARDO ROMERO RICO, of the Information and Criminal Analysis Unit of the Office of the General Prosecutor of the State of Chihuahua, attaches inform regarding the net of companies in which members of the **DUARTE JAQUEZ** and **DUARTE GOMEZ** families appear as partners. The foregoing as shown in the diagram and table:

| COMPANY/PARTNER | CESAR DUARTE | BERTHA GOMEZ | CESAR ADRIAN DUARTE GOMEZ | BERTHA ISABEL DUARTE GOMEZ | OLGA SOFIA DUARTE GOMEZ | CREED/CIENCIANA DUARTE | RICARDO DUARTE | ALEJANDRO DUARTE | MARIO DUARTI | SIXTO DUARTE | GEORGINA GRAJALES | HILDA DORADO | GABRIELA ARMENDARIZ | BLANCA ALVAREZ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HIDROPONIA DEL PARRAL | | | | | | | | | | | | | | |
| PAVIMENTOS Y SERVICIOS PARRAL | | | | | | | | | | | | | | |
| FONDO DE ASEGURAMIENTO AGROPECUARIO | | | | | | | | | | | | | | |
| GRUPO INMOBILIARIO DEL NORTE | | | | | | | | | | | | | | |
| FINANCIERA DE LA DIVISION | | | | | | | | | | | | | | |
| GANADERIA EL SAUCITO BALLEZA | | | | | | | | | | | | | | |
| INMOBILIARIA Y PAVIMENTOS CHETUMAL | | | | | | | | | | | | | | |
| ASOCIACION CIVIL SALUD Y BIENESTAR | | | | | | | | | | | | | | |
| INDUSTRIAL DE AUTOPARTES | | | | | | | | | | | | | | |
| RIO PROCEDIMIENTOS | | | | | | | | | | | | | | |
| ANHANNA COMPANIA GANADERA | | | | | | | | | | | | | | |
| INTEGRADORA COMERCIAL | | | | | | | | | | | | | | |
| PANOS COMERCIAL | | | | | | | | | | | | | | |
| PALOMAS COMERCIAL | | | | | | | | | | | | | | |
| PAVIMENTOS ARTURO ARMENDARIZ | | | | | | | | | | | | | | |
| S & E COMBUSTIBLES | | | | | | | | | | | | | | |
| PAO COMBUSTIBLES | | | | | | | | | | | | | | |
| MATERIALES Y SISTEMAS DE RECICLADO | | | | | | | | | | | | | | |
| LEGAL BRUM SEGURIDAD PRIVADA | | | | | | | | | | | | | | |

**7.-** Official letter number 214-2/SJ-3801680/2019 dated February 13, 2019 of the National Banking and Securities Commission and copy of written document addressed to BBVA Bancomer, S.A. through which the following documentation was attached:

**BBVA Bancomer, S.A. in the name of CESAR HORACIO DUARTE JAQUEZ:**

- Certified copy of account statements of account number ▮▮▮▮▮ for the period from October 25, 2010 to December 31, 2018 showing the balances and transactions made during said period.

  o Certified copy of the Signature Registry where **CESAR HORACIO DUARTE JAQUEZ** appears as the only person authorized to withdraw the funds of the account.

**8.-** Official letter number 214-2/SJ-3801738/2019 dated February 14, 2019 of the National Banking and Securities Commission and copy of written document addressed to Akala, S.A. de C.V. S.F.P. through which the following documentation was attached:

**Akala, S.A. de C.V. in the name of UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA:**



FGR
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

- Certified copy of account statements of account number ███████ for the period from January 1, 2012 to September 29, 2018 showing the balances and transactions made during said period.

**9.-** Official letter number 214-2/SJ-3801666/2019 dated February 12, 2019 of the National Banking and Securities Commission and copy of written documents addressed to HSBC Mexico, S.A., Banco Santander (Mexico), S.A. and American Express Bank (Mexico), S.A. through which the following documentation was attached:

**HSBC Mexico, S.A. in the name of UNION GANADERA REGIONAL DIVISION DEL NORTE:**

- Certified copy of account statements of account number ███████ for the period from November 1, 2010 to October 31, 2016 showing the balances and transactions made during said period.

  o Certified copy of Bank Deposit Request-Contract of the Cash on Hand (P. Morelos) dated November 4, 2010 of account number ███████ in the name of UNION GANADERA REGIONAL DIVISION DEL NORTE with domicile in C. Plazuela Morelos 4-C Col. Centro, Hidalgo del Parral, Chihuahua.

  o Signature Registry dated November 4, 2010 in which CARLOS GERARDO HERMOSILLO ARTEAGA appears as the only person authorized to withdraw the funds of the account.

  o Signature Registry dated February 20, 2015 in which GUADALUPE MEDINA ARAGON appears as the only person authorized to withdraw the funds of the account.

  o Proof of address issued by Telefonos de Mexico, S.A.B. de C.V. with domicile on Plazuela Morelos 4 Centro Parral, Chih. C.P. 33800 in the name of DIVISION DEL NORTE FINANCIERA DE LA of the month of October 2010.

- Certified copy of account statements of account number ███████ for the period from October 31, 2011 to October 31, 2013.

  o Certified copy of the Request of Banking Products and Services Contract dated October 29, 2011 of account number ███████ in the name of UNION GANADERA REGIONAL DIVISION DEL NORTE with domicile on C. Plazuela Morelos 4-C Col. Centro, Hidalgo del Parral, Chihuahua.

EX - DUARTE JAQUEZ - 000403



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

- o Signature Registry dated February 20, 2015 in which GUADALUPE MEDINA ARAGON appears as the only person authorized to withdraw the funds of the account.

- o Proof of address issued by Telefonos de Mexico, S.A.B. de C.V. with domicile on Plazuela Morelos 4 Centro Parral, Chih. C.P. 33800 in the name of DIVISION DEL NORTE FINANCIERA DE LA of the month of June 2015.

**HSBC Mexico, S.A. in the name of PAVIMENTOS Y SERVICIOS DE PARRAL, S.A. DE C.V.:**

- • Certified copy of account statements of account number ▉▉▉▉▉ for the period from October 1, 2010 to September 30, 2013:

  - o Certified copy of Bank Deposit Request-Contract of the Cash on Hand (P. Morelos) dated April 13, 2010 with domicile in Pzla. Morelos 4 Int.C Col. Centro, Hidalgo del Parral, Chihuahua, C.P. 33800 in which BERTHA OLGA GOMEZ FONG appears as representative of the company and authorized person.

  - o Certified copy of signature Registry dated April 12, 2010 in which BERTHA OLGA GOMEZ FONG and GUADALUPE MEDINA ARAGON with indistinct and individual signature.

  - o Proof of address issued by Telefonos de Mexico, S.A.B. de C.V. with domicile on Plazuela Morelos 4-C Centro Parral, Chih. C.P. 33800 in the name of DIVISION DEL NORTE FINANCIERA DE LA of the month of March 2010.

**Banco Santander Mexico, S.A. in the name of FINANCIERA DE LA DIVISION DEL NORTE:**

- • Certified copy of account statements of account number ▉▉▉▉▉ for the period from October 1, 2010 to June 30, 2015.

- • Certified copy of the account statements of investment account number ▉▉▉▉▉▉ for the period from December 1, 2012 to June 30, 2015.

  - o Certified copy of Bank Deposit Cash on Hand Account e-PYME SANTANDER SERFIN dated August 19, 2008 with domicile in 22ª 5401 Esq. M. Guaspe Col. Unidad Proletaria Chihuahua C.P. 31200 and Sole contract Legal Entities.

EX - DUARTE JAQUEZ - 000404



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**           ASSET GROWTH DIVISION

- o Certified copy of signature Registry of Check Account dated August 19, 2008 in which CARLOS GERARDO HERMOSILLO ARTEAGA appears as the only person authorized to withdraw the funds of the account.

- o Proof of address issued by Telefonos de Mexico, S.A.B. de C.V. with domicile on Plazuela Morelos 4 Centro Parral, Chih. C.P. 33800 in the name of DIVISION DEL NORTE FINANCIERA DE LA of the month of July 2018.

**American Express (Mexico), S.A. in the name of BERTHA OLGA GOMEZ FONG:**

- • Certified copy of account statements of credit card account number ████ ████ for the period from October 27, 2010 to December 27, 2016.

- o Platinum Credit Card American Express Requesting Form in the name of BERTHA OLGA GOMEZ FONG dated June 20, 2007 with domicile on Calle Primera No. 5 Col Altavista Hidalgo de Parral, Chih.

**10.-** Official letter number 214-2/SJ-3803501/2019 dated May 14, 2019 of the National Banking and Securities Commission and copy of written document addressed to BBVA Bancomer, S.A. through which the following documentation was attached:

**BBVA Bancomer, S.A. in the name of UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA.**

- • Certified copy of account statements of check account number ████ for the period from July 29, 2013 to December 30, 2016.

- o Certified copy of signature Registry of BBVA in which **CARLOS GERARDO HERMOSILLO ARTEAGA** with Federal Taxpayers' Registry ████ appears as the only person authorized and representative to withdraw the funds of the account

**11.-** Official letter number 214-2/SJ-3802878/2019 dated April 11, 2019 of the National Banking and Securities Commission and copy of written document addressed to Banco Mercantil del Norte, S.A. through which the following documentation was attached:

**Banco Mercantil del Norte, S.A. in the name of FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

- • Certified copy of account statements of check account number ████ for the period from October 1, 2010 to October 10, 2016.



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- ○ Registration of signature Registry dated April 16, 2008 in which **CESAR HORACIO DUARTE JAQUEZ** appears as representative and CARLOS GERARDO HERMOSILLO ARTEAGA as person authorized to withdraw the funds of the account, the signature rules is INDISTINCT.

- ○ Proof of address issued by the Federal Commission of Electricity in the name of CASA DEL CAMPESINO LIG D C AGR with domicile on 22ª 5401 Esq. M. Guaspe, Unidad Proletaria, Chihuahua, Chih corresponding to the month of December 2007.

**12.-** Official letter number 214-2/SJ-3802879/2019 dated April 10, 2019 of the National Banking and Securities Commission and copy of written documents addressed to HSBC Mexico, S.A. and Banco Santander (Mexico) through which the following documentation was attached:

**Banco Santander Mexico, S.A:**

- • Remits certified copy of the transactions found requested of account number ▬▬▬▬▬ in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

**HSBC Mexico, S.A:**

- • Remits certified copy of the transactions found requested of account number ▬▬▬▬▬ in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE.**

**13.-** Official letter number 214-2/SJ-4104444/2017 dated August 1, 2017 of the National Banking and Securities Commission and copy of written document addressed to Akala, S.A. de C.V. S.F.P. through which the following documentation was attached:

**Akala, S.A. de C.V. S.F.P in the name CARLOS GERARDO HERMOSILLO ARTEAGA.**

- • Certified copy of account statements of account number ▬▬▬▬▬ for the period from January 1, 2012 to March 31, 2016.

**14.-** Official letter number 214-2/SJ-6856892/2018 dated April 13, 2018 of the National Banking and Securities Commission and copy of written document addressed to HSBC Mexico, S.A. through which the following documentation was attached:

**HSBC Mexico, S.A. of UNION DE CREDITO PROGRESO, S.A. DE C.V.:**





SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- Certified copy of account statements of account number ▮▮▮▮▮▮ for the period from January 1, 2010 to September 30, 2016.

**15.-** Official letter number 214-2/SJ-4765307/2017 dated August 10, 2017 of the National Banking and Securities Commission and copy of written document addressed to HSBC Mexico, S.A. through which the following documentation was attached:

### HSBC Mexico, S.A. of AKALA, S.A. DE C.V. S.F.P.:

- Certified copy of account statements of account number ▮▮▮▮▮▮ for the period from August 16, 2007 to May 31, 2016.

The totality of the investigation records existing until the moment in the Investigation File number 19-2018-28510.

### V.- ANALYSIS AND RESULT OF THE ELEMENTS UNDER STUDY.

Pursuant to the study carried out to each one of the aforementioned points, and according to the expressly stated in the documentation included in the investigation file in question, and which were detailed in section IV, of present report denominated "RECORDS AND EVIDENCE ANALYZED", the results obtained by this Division are shown hereinbelow:

### A).- Economic Support Agreement number 352/2011 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE to acquire the necessary equipment for artificial insemination of cattle to support affiliated producers.

A payment was made from the account number ▮▮▮▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on June 17, 2011, for **$582,965.80** (five hundred eighty two thousand nine hundred sixty five pesos 80/100 Mexican Currency) by means of check number 011876 into account number ▮▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. From the latter the following transactions are observed:

**ACCOUNT No.** ▮▮▮▮▮▮ **of HSBC Mexico, S.A.**
**HOLDER: UNION GANADERA REGIONAL DIVISION
DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | BANK CONCEPT | HOLDER | CHARGE | DEPOSIT |
|------|-------------|--------|--------|---------|
| 06/17/2011 | CHECK DEPOSIT BCO014 ACCT ▮▮▮▮ T1 | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | $ 582,965.80 |
| 06/20/2011 | CHECK DEPOSITED ▮▮▮▮ | PAVIMENTOS Y SERVICIOS DE PARRAL | $ 50,000.00 | |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

| | SECRETARY | | |
|---|---|---|---|
| | **OF PUBLIC OVERSIGHT** | | ASSET GROWTH DIVISION |
| 06/27/2011 | CHECK DEPOSITED | PAVIMENTOS Y SERVICIOS DE PARRAL | $ 517,802.52 |

On June 20 and 27, 2011 two check withdrawals with numbers 204 and 205 were made, and were deposited into account number ▉▉▉▉▉ of HSBC Mexico, S.A. in the name of **PAVIMENTOS Y SERVICIOS DE PARRAL, S.A. de C.V.** in the amounts of $50,000.00 (fifty thousand pesos 00/100 Mexican Currency) and $517,802.52 (five hundred seventeen thousand eight hundred two pesos 52/100 Mexican Currency), respectively.

The account number ▉▉▉▉▉ of HSBC Mexico, S.A. in the name of **PAVIMENTOS Y SERVICIOS DE PARRAL** shows that the withdrawals made after the total deposit of $567,802.52 (five hundred sixty seven thousand eight hundred two pesos 52/100 Mexican Currency) were as detailed hereinbelow:

**ACCOUNT No.** ▉▉▉▉▉**of HSBC Mexico, S.A.**
**HOLDER: PAVIMENTOS Y SERVICIOS DE PARRAL, S.A. DE C.V.**

| DATE | CONCEPT | AMOUNT |
|---|---|---|
| 06/27/2011 | CHECK DEPOSITED AMERICAN EXPRESS | 43,844.75 |
| 06/27/2011 | CHECK DEPOSITED VICTOR MALDONADO GACHUPIN | 19,090.00 |
| 06/27/2011 | JUAN RICARDO ROMERO MASTRANZO | 5,930.00 |
| 06/27/2011 | MAYRA DENISSE MEDINA MEDINA | 31,819.00 |
| 06/27/2011 | MARTIN LOYA OGAZ | 13,900.00 |
| 06/27/2011 | NICASIO ISRAEL FERNANDEZ SANTOS | 18,500.00 |
| 06/27/2011 | CHECK DEPOSITED PAPALOTES FELIZARDO ELIZONDO GUAJARDO | 7,946.00 |
| 06/28/2011 | MARTIL LOYA OGAZ/BOTICA GUADALUPE DE PARRAL | 8,000.00 |
| 06/28/2011 | CHECK OT BNK NEXTEL MEXICO | 1,835.95 |
| 06/28/2011 | CHECK OT BNK FERRETERIA REGIONAL DE PARRAL | 7,590.90 |
| 06/28/2011 | CHECK OT BNK CASA MAYERS | 8,470.53 |
| 06/28/2011 | FERNANDO SANCHEZ CORONA | 213,960.00 |
| 06/28/2011 | J. MANUEL MARISCAL PAYAN | 8,200.00 |
| 06/29/2011 | RADIOMOVIL DIPSA/IMPULSO NACIONAL COMMERCIAL | 3,247.09 |
| 06/29/2011 | CHECK OT BNK OCTAVIO GARFIO PALMA | 9,600.00 |
| 06/29/2011 | UNIDENTIFIED CHECK OT BNK ▉▉▉▉▉ | 4,200.00 |
| 06/29/2011 | MAYRA DENISSE MEDINA MEDINA | 5,500.00 |
| 06/30/2011 | JESUS NAVARRETE DE SANTIAGO/SUPER MAYOREO DE CARNES DE PARRAL | 750.00 |
| 06/30/2011 | CHECK DEPOSITED VETERINARIA REGINA | 3,971.60 |
| 07/01/2011 | UNIDENTIFIED CHECK OT BNK ▉▉▉▉▉ | 2,068.16 |
| 07/01/2011 | CHECK OT BNK CARLOS PATRICIO MORENO ARRIETA | 870.00 |
| 07/01/2011 | UNIDENTIFIED CHECK PAID | 1,900.00 |
| 07/01/2011 | CHECK DEPOSITED FERRETERIA AMAYA | 51,946.88 |
| 07/04/2011 | NICASIO ISRAEL FERNANDEZ SANTOS | 60,601.00 |

*This table is a summary of the account statement corresponding to the months of June and July of 2011

The account number ▉▉▉▉▉ of American Express (Mexico), S.A. in the name of **BERTHA OLGA GOMEZ FONG** shows that the a deposit was made from



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

account number ███████ of HSBC Mexico, S.A. in the name of **PAVIMENTOS Y SERVICIOS DE PARRAL, S.A. DE C.V.**

**ACCOUNT No.**███████**of AMERICAN EXPRESS (Mexico), S.A. HOLDER: BERTHA OLGA GOMEZ FONG**

| DATE | CONCEPT | AMOUNT |
|------|---------|--------|
| 06/27/2011 | YOUR PAYMENT, THANK YOU | 43,844.75 |

*This table is a summary of the account statement corresponding to the month of June 2011

**B).- Mutual agreement with interest number 887/2011 signed by and between UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA for working capital, this is, to purchase beef cattle.**

A payment was made from the account number ███████ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on January 9, 2012, for **$5,000,000.00 (five million pesos 00/100 Mexican Currency)** by means of check number 0000047 into account number ███████ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. From the latter the following transactions are observed:

**ACCOUNT No.**███████**of HSBC Mexico, S.A. HOLDER: UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | CONCEPT | HOLDER | CHARGE | DEPOSIT | BALANCE |
|------|---------|--------|--------|---------|---------|
| 01/05/2012 | PREVIOUS BALANCE | | | | $21,027.28 |
| 01/09/2012 | CHECK DEPOSIT BNK 014 ACCT ███ T1 | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | $5,000,000.00 | $5,021,027.28 |
| 01/10/2012 | CHECK DEPOSIT BNK 014 CTA ███ | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | 16,000,000.00 | 21,021,027.28 |
| 01/17/2012 | SECURITIES PURCHASE WITHDRAWAL | | $19,999,997.25 | | $327,946.53 |
| 01/17/2012 | SECURITIES SALE DEPOSIT | | | $1,500,011.10 | $1,500,011.10 |
| 01/18/2012 | CHECKOT BNK ███ | RAUL YAÑEZ BUSTILLOS | $ 561,340.00 | | $1,266,617.63 |
| 01/20/2012 | SECURITIES PURCHASE WITHDRAWAL | | | $28,645.73 | $1,295,263.36 |
| 01/20/2012 | SECURITIES PURCHASE WITHDRAWAL | | | $2,971,371.88 | $4,266,635.24 |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

| | SECRETARY OF PUBLIC OVERSIGHT | | | ASSET GROWTH DIVISION |
|---|---|---|---|---|
| 01/23/2012 | CHECK OT BNK ▮▮▮ | NUECES LA ESPERANZA | $ 3,000,000.00 | ▮1,266,635.24 |
| 01/25/2012 | CHECK OT BNK ▮▮▮ | AKALA | $ 1,000,000.00 | $246,635.24 |

*This table is a summary of the account statement corresponding to the month of January 2012

It was identified that before the deposit made as **support for beef cattle** of **$5,000,000.00 (five million pesos 00/100 Mexican Currency)**, and the deposit of **$16,000,000.00 (sixteen million pesos 00/100 Mexican Currency)** for the payment of **indemnity to producers transporting their unproductive cattle to the place where animals are sacrificed (See section C)**, there was a balance of **$21,027.28 (twenty one thousand twenty seven pesos 28/100 Mexican Currency)**. Then, on January 17, 2012 a withdrawal was made to purchase securities (investments) in the amount of **$19,999,997.25 (Nineteen million nine hundred ninety nine thousand nine hundred ninety seven pesos 25/100 Mexican Currency)**.

Securities were sold on January 17, 2012 in **$1,500,011.10 (one million five hundred thousand eleven pesos 10/100 Mexican Currency)** which were used to pay **RAUL YAÑEZ BUSTILLOS** with Federal Taxpayers' Registry ▮▮▮ with check number 476 on January 18, 2012 in the amount of **$561,340.00 (Five hundred sixty one thousand three hundred forty pesos 00/100 Mexican Currency)** and **$1,000,000.00 (one million pesos 00/100 Mexican Currency)** with check number 479 on January 25, 2012 deposited into account number ▮▮▮ of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA** in Akala, S.A. de C.V. S.F.P. On January 20, 2012 the amount of **$3,000,017.61 (three million seventeen pesos 61/100 Mexican Currency)** of investments was sold, on January 23, 2012 a payment was made on **$3,000,000.00 (three million pesos 00/100 Mexican Currency)** to **NUECES LA ESPERANZA** with Federal Taxpayers' Registry ▮▮▮ with check number 477.

The account number ▮▮▮ of Akala, S.A. de CV. S.F.P. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA** shows a deposit in the amount of **$1,000,000.00 (one million pesos 00/100 Mexican Currency)** on January 24, 2012 from account number ▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA** as shown hereinbelow:

**ACCOUNT No. ▮▮▮ of Akala, S.A. de C.V. S.F.P.**
**HOLDER: UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | REFERENCE | CONCEPT | FORM OF PAYMENT | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|
| 01/24/2012 | | PREVIOUS BALANCE | | | | 455,696.94 |



**Chihuahua** SECRETARY
GOBIERNO DEL ESTADO OF PUBLIC OVERSIGHT                                    ASSET GROWTH DIVISION

| DATE | | CONCEPT | | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|
| 01/24/2012 | 40323 | DEPOSIT INTO ACCOUNTS | CHECKS FROM OTHER DEPOSIT INTO ACCOUNT | | 1,000,000.00 | 1,455,696.94 |
| 01/242012 | | TRANSFER CREDIT | ACCOUNT(S): ▮ | | 12,427,500.00 | 13,883,196.94 |
| 01/25/2012 | 40359 | DEPOSIT INTO ACCOUNTS | CHECKS FROM OTHER DEPOSIT INTO ACCOUNT | | 2,000,000.00 | 15,883,196.94 |
| 01/25/2012 | | SPEI CHARGE | SPEI CHARGE | 12,500,000.00 | | 3,383,196.94 |
| 01/25/2012 | | COMMISSION | SPEI COMMISSION | 35.00 | | 3,383,161.94 |
| 01/25/2012 | | VAT | VAT SPEI COMMISSION | 5.60 | | 3,383,156.34 |
| 01/25/2012 | | TRANSFER | ACCOUNT(S): 201 | 3,000,000.00 | | 383,156.34 |

*This table is a summary of the account statement corresponding to the month of January 2012

**C).- Economic Support Agreement number 991/2011 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE for the payment of indemnity to producers transporting their unproductive cattle to the place where animals are sacrificed.**

Three payments were made from the account number ▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on January 10 and 25, 2012 and on March 15 of 2012 in the amounts of **$16,000,000.00 (sixteen million pesos 00/100 Mexican Currency) (See table of section B), $10,000,000.00 (ten million pesos 00/100 Mexican Currency)** and **$10,000,000.00 (ten million pesos 00/100 Mexican Currency)** by means of check numbers 016464, 017104 and 016781 respectively into account number ▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. From the latter the following transactions are observed:

**ACCOUNT No. ▮▮▮▮ of HSBC Mexico, S.A.**
**HOLDER: UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | CONCEPT | HOLDER | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 20/01/2012 | PREVIOUS BALANCE | | | | $246,635.24 |
| 01/25/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $ 7,200,006.64 | $7,446,641.88 |
| 01/25/2012 | CHECK DEPOSIT BCO014 T1 | SECRETARY OF THE TREASURY GOVERNMENT OF THE STATE OF CHIHUAHUA | | $10,000,000.00 | $17,446,641.88 |
| 01/26/2012 | CHECK OT BNK ▮▮▮▮ | BONIFACIO CARRASCO GARCIA | $ 1,200,000.00 | | $16,246,641.88 |
| 01/26/2012 | CHECK OT BNK ▮▮▮▮ | MARGARITA CARRASCO GARCIA | $ 1,200,000.00 | | $15,046,641.88 |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

## SECRETARY OF PUBLIC OVERSIGHT

### ASSET GROWTH DIVISION

| Date | Transaction | Payee | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/262012 | CHECK OT BNK | BONIFACIO CARRASCO GARCIA | $ 1,200,000.00 | | $13,846,641.88 |
| 01/26/2012 | CHECK OT BNK | LUZ CARRASCO GARCIA | $1,200,000.00 | | $12,646,641.88 |
| 01/262012 | CHECK OT BNK | JOSEFINA CARRASCO GARCIA | $1,200,000.00 | | $11,446,641.88 |
| 01/26/2012 | CHECK OT BNK | MAURO CARRASCO GARCIA | $1,200,000.00 | | $10,246,641.88 |
| 01/26/2012 | SECURITIES PURCHASE WITHDRAWAL | INVESTMENT | $9,999,997.68 | | $246,644.20 |
| 01/27/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $600,004.05 | $792,148.20 |
| 01/30/2012 | CHECK OT BNK | GRUPO AGROPECUARIO BUDA | $514,800.00 | | $277,348.25 |
| 01/30/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $751,658.80 | $1,029,007.05 |
| 02/01/2012 | CHECK OT BNK | ASOCIACION CHIHUAHUENSE DE CRIADORES DE GANADO | $165,000.00 | | $864,007.05 |
| 02/01/2012 | CHECK PAID | RUTH SARAI MARTINEZ MARISCAL | $30,000.00 | | $834,007.05 |
| 02/07/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $1,000,003.85 | $2,834,007.05 |
| 03/13/2012 | CHECK DEPOSITED | PAVIMENTOS Y SERVICIOS DE PARRAL | $100,000.00 | | $2,734,010.90 |
| 02/14/2012 | CHECK OT BNK | BRANDO SA DE CV | $1,000,000.00 | | $1,734.010.90 |
| 02/15/2012 | CHECK PAID | JOSE ANTONIO PEREZ VILLARREAL | $30,000.00 | | $1,704,010.90 |
| 02/16/2012 | CHECK OT BNK | SIMON DARIO ROJAS | $150,000.00 | | $1,554,010.90 |
| 03/02/2012 | CHECK DEPOSITED | PAVIMENTOS Y SERVICIOS DE PARRAL | $151,164.00 | | $1,395,668.90 |
| 03/07/2012 | CHECK PAID | RUTH SARAI MARTINEZ MARISCAL | $44,000.00 | | $1,351,668.90 |
| 03/07/2012 | CHECK PAID | EDGAR JESUS PEREZ MORALES | $18,000.00 | | $1,333,668.90 |
| 03/15/2012 | CHECK DEPOSITED | GILDARDO RONQUILLO AGUAYO | $250,000.00 | | $1,169,268.90 |
| 03/15/2012 | CHECK DEPOSIT BCO014 | SECRETARY OF THE TREASURY GOVERNMENT OF THE STATE OF CHIHUAHUA | | $10,000,000.00 | $11,170,868.90 |
| 03/21/2012 | SECURITIES PURCHASE WITHDRAWAL | INVESTMENT | $9,999,988.55 | | $1,150,632.35 |
| 03/28/2012 | CHECK DEPOSITED | GILDARDO RONQUILLO AGUAYO | $530,000.00 | | $843,832.35 |
| 06/06/2012 | CHECK OT BNK | CARLOS A. GARZA FEES | $30,434.19 | | $1,523,294.37 |



| Chihuahua | SECRETARY OF PUBLIC OVERSIGHT | | | ASSET GROWTH DIVISION |
|---|---|---|---|---|
| 06/06/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $10,000,009.76 $11,523,304.13 |
| 06/07/2012 | CHECK OT BNK ▇ | VALLES BACA HERMANOS | $10,000,000.00 | $1,559,704.13 |
| 06/11/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $2,000,013.94 $3,609,218.07 |
| 06/12/2012 | CHECK OT BNK ▇ | SOLEDAD BACA VAZQUEZ | $2,000,000.00 | $1,609,218.07 |
| 07/02/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $2,000,006.49 $3,382,230.01 |
| 07/03/2012 | CHECK OT BNK ▇ | ANTONIO VELAZQUEZ CORRAL | $2,000,000.00 | $1,382,230.01 |
| 10/31/2012 | SECURITIES SALE DEPOSIT | INVESTMENT | | $5,500,018.48 $6,701,655.24 |
| 11/01/2012 | CHECK OT BNK ▇ | AKALA | $6,000,000.00 | $701,655.24 |

*This table is a summary of the account statement corresponding to the months of January, February, March, June, July, October and November of 2012.

To January 25, 2012, the balance was **$246,635.24 (Two hundred forty six thousand six hundred thirty five pesos 24/100 Mexican Currency)**, the same day there was a sale of securities (investment withdrawal) of **$7,200,006.64 (Seven million two hundred thousand six pesos 64/100 Mexican Currency)**. On January 26, 2012 payments were made through six checks with numbers 480, 481, 482, 483, 484 and 485 in the amount of **$1,200,000.00 (One million Two hundred thousand pesos 00/100 Mexican Currency)**, each of them to **BONIFACIO, MARGARITA, MAURO, LUZ AND JOSEFINA CARRASCO GARCIA.**

The **$10,000,000.00 (Ten million pesos 00/100 Mexican Currency) for support provided by the Government of the State** and deposited on January 25, 2012 was withdrawn by way of securities purchase (sent to investments) in the amount of **$9,999,997.68 (Nine million nine hundred ninety nine thousand nine hundred ninety seven pesos 68/100 Mexican Currency)** on March 21, 2012.

There was a sale of securities (investment withdrawal) in the amount of **$2,351,666.70 (two million three hundred fifty one thousand six hundred sixty six pesos 70/100 Mexican Currency)** through three withdrawals **$600,004.05 (Six hundred thousand four pesos 05/100 Mexican Currency)**, **$751,658.80 (seven hundred fifty one thousand six hundred fifty eight pesos 80/100 Mexican Currency)** and **$1,000,003.85 (one million three pesos 85/100 Mexican Currency)** on January 27 and 30 and February 7 of 2012. The foregoing to later pay on January 30, 2012 through check 486 the amount of **$514,800.00 (five hundred fourteen thousand eight hundred 00/100 Mexican Currency)** to **GRUPO AGROPECUARIO BUDA, S.P.R. DE R.L. DE C.V.** with Federal Taxpayers' Registry ▇▇▇▇▇, on February 1, 2012 through check number 298 the amount of **$165,000.00 (one hundred sixty five thousand pesos 00/100 Mexican Currency)** to the **ASOCIACION CHIHUAHUENSE DE CRIADORES DE GANADO DE REGISTRO, to**



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

**RUTH SARAI MARTINEZ MARISCAL** the amount of **$74,000.00 (seventy four thousand pesos 00/100 Mexican Currency)** by way of two checks: the 299 collected on February 16, 2012 in the mount of **$30,000.00 (thirty thousand pesos 00/100 Mexican Currency)** and the 304 on March 7, 2012 in the amount of **$44,000.00 (forty four thousand pesos 00/100 Mexican Currency); $251,164.00 (two hundred fifty one thousand one hundred sixty four pesos 00/100 Mexican Currency)** through checks number 487 and 491 paid on February 13, 2012 and March 2, 2012 to **PAVIMENTOS Y SERVICIOS DE PARRAL** with Federal Taxpayers' Registry ▇▇▇▇▇ in the amount of **$100,000.00 (one hundred thousand pesos 00/100 Mexican Currency)** and **$151,164.00 (one hundred fifty one thousand one hundred sixty four pesos 00/100 Mexican Currency)** respectively; on February 15, 2012 with check number 301 in the amount of **$30,000.00 (thirty thousand pesos 00/100 Mexican Currency)** collected by **JOSE ANTONIO PEREZ VILLAREAL** on February 16, 2012 with check number 490 in the amount of **$150,000.00 (one hundred fifty thousand pesos 00/100 Mexican Currency)** paid to **SIMON DARIO ROJAS** with Federal Taxpayers' Registry ▇▇▇▇▇ on March 7, 2012 by way of check number 303 in the amount of **$18,000.00 (eighteen thousand pesos 00/100 Mexican Currency)** to **EDGAR JESUS PEREZ MORALES**; on March 15, 2012 check number 493 in the amount of **$250,000.00 (two hundred fifty thousand pesos 00/100 Mexican Currency)** collected by **GILDARDO RONQUILLO AGUAYO** with Federal Taxpayers' Registry ▇▇▇▇▇ and on February 14, 2012 with check number 488 in the amount of **$1,000,000.00 (one million pesos 00/100 Mexican Currency)** collected by **BRANDO, S.A. DE C.V.** with Federal Taxpayers' Registry ▇▇▇▇▇

On March 15, 2012 a third payment was received as support from the Government of the State in the amount of **$10,000,000.00 (ten million pesos 00/100 Mexican Currency)** which were withdrawn through purchase of securities (taken to investment) in the amount of **$9,999,988.55 (Nine million nine hundred ninety nine thousand nine hundred eighty eight pesos 55/100 Mexican Currency)** on March 21, 2012.

On June 6, 2012 a release of investment was made through a sale of securities in the amount of **$10,000,009.76 (ten million nine pesos 76/100 Mexican Currency)** to pay **$10,000,000.00 (ten million pesos 00/100 Mexican Currency)** to **VALLES BACA HERMANOS, S.P.R. DE R.L DE C.V.** with Federal Taxpayers' Registry ▇▇▇▇▇ on June 7, 2012 by way of check number 656.

On June 11, 2012 a sale of securities (investment withdrawal) is carried out in the mount of **$2,000,013.94 (two million thirteen pesos 94/100 Mexican Currency)** to pay **$2,000,000.00 (two million pesos 00/100 Mexican Currency)** to **SOLEDAD BACA** on June 12, 2012 by way of check number 657.



**FGR**

FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

On July 2, 2012 a sale of securities (investment withdrawal) is carried out in the mount of **$2,000,006.49 (two million six pesos 49/100 Mexican Currency)** to pay **$2,000,000.00 (two million pesos 00/100 Mexican Currency)** to **ANTONIO VELAZQUEZ CORRAL** on July 2, 2012 by way of check number 661.

On October 9, 2012 a sale of securities (investment withdrawal) is carried out in the mount of **$1,000,014.56 (one million fourteen pesos 56/100 Mexican Currency)** to pay **$932,731.00 (nine hundred thirty two thousand seven hundred thirty one pesos 00/100 Mexican Currency)** to **ALVARO IVAN BUSTILLOS FUENTES** October 10, 2012 by way of check number 680, and by way of check number 697 to pay **$230,294.61 (two hundred thirty thousand two hundred ninety four pesos 61/100 Mexican Currency)**to OLEGARIO GUZMAN ORQUIZ.

From the investment release by way of sale of securities, on October 29, 2012 withdrawals were made in the amount of **$6,000,017.97 (six million seventeen pesos 97/100 Mexican Currency)** by way of the following check numbers: check number 699 in the amount of **$318,000.00 (three hundred eighteen thousand pesos 00/100 Mexican Currency)** to **ELOY SOTO PAYAN** on October 30, 2012; check number 700 in the amount of **$1,206,930.00 (one million two hundred six thousand nine hundred thirty pesos 00/100 Mexican Currency)** collected by **JOSE ANGEL CHAVEZ SOTO** on October 30, 2012; check number 701 in the amount of **$879,300.00 (eight hundred seventy nine thousand three hundred pesos 00/100 Mexican Currency)** in the name of **ALEJANDRO MARQUEZ RODRIGUEZ** on October 30 and check numbers 702, 703 and 704 in the name of **ALVARO IVAN BUSTILLOS FUENTES** in the amount of **$1,655,762.50 (one million six hundred fifty five thousand seven hundred sixty two pesos 50/100 Mexican Currency), $654,267.00 (six hundred fifty four thousand two hundred sixty seven pesos 00/100 Mexican Currency)** and **$208,919.00 (two hundred eight thousand nine hundred nineteen pesos 00/100 Mexican Currency)** on October 30, 2012.

On October 31, 2012 a withdrawal sale of securities (investment) is carried out in the mount of **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** and with a previous balance of **$1,197,636.76 (one million one hundred ninety seven thousand six hundred thirty six pesos 76/100 Mexican Currency)** a withdrawal was made by way of check number 705 in the amount of **$6,000,000.00 (six million pesos 00/100 Mexican Currency)** into the account of **Akala, S.A. de C.V. S.F.P.**

The total release of investments during said period was of **$36,051,753.54 (thirty six million fifty one thousand seven hundred fifty three pesos 54/100 Mexican Currency).**



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                          ASSET GROWTH DIVISION

The account ▮▮▮▮ of Akala, S.A. de C.V. S.F.P. in the name of **CARLOS GERARDO HERMOSILLO ARTEAGA**, on September 28, 2012 presented a balance of $9.50 (nine pesos 50/100 Mexican Currency) and on October 31, 2012 three deposits were made in the amounts of $5,000,000.00 (five million pesos 00/100 Mexican Currency), $9,000,000.00 (nine million pesos 00/100 Mexican Currency) and **$6,000,000.00 (six million pesos 00/100 Mexican Currency)**. The latter deposit came from the account number ▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA** to later withdraw through check $20,000,000.00 (twenty million pesos 00/100 Mexican Currency), as detailed hereinbelow:

**ACCOUNT No.: 00160723 de Akala, S.A. de C.V. S.F.P.**
**HOLDER: CARLOS GERARDO HERMOSILLO ARTEAGA**

| DATE | CONCEPT | FORM OF PAYMENT | CHARGE | DEPOSIT | BALANCE |
|------|---------|-----------------|--------|---------|---------|
| 09/28/2012 | PREVIOUS BALANCE | | | 0.01 | 9.50 |
| 10/31/2012 | DEPOSIT INTO ACCOUNTS | CHECK FROM | | 5,000,000.00 | 5,000,009.50 |
| 10/31/2012 | DEPOSIT INTO ACCOUNTS | CHECK FROM | | 9,000,000.00 | 14,000,009.50 |
| 10/31/2012 | DEPOSIT INTO ACCOUNTS | CHECK FROM | | 6,000,000.00 | 20,000,009.50 |
| 10/31/2012 | BANK CHECK ACCOUNT WITHDRAWAL | BANK CHECK ACCOUNT WITHDRAWAL | 20,000,000.00 | | 9.50 |

*This table is a summary of the account statement corresponding to the month of October 2012

The account ▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION DE CREDITO PROGRESO, S.A. DE C.V.**, on October 31, 2012 showed a deposit in the amount of $20,000,000.00 (twenty million pesos 00/100 Mexican Currency) from account number ▮▮▮▮ of Akala, S.A. de C.V. S.F.P. in the name of **CARLOS GERARDO HERMOSILLO ARTEAGA**, as detailed hereinbelow:

**ACCOUNT No.: ▮▮▮▮ de HSBC Mexico, S.A.**
**TITULAR: UNION DE CREDITO PROGRESO, S.A. DE C.V**

| DATE | SERIAL | DESCRIPTION | WITHDRAWALS/ CHARGES | DEPOSITS/ PAYMENTS | REFERENCE |
|------|--------|-------------|----------------------|--------------------|-----------|
| 31/10/2012/ | | DOCUMENT DEPOSIT | | $20,000,000.00 | 2131003 |

**Amount which was allocated in Trust number ▮▮▮▮ of Banco Mercantil del Norte, S.A. in the name of CESAR HORACIO DUARTE JAQUEZ and BERTHA OLGA GOMEZ FONG according to the information provided by the same ex-Governor of the State on August 31, pursuant to the stipulations of numbered paragraph 2 section IV of the present report and to the money traces followed.**

**D).- Economic Support Agreement number 305/2012 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to**



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

Chihuahua
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**          ASSET GROWTH DIVISION

**acquire 116 (one hundred sixteen) pieces of equipment for artificial insemination in order to increase the genetic quality of the cattle.**

A payment was made from the account number ▇▇▇▇▇▇▇ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on April 25, 2012, for **$2,692,288.00 (two million six hundred ninety two thousand two hundred eighty eight pesos 00/100 Mexican Currency)** by means of check number 017910 into account number ▇▇▇▇▇▇▇ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. From the latter the following transactions are observed:

**ACCOUNT No.** ▇▇▇▇▇▇▇ **of HSBC Mexico, S.A.**
**HOLDER: UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | SERIAL | DESCRIPTION | WITHDRAWALS/ CHARGES | DEPOSITS/ PAYMENTS | REFERENCE |
|---|---|---|---|---|---|
| 04/25/2012 | PREVIOUS BALANCE | | | | $419,924.64 |
| 04/25/2012 | CHECK DEPOSIT ▇▇▇ | SECRETARY OF THE TREASURY GOVERNMENT OF THE STATE OF CHIHUAHUA | | $ 2,692,288.00 | $ 3,112,212.64 |
| 04/27/2012 | CHECK OT BNK ▇▇▇ | GENERA PROYECTOS AGROINDUSTRIALES INMOBILIARIOS | $ 612,698.08 | | $2,517,514.56 |
| 04/27/2012 | CHECK OT BNK ▇▇▇ | LACTOGEN SA DE CV | $ 703,076.00 | | $1,814,438.56 |
| 06/25/2012 | CHECK OT BNK ▇▇▇ | VALLES BACA HERMANOS | $ 500,000.00 | | $1,232,718.07 |
| 06/27/2012 | CHECK OT BNK ▇▇▇ | TECNOLOGIA GENETICA | $ 161,515.55 | | $1,269,202.52 |
| 07/26/2012 | CHECK OT BNK ▇▇▇ | LACTOGEN SA DE CV | $ 703,076.00 | | $10,210,744.35 |

*This table is a summary of the account statement corresponding to the months of April, June and July 2012

To April 25, 2015, before the deposit of **$2,692,288.00 (two million six hundred ninety two thousand two hundred eighty eight pesos 00/100 Mexican Currency) to acquire equipment for artificial insemination,** there was a balance of **$419,924.64 (four hundred nineteen thousand nine hundred twenty four pesos 64/100 Mexican Currency)**. On April 27, 2012, check number 308 was collected and **$612,698.08 (six hundred twelve thousand six hundred ninety eight pesos 08/100 Mexican Currency)** were deposited into the account of **GENERA PROYECTOS AGROINDUSTRIALES INMOBILIARIOS** with Federal Taxpayers' Registry ▇▇▇▇▇▇ And the checks number 309 and 663 in the amount of **$703,076.00 (seven hundred three thousand seventy six pesos 00/100 Mexican**



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                ASSET GROWTH DIVISION

**Currency)** each, collected by **LACTOGEN, S.A. DE C.V.** with Federal Taxpayers' Registry ▮▮▮▮ on April 27, 2012 and July 26, 2012 which totals **$1,406,152.00 (one million four hundred six thousand one hundred fifty two pesos 00/100 Mexican Currency)**. On June 25, 012check number 658 was collected by **VALLES BACA HERMANOS, S.P.R. DE R.L. DE C.V.** in the amount of **$500,000.00 (five hundred thousand pesos 00/100 Mexican Currency)**. And finally, on June 27, 201, the amount of **$161,515.55 (one hundred sixty one thousand five hundred fifteen pesos 55/100 Mexican Currency)** by way of check number 660 collected by **TECNOLOGIA GENETICA** with Federal Taxpayers' Registry ▮▮▮▮

**E).- Economic Support Agreement number 376/2012 granted to UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to acquire cattle food whose purpose was to reduce the cost of cattle food amongst the persons belonging to the union and/or producers requesting so allowing them to keep the nutritional condition of their cattle and avoiding the weakening, illnesses and thus the death of the cattle.**

A payment was made from the account number ▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on July 12, 2012, for **$10,000,000.00 (ten million pesos 00/100 Mexican Currency)** by means of check number 018552 into account number ▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. From the latter the following transactions are observed:

**ACCOUNT No. ▮▮▮▮ of HSBC Mexico, S.A.**
**HOLDER: UNION GANADERA REGIONAL DIVISION**
**DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | CONCEPT | REFERENCE | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 07/10/2012 | PREVIOUS BALANCE | | | | $470,875.01 |
| 07/12/2012 | DEPOSIT BCO014 CTA | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | $10,000,000.00 | $10,470,875.01 |
| 08/10/2012 | CHECKE OT BNK VBH070124 IY7 | VALLES BACA HERMANOS | $1,360,000.00 | | $9,244,228.35 |
| 08/13/2012 | CHECKE OT BNK | GRUPAMA SA DE CV | $3,987,500.00 | | $5,246,728.35 |
| 08/28/2012 | CHECK DEPOSITED | FRANCISCO JAVIER DIAZ BATREZ | $2,652,500.00 | | $2,392,457.47 |
| 08/29/2012 | CHECKE OT BNK | PROMOTORA GANADERA DEL REAL | $2,000,000.00 | | $392,857.47 |

*This table is a summary of the account statement corresponding to the months of July and August 2012

With a balance of **$497,875.01 (four hundred ninety seven thousand eight hundred seventy five pesos 01/100 Mexican Currency)** on July 12, 2012 support



**SECRETARY**

**Chihuahua** **OF PUBLIC OVERSIGHT** ASSET GROWTH DIVISION
GOBIERNO DEL ESTADO

provided by the Government of the State was received in the amount of **$10,000,000.00 (ten million pesos 00/100 Mexican Currency)**. With said money on August 10, 2012 the amount of **$1,360,000.00 (one million three hundred sixty thousand pesos 00/100 Mexican Currency)** were paid to **VALLES BACA HERMANOS, S.P.R. DE R.L. DE C.V.** by way of check number 665; on August 13, 2012 **GRUPAMA, S.A. DE C.V.** with Federal Taxpayers' Registry ▮▮▮▮ collected check number 666 in the amount of **$3,987,500.00 (three million nine hundred eighty seven thousand five hundred pesos 00/100 Mexican Currency)**, check number 672 in the amount of **$2,652,500.00 (two million six hundred fifty two thousand five hundred pesos 00/100 Mexican Currency)** was collected by **FRANCISCO JAVIER DIAZ BATREZ** on August 28, 2012; and the amount of **$2,000,000.00 (two million pesos 00/100 Mexican Currency)** through check number 673 on August 29, 2012 by the company **PROMOTORA GANADERA DEL REAL,S.A. DE C.V.** with Federal Taxpayers' Registry ▮▮▮▮▮

**F).- Economic Support Agreement number 384/2013 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to pay the move of exhibition cattle to the Fair of San Marcos in the State of Aguascalientes in which the state of Chihuahua was a especial guest. The latter included the following concepts: personnel responsible for taking care, feeding and protecting the cattle, travel expenses, amongst others.**

A payment was made from the account number ▮▮▮▮▮ of BBVA Bancomer, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on April 1, 2013, in the amount of **$250,000.00 (two hundred fifty thousand pesos 00/100 Mexican Currency)** by means of check number 1257178 and on October 18, 2013 check number 1261771 in the amount of **$60,000.00 (sixty thousand s pesos 00/100 Mexican Currency)** into account number ▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA:**

**ACCOUNT No.** ▮▮▮▮▮ **of HSBC Mexico, S.A.**
**HOLDER: UNION GANADERA REGIONAL DIVISION**
**DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | CONCEPT | REFERENCE | CHARGE | DEPOSIT | BALANCE |
|------|---------|-----------|--------|---------|---------|
| 04/01/2013 CHECK ▮▮▮ | | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | $ 250,000.00 | $ 469,699.16 |
| 10/18/2013 CHECK ▮▮▮ | | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | $ 60,000.00 | |

*This table is a summary of the account statement corresponding to the months of April and October 2013



**SECRETARY**
**Chihuahua**  **OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
GOBIERNO DEL ESTADO

From the review of the statements of account, it was identified that after receiving the payment of **$250,000.00 (two hundred fifty thousand pesos 00/100 Mexican Currency)** there was a balance of **$469,699.00 (four hundred sixty nine thousand six hundred ninety nine pesos 00/100 Mexican Currency)** and payments were made to AMERICAN EXPRESS COMPANY in the amount of **$80,000.00 (eighty thousand pesos 00/100 Mexican Currency)** by way of check number 733 on April 2, 2013. On April 15, 2013 check number 734 in the amount of **$28,450.00 (twenty eight thousand four hundred fifty pesos 00/100 Mexican Currency)** was collected by **BRANDO, S.A. DE C.V.,** on April 16, 2013 check number 735 was collected into an account with Federal Taxpayers' Registry NUMA710803HL8 in the amount of **$80,000.00 (eighty thousand pesos 00/100 Mexican Currency)** and on April 17, 2013 check number 736 in the amount of **$35,000.00 (thirty five thousand pesos 00/100 Mexican Currency)** was collected by **DIANA ALEJANDRA RENTERIA ORTIZ.**

**G).- Economic Support Agreement number 0995/2013 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to execute the program of beef cattle repopulation in the State.**

A payment was made from the account number ▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on October 18, 2013, for **$4,600,000.00 (four million six hundred thousand pesos 00/100 Mexican Currency)** by means of check number 0021937 into account number ▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA.** From the latter the following transactions are observed:

**ACCOUNT No.** ▮▮▮▮▮ **of HSBC Mexico, S.A.**
**HOLDER: UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**

| DATE | CONCEPT | REFERENCE | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 10/18/2013 | PREVIOUS BALANCE | | | | $202,352.15 |
| 10/18/2013 | CHECK | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | $4,600,000.00 | $4,802,352.15 |
| 10/31/2013 | CHECK OTHER BANK | WIRE TRANSFER BETWEEN ACCOUNTS BBVA 6355 | $2,043,893.71 | | $2,762,458.44 |
| 11/22/2013 | CHECK OTHER BANK | WIRE TRANSFER BETWEEN ACCOUNTS BBVA 6355 | $1,586,467.10 | | $1,221,153.34 |
| 12/09/2013 | CHECK OTHER BANK | CONSTRUCCIONES MARRO | $461,642.16 | | $759,911.18 |
| 01/07/2014 | CHECK OTHER BANK | WIRE TRANSFER BETWEEN ACCOUNTS BBVA 6355 | $562,540.66 | | $175,572.52 |



 **SECRETARY**
**Chihuahua** **OF PUBLIC OVERSIGHT** ASSET GROWTH DIVISION
GOBIERNO DEL ESTADO
*This table is a summary of the account statement corresponding to the months of October, November and December 2013 and January 2014.

Before the deposit of **$4,600,000.00 (four million six hundred thousand pesos 00/100 Mexican Currency)** made by the Government of the State of Chihuahua, the account had $202,352.15 (two hundred two thousand three hundred fifty two pesos 15/100 Mexican Currency). From October 31, 2013 the following withdrawals were made: the total amount of **$4,192,901.47 (Four million one hundred ninety two thousand nine hundred one pesos 47/100 Mexican Currency)** were deposited through checks number 854, 855 and 857 in the amounts of **$2,049,893.71 (two million forty nine thousand eight hundred ninety three pesos 71/100 Mexican Currency)**, **$1,586,467.10 (one million five hundred eighty six thousand four hundred sixty seven pesos 10/100 Mexican Currency)** and **$562,540.66 (five hundred sixty two thousand five hundred forty pesos 66/100 Mexican Currency)** into account number ▮▮▮▮ of BBVA Bancomer, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE** on October 31, 2013, November 22, 2013 and January 7, 2014, respectively; and the amount of **$461,642.16 (four hundred sixty one thousand six hundred forty two pesos 16/100 Mexican Currency)** by way of check number 856 on December 9, 2013 to **CONSTRUCCIONES MARRO, S.A. DE C.V.**

In the account number ▮▮▮▮ of BBVA Bancomer in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA** it was observed that after receiving the deposit in the amount of $562,540.66 (five hundred sixty two thousand five hundred forty pesos 66/100 Mexican Currency) from the account number ▮▮▮▮ of HSBC Mexico, S.A. de C.V. on January 6, 2014, there was a payment to a third party to the company **BRANDO, S.A. DE C.V.** in the amount of $562,540.66 (five hundred sixty two thousand five hundred forty pesos 66/100 Mexican Currency) on January 7, 2014.

**H).- Economic Support Agreement granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to acquire oat.**

A payment was made through wire transfer from the account number ▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the State of Chihuahua, on November 28, 2014, for **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** into account number ▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. From the latter the following transactions are observed:

**ACCOUNT No.** ▮▮▮▮ **of HSBC Mexico, S.A.**
**HOLDER: UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

| DATE | CONCEPT | REFERENCE | CHARGE | DEPOSIT | BALANCE |
|------|---------|-----------|--------|---------|---------|
| 10/31/2014 | PREVIOUS BALANCE | | | | $6,593.96 |
| 11/28/2014 | SUPPORT TO ACQUIRE | SECRETARY OF THE TREASURY OF THE GOVERNMENT OF THE STATE OF CHIHUAHUA | | $5,500,000.00 | $5,506,593.96 |
| 12/01/2014 | CHECK OTHER BANK | FINANCIERA DE LA DIVISION DEL NORTE BANORTE 8360 | $5,500,000.00 | | $10,593.96 |

*This table is a summary of the account statement corresponding to the months of October, November and December 2014*

To October 31, 2014, the account had a balance of $6,593.96 (six thousand five hundred ninety three pesos 96/100 Mexican Currency), upon receiving the payment of **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** on November 28, 2014 by way of check number 968 on December 1, 2014, the amount of **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** was withdrawn and deposited into account number ▮▮▮▮▮ of Banco Mercantil del Norte, S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

**ACCOUNT No. 00559938360 of Banco Mercantil del Norte, S.A.**
**HOLDER: FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

| DATE | CONCEPT | CHARGE | DEPOSIT | BALANCE |
|------|---------|--------|---------|---------|
| 11/28/2014 | PREVIOUS BALANCE | | | $585,384.67 |
| 11/28/2014 | CHK LOCAL 000968 A 24 HOR BCO:0021 CTA. NO. CHECK 0000000968 | | $5,500,000.00 | $6,085,384.67 |
| 12/01/2014 | CAP. MATURITY USDM | | $7,016,616.18 | $13,102,000.85 |
| 12/01/2014 | INTEREST USDM | | $1,520.27 | $13,103,521.12 |
| 12/01/2014 | INCOME TAX | $346.02 | | $13,103,175.10 |
| 12/01/2014 | CASH EPOSIT | | $33,185.86 | $13,136,360.96 |
| 12/01/2014 | INVESTMENT USDM | $7,017,790.43 | | $6,118,570.53 |
| 12/01/2014 | CASH DEPOSIT | | $11,204.00 | $6,129,774.53 |
| 12/01/2014 | CASH DEPOSIT | | $25,000.00 | $6,154,774.53 |
| 12/01/2014 | CASH DEPOSIT | | $3,000.00 | $6,157,774.53 |
| 12/01/2014 | CASH DEPOSIT | | $24,995.87 | $6,182,770.40 |
| 12/01/2014 | CASH DEPOSIT | | $24,995.87 | $6,207,766.27 |
| 12/01/2014 | CASH DEPOSIT | | $53,621.00 | $6,261,387.27 |
| 12/02/2014 | CLEARED CHECK | $5,500,000.00 | | $761,387.27 |

On November 28, 2014, the account had a balance of $585,384.67 (five hundred eighty five thousand three hundred eighty four pesos 67/100 Mexican Currency) before receiving the deposit of **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** from account ▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**. On December 2, 2014, with check number 947 a charge was made in the amount of **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** which was deposited into account number



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

Chihuahua

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
▮▮▮▮ of BBVA Bancomer, S.A. in the name of **CESAR HORACIO DUARTE JAQUEZ**, latter he paid the SAT taxes corresponding to the tax year 2014 in the amount of **$3,105,364.00 (three million one hundred five thousand three hundred sixty four pesos 00/100 Mexican Currency)**

ACCOUNT: ▮▮▮▮ of BBVA Bancomer, S.A.
HOLDER: CESAR HORACIO DUARTE JAQUEZ.

| DATE | CONCEPT | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|
| 12/01/2014 | FEDERAL TAX PAYMENT | 1,898,922.00 | | 492,209.41 |
| 12/01/2014 | DEP. CHECK OTHER BANK FINANCIERA DE LA DIVISION DEL NORTE | | 5,500,000.00 | 5,992,209.41 |
| 12/11/2014 | BONUS | | 103,420.00 | 6,095,629.41 |
| 12/15/2014 | PAYROLL PAYMENT | | 54,264.50 | 6,149,893.91 |
| 12/16/2014 | PAYROLL PAYMENT | | 70,415.00 | 6,220,308.91 |
| 12/31/2014 | PAYROLL PAYMENT | | 8,596.90 | 6,228,905.81 |
| 01/13/2015 | QUARTERLY COMPENSATION AND PAYROLL | | 152,990.21 | 6,381,896.02 |
| 01/15/2015 | PAYROLL PAYMENT | | 12,204.52 | 6,394,100.54 |
| 01/20/2015 | COMPENSATION | | 70,415.00 | 6,464,515.54 |
| 01/30/2015 | PAYROLL PAYMENT | | 13,371.18 | 6,477,886.72 |
| 02/13/2015 | PAYROLL PAYMENT | | 13,371.18 | 6,491,257.90 |
| 02/20/2015 | COMPENSATION | | 70,415.00 | 6,561,672.90 |
| 02/23/2015 | COMMISSION | 110.00 | | 6,561,562.90 |
| 02/23/2015 | VAT | 17.60 | | 6,561,545.30 |
| 02/27/2015 | PAYROLL PAYMENT | | 13,371.18 | 6,574,916.48 |
| 03/04/2015 | COMMISSION | 5.00 | | 6,574,911.48 |
| 03/04/2015 | VAT | 0.80 | | 6,574,910.68 |
| 03/13/2015 | PAYROLL PAYMENT | | 13,371.18 | 6,588,281.86 |
| 03/20/2015 | COMPENSATION | | 70,415.00 | 6,658,696.86 |
| 03/31/2015 | PAYROLL PAYMENT | | 13,371.18 | 6,672,068.04 |
| 04/08/2015 | COMMISSION | 5.00 | | 6,672,063.04 |
| 04/08/2015 | VAT | 0.80 | | 6,672,062.24 |
| 04/15/2015 | PAYROLL PAYMENT | | 13,371.18 | 6,685,433.42 |
| 04/20/2015 | COMPENSATION | | 70,415.00 | 6,755,848.42 |
| 04/28/2015 | TAX COLLECTION | 3,105,364.00 | | 3,650,484.42 |

It is observed that before the deposit of **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** the account had a balance of **$492,209.41 (four hundred ninety two thousand two hundred nine pesos 41/100 Mexican Currency)**, latter it received deposits under the concept of payroll in the amount of **$763,778.20 (seven hundred sixty three thousand seven hundred seventy eight pesos 20/100 Mexican Currency)**, thus, if it had not received the payment from **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR** in the amount of **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)**, it could not have been able to pay the SAT taxes in the amount of **$3,105,364.00 (three million one hundred five thousand three hundred sixty four pesos 00/100 Mexican Currency)**.



 **Chihuahua** GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

**I).- Payment made to FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR. for the urban building located on Calle Guillermo Prieto 4 esquina con calle Mercaderes, in Hidalgo del Parral, Chihuahua.**

A payment was made from the account number ▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on September 25, 2012, for **$8,000,000.00 (eight million pesos 00/100 Mexican Currency)** into account number ▮▮▮▮▮ of Banco Mercantil del Norte, S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR**. From the latter the following transactions are observed:

**ACCOUNT No.** ▮▮▮▮▮ **of Banco Mercantil del Norte, S.A.**
**HOLDER: FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

| DATE | CONCEPT | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|
| 25/09/2012 | PREVIOUS BALANCE | | | $1,818,753.43 |
| | TR004▮▮▮▮ SPEI RECEIVED FROM BANK 0014 OF CLIENT GOV STATE CHIH FINANCE | | | |
| 25/09/2012 | SECRETARY AND CLABE ▮▮▮▮ RFC GEC981004RE5 CONCEPT OFFICIAL 1375 2012 CC 355491 | | $ 8,000,000.00 | $ 9,818,753.43 |
| 26/09/2012 | CAP. MATURITY USDM | | $ 2,271,147.27 | $12,089,900.70 |
| 26/09/2012 | INTEREST USDM | | $ 255.50 | $12,090,156.20 |
| 26/09/2012 | INVESTMENT MDD | $ 2,271,365.44 | | $ 9,818,790.76 |
| 26/09/2012 | INCOME TAX | $ 37.33 | | $ 9,818,753.43 |
| 27/09/2012 | CAP. MATURITY USDM | | $ 2,271,365.44 | $12,090,118.87 |
| 27/09/2012 | INTEREST USDM | | $ 255.53 | $12,090,374.40 |
| 27/09/2012 | INVESTMENT MDD | $ 2,271,583.63 | | $ 9,818,790.77 |
| 27/09/2012 | INCOME TAX | $ 37.34 | | $ 9,818,753.43 |
| 28/09/2012 | CAP. MATURITY USDM | | $ 2,271,583.63 | $12,090,337.06 |
| 28/09/2012 | INTEREST USDM | | $ 255.55 | $12,090,592.61 |
| 28/09/2012 | INVESTMENT MDD | $ 2,271,801.84 | | $ 9,818,790.77 |
| 28/09/2012 | INCOME TAX | $ 37.34 | | $ 9,818,753.43 |
| 01/10/2012 | CAP. MATURITY USDM | | $ 2,271,801.84 | $12,090,555.27 |
| 01/10/2012 | INTEREST USDM | | $ 766.73 | $12,091,322.00 |
| 01/10/2012 | INVESTMENT MDD | $ 2,272,456.54 | | $ 9,818,865.46 |
| 01/10/2012 | INCOME TAX | $ 112.03 | | $ 9,818,753.43 |
| 02/10/2012 | CAP. MATURITY USDM | | $ 2,272,456.54 | $12,091,209.97 |
| 02/10/2012 | INTEREST USDM | | $ 255.65 | $12,091,465.62 |
| 02/10/2012 | INVESTMENT MDD | $ 2,272,674.83 | | $ 9,818,790.79 |
| 02/10/2012 | INCOME TAX | $ 37.36 | | $ 9,818,753.43 |
| 03/10/2012 | CAP. MATURITY USDM | | $ 2,272,674.83 | $12,091,428.26 |
| 03/10/2012 | INTEREST USDM | | $ 255.68 | $12,091,683.94 |
| 03/10/2012 | INVESTMENT MDD | $ 2,272,893.15 | | $ 9,818,790.79 |
| 03/10/2012 | INCOME TAX | $ 37.36 | | $ 9,818,753.43 |
| 03/10/2012 | DESINV MDD | | $ 2,272,893.15 | $12,091,646.58 |
| 03/10/2012 | INVESTMENT MDD | $ 11,272,893.15 | | $ 818,753.43 |
| 04/10/2012 | CAP. MATURITY USDM | | $11,272,893.15 | $12,091,646.58 |
| 04/10/2012 | INTEREST USDM | | $ 1,283.86 | $12,092,930.44 |
| 04/10/2012 | INVESTMENT MDD | $ 11,273,991.70 | | $ 818,938.74 |
| 04/10/2012 | INCOME TAX | $ 185.31 | | $ 818,753.43 |
| 05/10/2012 | CAP. MATURITY USDM | | $11,273,991.70 | $12,092,745.13 |
| 05/10/2012 | INTEREST USDM | | $ 1,283.98 | $12,094,029.11 |
| 05/10/2012 | INVESTMENT MDD | $ 11,275,090.35 | | $ 818,938.76 |
| 05/10/2012 | INCOME TAX | $ 185.33 | | $ 818,753.43 |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO
SECRETARY **OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

| Date | Description | | |
|---|---|---|---|
| 08/10/2012 | CAP. MATURITY USDM | | $11,275,090.35 $12,093,843.78 |
| | | | $ 3,852.32 $12,097,696.10 |
| 08/10/2012 | INTEREST USDM | | |
| 08/10/2012 | INVESTMENT MDD | $ 11,278,386.64 | $ 819,309.46 |
| 08/10/2012 | INCOME TAX | $ 556.03 | $ 818,753.43 |
| 09/10/2012 | CAP. MATURITY USDM | | $11,278,386.64 $12,097,140.07 |
| 09/10/2012 | INTEREST USDM | | $ 1,284.48 $12,098,424.55 |
| 09/10/2012 | INVESTMENT MDD | $ 11,279,485.72 | $ 818,938.83 |
| 09/10/2012 | INCOME TAX | $ 185.40 | $ 818,753.43 |
| 10/10/2012 | CAP. MATURITY USDM | | $ 2,410,410.99 $ 3,229,164.42 |
| 10/10/2012 | CAP. MATURITY USDM | | $11,279,485.72 $14,508,650.14 |
| 10/10/2012 | INTEREST USDM | | $ 7,967.75 $14,516,617,89 |
| 10/10/2012 | INTEREST USDM | | $ 1,284.61 $14,517,902.50 |
| 10/10/2012 | INVESTMENT MDD | $ 11,280,584.91 | $ 3,237,317.59 |
| 10/10/2012 | INCOME TAX | $ 1,109.45 | $ 3,236,208.14 |
| 10/10/2012 | INCOME TAX | $ 185.42 | $ 3,236,022.72 |
| 10/10/2012 | INVESTMENT MDD | $ 2,417,269.29 | $ 818,753.43 |
| 11/10/2012 | CAP. MATURITY USDM | | $11,280,584.91 $12,099,338.34 |
| 11/10/2012 | INTEREST USDM | | $ 1,284.73 $12,100,623.07 |
| 11/10/2012 | INVESTMENT MDD | $ 11,281,684.21 | $ 818,938.86 |
| 11/10/2012 | INCOME TAX | $ 185.43 | $ 818,753.43 |
| 12/10/2012 | CAP. MATURITY USDM | | $11,281,684.21 $12,100,437.64 |
| 12/10/2012 | INTEREST USDM | | $ 1,284.86 $12,101,722.50 |
| 12/10/2012 | INVESTMENT MDD | $ 11,282,783.62 | $ 818,938.88 |
| 12/10/2012 | INCOME TAX | $ 185.45 | $ 818,753.43 |
| 15/10/2012 | CAP. MATURITY USDM | | $11,282,783.62 $12,101,537.05 |
| 15/10/2012 | INTEREST USDM | | $ 3,854.95 $12,105,392.00 |
| 15/10/2012 | INVESTMENT MDD | $ 11,286,082.16 | $ 819,309.84 |
| 15/10/2012 | INCOME TAX | $ 556.41 | $ 818,753.43 |
| 15/10/2012 | DESINV MDD | | $11,286,082.16 $12,104,835.59 |
| 15/10/2012 | INVESTMENT MDD | $ 5,786,082.16 | $ 6,318,753.43 |
| 16/10/2012 | CLEARED CHECK 0000902 | $ 5,500,000.00 | $ 818,753.43 |
| 16/10/2012 | CAP. MATURITY USDM | | $ 5,786,082.16 $ 6,604,835.59 |
| 16/10/2012 | INTEREST USDM | | $ 650.93 $ 6,605,486.52 |
| 16/10/2012 | INVESTMENT MDD | $ 5,786,637.98 | $ 818,848.54 |
| 16/10/2012 | INCOME TAX | $ 95.11 | $ 818,753.43 |
| 16/10/2012 | CASH0100121016040004 | | $ 5,500,000.00 $ 6,318,753.43 |
| 17/10/2012 | CAP. MATURITY USDM | | $ 5,786,637.98 $12,105,391.41 |
| 17/10/2012 | INTEREST USDM | | $ 651.00 $12,106,042.41 |
| 17/10/2012 | INVESTMENT MDD | $ 5,787,193.86 | $ 6,318,848.55 |
| 17/10/2012 | INCOME TAX | $ 95.12 | $ 6,318,753.43 |
| 17/10/2012 | DESINV MDD | | $ 5,787,193.86 $12,105,947.29 |
| 17/10/2012 | INVESTMENT MDD | $ 11,287,193.86 | $ 818,753.43 |
| 18/10/2012 | CLEARED CHECK 0000894 | $ 650,000.00 | $ 168,753.43 |
| 18/10/2012 | CAP. MATURITY USDM | | $11,287,193.86 $11,455,947.29 |
| 18/10/2012 | INTEREST USDM | | $ 1,285.49 $11,457,232.78 |
| 18/10/2012 | INVESTMENT MDD | $ 11,288,293.81 | $ 168,938.97 |
| 18/10/2012 | INCOME TAX | $ 185.54 | $ 168,753.43 |
| 19/10/2012 | CAP. MATURITY USDM | | $11,288,293.81 $11,457,047.24 |
| 19/10/2012 | INTEREST USDM | | $ 1,285.61 $11,458,332.85 |
| 19/10/2012 | INVESTMENT MDD | $ 11,289,393.86 | $ 168,938.99 |
| 19/10/2012 | INCOME TAX | $ 185.56 | $ 168,753.43 |
| 19/10/2012 | CASH DEPOSIT | | $ 49,126.00 $ 217,879.43 |
| 22/10/2012 | CAP. MATURITY USDM | | $11,289,393.86 $11,507,273.29 |
| 22/10/2012 | INTEREST USDM | | $ 3,857.21 $11,511,130.50 |
| 22/10/2012 | INVESTMENT MDD | $ 11,292,694.33 | $ 218,436.17 |
| 22/10/2012 | INCOME TAX | $ 556.74 | $ 217,879.43 |
| 23/10/2012 | CAP. MATURITY USDM | | $11,292,694.33 $11,510,573.76 |
| 23/10/2012 | INTEREST USDM | | $ 1,286.11 $11,511,859.87 |
| 23/10/2012 | INVESTMENT MDD | $ 11,293,794.81 | $ 218,065.06 |
| 23/10/2012 | INCOME TAX | $ 185.63 | $ 217,879.43 |



**SECRETARY OF PUBLIC OVERSIGHT**

**Chihuahua** GOBIERNO DEL ESTADO

**ASSET GROWTH DIVISION**

| Date | Description | | |
|---|---|---|---|
| 23/10/2012 | CASH DEPOSIT 067 | $ 49,126.00 | $ 267,005.43 |
| 24/10/2012 | CAP. MATURITY USDM | $11,293,794.81 | $11,560,800.24 |
| 24/10/2012 | INTEREST USDM | $ 1,286.24 | $11,562,086.48 |
| 24/10/2012 | INVESTMENT MDD | $ 11,294,895.40 | $ 267,191.08 |
| 24/10/2012 | INCOME TAX | $ 185.65 | $ 267,005.43 |
| 25/10/2012 | CAP. MATURITY USDM | | $11,294,895.40 $11,561,900.83 |
| 25/10/2012 | INTEREST USDM | $ 1,286.36 | $11,563,187.19 |
| 25/10/2012 | INVESTMENT MDD | $ 11,295,996.09 | $ 267,191.10 |
| 25/10/2012 | INCOME TAX | $ 185.67 | $ 267,005.43 |
| 25/10/2012 | CASH DEPOSIT | $ 37,450.00 | $ 304,455.43 |
| 26/10/2012 | CAP. MATURITY USDM | | $11,295,996.09 $11,600,451.52 |
| 26/10/2012 | INTEREST USDM | $ 1,286.49 | $11,601,738.01 |
| 26/10/2012 | INVESTMENT MDD | $ 11,297,096.89 | $ 304,641.12 |
| 26/10/2012 | INCOME TAX | $ 185.69 | $ 304,455.43 |
| 29/10/2012 | CAP. MATURITY USDM | | $11,297,096.89 $11,601,552.32 |
| 29/10/2012 | INTEREST USDM | $ 3,859.84 | $11,605,412.16 |
| 29/10/2012 | INVESTMENT MDD | $ 11,300,399.61 | $ 305,012.55 |
| 29/10/2012 | INCOME TAX | $ 557.12 | $ 304,455.43 |
| 30/10/2012 | CAP. MATURITY USDM | | $11,300,399.61 $11,604,855.04 |
| 30/10/2012 | INTEREST USDM | $ 1,286.99 | $11,606,142.03 |
| 30/10/2012 | INVESTMENT MDD | $ 11,301,500.84 | $ 304,641.19 |
| 30/10/2012 | INCOME TAX | $ 185.76 | $ 304,455.43 |
| 30/10/2012 | DESINV MDD | | $11,301,500.84 $11,605,956.27 |
| 30/10/2012 | INVESTMENT MDD | $ 9,801,500.84 | $ 1,804,455.43 |
| 30/10/2012 | CASH DEPOSIT | $ 49,126.00 | $ 1,853,581.43 |
| 31/10/2012 | CAP. MATURITY USDM | | $ 9,801,500.84 $11,655,082.27 |
| 31/10/2012 | INTEREST USDM | $ 1,116.28 | $11,656,198.55 |
| 31/10/2012 | INVESTMENT MDD | $ 9,802,456.00 | $ 1,853,742.55 |
| 31/10/2012 | INCOME TAX | $ 161.12 | $ 1,853,581.43 |
| 31/10/2012 | DESINV MDD | | $ 9,802,456.00 $11,656,037.43 |
| 31/10/2012 | INVESTMENT MDD | $ 802,456.00 | $10,853,581.43 |
| 31/10/2012 | SUC-███████ | | $ 49,126.00 $10,902,707.43 |
| 31/10/2012 | DEPOSIT TO THIR PARTY ACCOUNT | | $ 3,556,000.00 $14,458,707.43 |
| 31/10/2012 | DEPOSIT TO THIR PARTY ACCOUNT | | $ 1,085,000.00 $15,543,707.43 |
| 31/10/2012 | DEPOSIT TO THIR PARTY ACCOUNT | | $ 6,307,000.00 $21,850,707.43 |
| 31/10/2012 | DEPOSIT TO THIR PARTY ACCOUNT | | $ 5,964,000.00 $27,814,707.43 |
| 31/10/2012 | DEPOSIT TO THIR PARTY ACCOUNT | | $ 3,227,000.00 $31,041,707.43 |
| 01/11/2012 | CLEARED CHECK 0000895 | $ 9,000,000.00 | $22,041,707.43 |

Upon receiving the payment in the amount of **$8,000,000.6008 (eight million pesos 00/100 Mexican Currency)**, the account had a balance of **$1,818,753.43 (one million eight hundred eighteen thousand seven hundred fifty three pesos 43/100 Mexican Currency)**, on September 26, 2012 it is observed the transaction of **CAPITAL MATURITY MONEY DESK** in the amount of **$2,271,147.27 (two million two hundred seventy one thousand one hundred forty seven pesos 27/100 Mexican Currency)** leaving a balance in the account of **$12,089,900.70 (twelve million eighty nine thousand nine hundred pesos 70/100 Mexican Currency)** which are constantly taken to **MONEY DESK** investment. On October 31, 2012, it is observed that only the amount of **$802,456.00 (eight hundred two thousand four hundred fifty six pesos 00/100 Mexican Currency)** are taken to the **MONEY DESK** leaving a balance in the account of **$10,853,581.43 (ten million eight hundred fifty three thousand five hundred eighty one pesos 43/100 Mexican Currency)**. On November 1, 2012 a charge was made of check number 895 in the name of **AKALA,**



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                 ASSET GROWTH DIVISION

**S.A. de C.V. S.F.P.** to be deposited into an account of **CARLOS GRARDO HERMOSILLO ARTEAGA** in the amount of **$9,000,000.00 (nine million pesos 00/100 Mexican Currency)**.

The account ▮▮▮▮ of Akala, S.A. de C.V. S.F.P. in the name of **CARLOS GERARDO HERMOSILLO ARTEAGA**, on September 28, 2012 presented a balance of $9.50 (nine pesos 50/100 Mexican Currency) and on October 31, 2012 three deposits were made in the amounts of $5,000,000.00 (five million pesos 00/100 Mexican Currency), $6,000,000.00 (six million pesos 00/100 Mexican Currency) and **$9,000,000.00 (nine million pesos 00/100 Mexican Currency)**. The latter deposit came from the account number ▮▮▮▮ of Banco Mercantil del Norte, S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR** to later withdraw through check $20,000,000.00 (twenty million pesos 00/100 Mexican Currency), as detailed hereinbelow:

**ACCOUNT No.:** ▮▮▮▮ de Akala, S.A. de C.V. S.F.P.
**HOLDER: CARLOS GERARDO HERMOSILLO ARTEAGA**

| DATE | CONCEPT | FORM OF PAYMENT | CHARGE | DEPOSIT | BALANCE |
|------|---------|-----------------|--------|---------|---------|
| 09/28/2012 | PREVIOUS BALANCE | | | 0.01 | 9.50 |
| 10/31/2012 | DEPOSIT INTO ACCOUNTS | CHECK FROM | | 5,000,000.00 | 5,000,009.50 |
| 10/31/2012 | DEPOSIT INTO ACCOUNTS | CHECK FROM | | 9,000,000.00 | 14,000,009.50 |
| 10/31/2012 | DEPOSIT INTO ACCOUNTS | CHECK FROM | | 6,000,000.00 | 20,000,009.50 |
| 10/31/2012 | BANK CHECK ACCOUNT WITHDRAWAL | BANK CHECK ACCOUNT WITHDRAWAL | 20,000,000.00 | | 9.50 |

The account ▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION DE CREDITO PROGRESO, S.A. DE C.V.**, on October 31, 2012 showed a deposit in the amount of $20,000,000.00 (twenty million pesos 00/100 Mexican Currency) from account number ▮▮▮▮ of Akala, S.A. de C.V. S.F.P. in the name of **CARLOS GERARDO HERMOSILLO ARTEAGA**, as detailed hereinbelow:

**ACCOUNT No.: 04023922115 de HSBC Mexico, S.A.**
**TITULAR: UNION DE CREDITO PROGRESO, S.A. DE C.V**

| DATE | SERIAL | DESCRIPTION | WITHDRAWALS/ CHARGES | DEPOSITS/ PAYMENTS | REFERENCE |
|------|--------|-------------|---------------------|--------------------|-----------|
| 31/10/2012/ | | DOCUMENT DEPOSIT | | $20,000,000.00 | 2131003 |

**Amount which was allocated in Trust number ▮▮▮▮ of Banco Mercantil del Norte, S.A. in the name of CESAR HORACIO DUARTE JAQUEZ and BERTHA OLGA GOMEZ FONG according to the information provided by the ex-Governor of the State on August 31, 2016 pursuant to the stipulations of numbered**



**Chihuahua** GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

**paragraph 2 of section IV of the present report and to the money traces followed,
as it was also observed in section C.**

**J).- Payment made to FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V.
SOFOM ENR due to the Agreement of Coordination Frame for the Development
of the Program for the Acquisition of Beef Heifer in the State of Chihuahua.**

Regarding the payments made on October 4, 2011 by way of check number 015278
in the amount of **$9,210,000.00 (nine million two hundred ten thousand pesos
00/100 Mexican Currency)** and check number 015277 **$2,790,000.00 (two million
seven hundred ninety thousand pesos 00/100 Mexican Currency)** from account
number ▮▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary
of the Treasury of the Government of the State of Chihuahua, they were deposited
into account number ▮▮▮▮▮▮ of Banco Santander (Mexico), S.A. in the name of
**FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.** From the
latter the following transactions are observed:

**ACCOUNT No.** ▮▮▮▮▮▮ **of Banco Santander (Mexico), S.A.
HOLDER: FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

| DATE | CONCEPT | REFERENCE | CHARGE | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 10/03/2011 | PREVIOUS BALANCE | | | | $1,293,785.24 |
| 10/04/2011 | CHECK DEPOSIT | SECRETARY OF THE TREASURY GOVERNMENT OF THE STATE OF CHIHUAHUA | | $ 9,210,000.00 | |
| 10/04/2011 | CHECK DEPOSIT | SECRETARY OF THE TREASURY GOVERNMENT OF THE STATE OF CHIHUAHUA | | $ 2,790,000.00 | |
| 10/10/2011 | CHECK PAYMENT OTHER INSTITUTIONS 0210359 RFC ▮▮▮▮ | TRUST | $ 10,000,000.00 | | |
| 10/12/2011 | CHARGE INSTRUCTED | INVESTMENT | $ 2,000,000.00 | | |
| 12/14/2011 | DEPOSIT INSTRUCTED | INVESTMENT | | $ 2,000,000.00 | |
| 12/14/2011 | WIRE TRANSFER CHARGE ▮▮▮▮ | FINCA INGENIERIA INTEGRAL SA DE CV | $ 2,000,000.00 | | |

*This table is a summary of the account statement corresponding to the months of October and December
2012

Upon receiving the payments made on October 4, 2011 in the amounts of
**$9,210,000.00 (nine million two hundred ten thousand pesos 00/100 Mexican
Currency)** and **$2,790,000.00 (two million seven hundred ninety thousand pesos
00/100 Mexican Currency)** the account had a balance of **$1,293,785.24 (one million
two hundred ninety three thousand seven hundred eighty five pesos 24/100
Mexican Currency)**. On October 10, 2011 a charge was made through check number
220 paid to the account number ▮▮▮▮ of HSBC Mexico, S.A. in the name of
**AKALA, S.A. de C.V. S.F.P.** in the amount of **$10,000,000.00 (ten million pesos**



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

**00/100 Mexican Currency**), on October 12, 2011 an **INSTRUCTED CHARGE** was made to be taken to investment in the amount of **$2,000,000.00 (two million pesos 00/100 Mexican Currency)** and was released on December 14, 2011 and on the same date pay through link transfer to **FINCA INGENIERIA INTEGRAL, S.A. DE C.V.** in the amount of **$2,000,000.00 (two million pesos 00/100 Mexican Currency).**

The account ▮▮▮ of HSBC Mexico, S.A. in the name of **AKALA, S.A. de C.V. S.F.P.** there was a deposit on October 10, 2010 in the amount of $10,000,000.00 (ten million pesos 00/100 Mexican Currency) from the account ▮▮▮ of Banco Santander (Mexico), S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**, as shown hereinbelow:

**ACCOUNT No.** ▮▮▮ **of HSBC Mexico, S.A.**
**HOLDER: AKALA, S.A. de C.V. S.F.P.**

| DATE | SERIAL | DESCRIPTION | WITHDRAWALS/ CHARGES | DEPOSITS/ PAYMENTS | REFERENCE |
|------|--------|-------------|----------------------|--------------------|-----------|
| 10/10/2011 | | DEPOSITS WIH DOCUMENTS | | $10,000,000.00 | |

*This table is a summary of the account statement corresponding to the month of October, 2011

**Amount which was allocated in Trust number** ▮▮▮ **of Banco Mercantil del Norte, S.A. in the name of CESAR HORACIO DUARTE JAQUEZ and BERTHA OLGA GOMEZ FONG according to the information provided by the ex-Governor of the State on August 31, 2016 pursuant to the stipulations of numbered paragraph 2 of section IV of the present report and to the money traces followed.**

**K).- Payment made to FINANCIERA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR due to the Agreement of Coordination Frame for the Development of the Program for the Acquisition of Beef Heifer in the State of Chihuahua.**

Regarding the payments made on January 10, 2012 by way of check number 016465 from account ▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua in the amount of **$12,000,000.00 (twelve million pesos 00/100 Mexican Currency)** and deposited into account number ▮▮▮ of Banco Santander (Mexico), S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR**. From the latter the following transactions are observed:

**ACCOUNT No.** ▮▮▮ **of Banco Santander (Mexico), S.A.**
**HOLDER: FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

| DATE | CONCEPT | REFERENCE | CHARGE | DEPOSIT | BALANCE |
|------|---------|-----------|--------|---------|---------|
| 01/04/2012 | PREVIOUS BALANCE | | | | $809,987.35 |
| 01/10/2012 | CHECK DEPOSIT | SECRETARY OF THE TREASURY | | $ 12,000,000.00 | |





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

| | GOVERNMENT OF THE STATE OF CHIHUAHUA | | |
|---|---|---|---|
| 01/11/2012 CHARGE INSTRUCTED | INVESTMENT | $ 12,000,000.00 | |
| 01/24/2012 DEPOSIT INSTRUCTED | INVESTMENT | | $ 12,000,000.00 |
| 01/24/2012 CHECK PAYMENT DEPOSIT INTO ACCOUNT | FINANCIERA RURAL | $ 2,544,815.00 | |
| 01/24/2012 CHECK PAYMENT DEPOSIT INTO ACCOUNT | FINANCIERA RURAL | $ 2,544,815.00 | |
| 01/24/2012 CHECK PAYMENT DEPOSIT INTO ACCOUNT | FINANCIERA RURAL | $ 2,544,815.00 | |
| 01/24/2012 CHECK PAYMENT DEPOSIT INTO ACCOUNT | FINANCIERA RURAL | $ 2,544,815.00 | |
| 01/24/2012 CHECK PAYMENT DEPOSIT INTO ACCOUNT | FINANCIERA RURAL | $ 2,544,815.00 | |

*This table is a summary of the account statement corresponding to the month of January 2012

Upon receiving the payment in the amount of **$12,000,000.00 (twelve million pesos 00/100 Mexican Currency)** on January 10, 2012, the account had a balance of **$809,987.35 (eight hundred nine thousand nine hundred eighty seven pesos 35/100 Mexican Currency)**. On January 11, 2012, an instructed charge was made to be taken to investment in the amount of **$12,000,000.00 (twelve million pesos 00/100 Mexican Currency)** and was released on January 24, 2012. Later, five payments were made in the amount of **$2,544,815.00 (two million five hundred forty four thousand eight hundred fifteen pesos 00/100 Mexican Currency)** to **Financiera Rural** totaling **$12,724,075.00 (twelve million seven hundred twenty four thousand seventy five pesos 00/100 Mexican Currency)**.

**IV.- CONCLUSIONS**

**FIRST.-** The account number ▮▮▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE** into which $64,685,253.80 (sixty four million six hundred eighty five thousand two hundred fifty three pesos 80/100 Mexican Currency) were deposited from the public treasury granted by the GOVERNMENT OF THE STATE OF CHIHUAHUA which had **CARLOS GERARDO HERMOSILLO ARTEAGA** as authorized person to withdraw the funds since November 4, 2010 and the only person authorized and since February 20, 2015 **GUADALUPE MEDINA ARAGON**.

The account number ▮▮▮▮▮▮ of Banco Santander (Mexico), S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.** received $24,000,000.00 (twenty four million pesos 00/100 Mexican Currency) from the public treasury granted by the GOVERNMENT OF THE STATE OF CHIHUAHUA which had **CARLOS GERARDO HERMOSILLO ARTEAGA** as the only authorized person to withdraw the funds since August 19, 2008.

The account number ▮▮▮▮▮▮ of Banco Mercantil del Norte, S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR** into which



SECRETARY

**Chihuahua** **OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
GOBIERNO DEL ESTADO

$8,000,000.00 (eight million pesos 00/100 Mexican Currency were deposited from the public treasury granted by the GOVERNMENT OF THE STATE OF CHIHUAHUA which had **CESAR HORACIO DUARTE JAQUEZ** as the only authorized person to withdraw the funds since April 16, 2008.

**SECOND.-** From the analysis of the documentation above detailed, it is disclosed that regarding the **traceability of the public funds** granted by THE **GOVERNMENT OF THE STATE OF CHIHUAHUA to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA and/or UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA and FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR,** linked to **CESAR HORACIO DUARTE JAQUEZ** amount to $96,685,253.80 (ninety six million six hundred eighty five thousand two hundred fifty three pesos 80/100 Mexican Currency). Facts that resulted in the investigation above stated, and said funds were delivered and allocated as detailed hereinbelow in each numbered paragraph:

**1.- Economic Support Agreement number 352/2011 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE to acquire the necessary equipment for artificial insemination of cattle to support affiliated producers.**

A payment was made from the account number [REDACTED] of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on June 17, 2011, for **$582,965.80** (five hundred eighty two thousand nine hundred sixty five pesos 80/100 Mexican Currency) by means of check number 011876 into account number [REDACTED] of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA.**

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:





* UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

**2.- Mutual agreement with interest number 887/2011 signed by and between UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA for working capital, this is, to purchase cattle.**

A payment was made from the account number ▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on January 9, 2012, for **$5,000,000.00 (five million pesos 00/100 Mexican Currency)** by means of check number 0000047 into account number

EX - DUARTE JAQUEZ - 000432



**Chihuahua** SECRETARY
**OF PUBLIC OVERSIGHT** ASSET GROWTH DIVISION
of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA.**

The following chart shows the traceability of the public funds delivered due to the aforementioned Mutual Agreement:



\* UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

**3.- Economic Support Agreement number 991/2011 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE for the payment of indemnity to producers transporting their unproductive cattle to the place where animals are sacrificed.**

Three payments were made from the account number ▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on January 10 and 25, 2012 and on March 15, 2012 in the amounts of **$16,000,000.00 (sixteen million pesos 00/100 Mexican Currency), $10,000,000.00 (ten million pesos 00/100 Mexican Currency)** and **$10,000,000.00 (ten million pesos 00/100 Mexican Currency)** by means of check numbers 016464, 017104 and 016781 respectively into account number 04049984800 of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA.**

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:





**Chihuahua** SECRETARY **OF PUBLIC OVERSIGHT** ASSET GROWTH DIVISION

**SEE ATTACHMENT 1, FOR FURTHER REFERENCE**

**4.- Economic Support Agreement number 305/2012 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to acquire 116 (one hundred sixteen) pieces of equipment to artificially inseminate in order to increase the genetic quality of the cattle.**

A payment was made from the account number ▮▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on April 25, 2012, for **$2,692,288.00 (two million six hundred ninety two thousand two hundred eighty eight pesos 00/100 Mexican Currency)** by means of check number 017910 into account number ▮▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**.

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:





**SECRETARY OF PUBLIC OVERSIGHT**

**ASSET GROWTH DIVISION**



\* UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

**5.- Economic Support Agreement number 376/2012 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to acquire cattle food whose purpose was to reduce the cost of cattle food amongst the persons belonging to the union and/or producers requesting so allowing them to keep the nutritional condition of their cattle and avoiding the weakening, illnesses and thus the death of the cattle.**

A payment was made from the account number ▮▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on July 12, 2012, for **$10,000,000.00 (ten million pesos 00/100 Mexican Currency)** by means of check number 018552 into account number ▮▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**.

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:





*UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

**6.- Economic Support Agreement number 384/2013 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to pay the move of exhibition cattle to the Fair of San Marcos in the State of Aguascalientes in which the state of Chihuahua was a especial guest. The latter included the following concepts: personnel responsible for taking care, feeding and protecting the cattle, travel expenses, amongst others.**

A payment was made from the account number ▮▮▮▮▮ of BBVA Bancomer, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on April 1, 2013, in the amount of **$250,000.00 (two hundred fifty thousand pesos 00/100 Mexican Currency)** by means of check number 1257178 and on October 18, 2013 check number 1261771 in the amount of **$60,000.00 (sixty thousand s pesos 00/100 Mexican Currency)** into account number ▮▮▮▮▮ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA:**

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:





\* UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

**7.- Economic Support Agreement number 0995/2013 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA to execute the program of beef cattle repopulation in the State.**

A payment was made from the account number ▆▆▆▆▆ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on October 18, 2013, for **$4,600,000.00 (four million six hundred thousand pesos 00/100 Mexican Currency)** by means of check number 0021937 into account number ▆▆▆▆▆ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA.** From the latter the following transactions are observed:



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION



\* UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

### 8.- Economic Support Agreement granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DE CHIHUAHUA to acquire oat.

A payment was made through wire transfer from the account number ▇▇▇▇▇ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the State of Chihuahua, on November 28, 2014, for **$5,500,000.00 (five million five hundred thousand pesos 00/100 Mexican Currency)** into account number ▇▇▇▇▇ of HSBC Mexico, S.A. in the name of **UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA**.

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:





\* UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

**9.- Payment made to FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR. for the urban building located on Calle Guillermo Prieto 4 esquina con calle Mercaderes, in Hidalgo del Parral, Chihuahua.**

A payment was made from the account number ▆▆▆▆ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, on September 25, 2012, for **$8,000,000.00 (eight million pesos 00/100 Mexican Currency)** into account number ▆▆▆▆ of Banco Mercantil del Norte, S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR**.

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:



\*FDN.- FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR

**10.- Payment made to FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR due to the Agreement of Coordination Frame for the Development of the Program for the Acquisition of Beef Heifer in the State of Chihuahua.**

Regarding the payments made on October 4, 2011 by way of check number 015278 in the amount of **$9,210,000.00 (nine million two hundred ten thousand pesos 00/100 Mexican Currency)** and check number 015277 **$2,790,000.00 (two million seven hundred ninety thousand pesos 00/100 Mexican Currency)** from account number ▆▆▆▆ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua, they were deposited



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

into account number 92001137741 of Banco Santander (Mexico), S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR**.

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:



*FDN.- FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR

**11.- Payment made to FINANCIERA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR due to the Agreement of Coordination Frame for the Development of the Program for the Acquisition of Beef Heifer in the State of Chihuahua.**

Regarding the payments made on January 10, 2012 by way of check number 016465 from account ▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury of the Government of the State of Chihuahua in the amount of **$12,000,000.00 (twelve million pesos 00/100 Mexican Currency)** and deposited into account number ▮▮▮▮▮ of Banco Santander (Mexico), S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR**.

The following chart shows the traceability of the public funds delivered due to the aforementioned Support:



*FDN.- FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                                    ASSET GROWTH DIVISION

**THIRD.-** Regarding the **relationship existing** between the destination of the public treasury in question, with the environment of **CESAR HORACIO DUARTE JAQUEZ** according to the evidence found in the present case, after the analysis carried out, it was found that **there are links amongst them** which are explained as follows:

**1.- Economic Support Agreement number 352/2011 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE to acquire the necessary equipment for artificial insemination of cattle to support affiliated producers.**

According to the traceability of the public funds delivered due to the aforementioned support, **there were found payees with existing links** related to the environment of **CESAR HORACIO DUARTE JAQUEZ** according to the documentation analyzed in the investigation file as shown hereinbelow:





\* UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

- It was known that **VICTOR HUGO MALDONADO GACHUPIN** is linked with **CESAR HORACIO DUARTE JAQUEZ** since from the analysis of the investigation file as well as of the evidence found inside the domicile located on Calle Tecolotes y San Patricio S/N, colonia Esmeralda, Municipality of Hidalgo del Parral, Chihuahua, property of **CESAR HORACIO DUARTE**



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

**JAQUEZ** in compliance with Search Warrant issued by the Constitutional Rights Judge Maria Guadalupe Hernandez Lozano in ancillary file number 140/2017 (of which a report was remitted on March 20, 2019 by the undersigned), he was in charge of the payroll payments and expenses in general of "Rancho El Milagro" and/or "Rancho Villa Lopez".

- Payment to personal credit card American Express Company (Mexico), S.A. of **BERTHA OLGA GOMEZ FONG** wife of **CESAR HORACIO DUARTE JAQUEZ** according to the technical report issued by the INFORMATION AND CRIMINAL ANALYSIS UNIT OF THE OFFICE OF THE GENERAL PROSECUTOR OF THE STATE OF CHIHUAHUA with official letter number FGE-FECC-UIAD-004/2019.

- Various expenses of **PAVIMENTOS Y SERVICIOS DE PARRAL, S.A. DE C.V.**, Company engaged in the construction business, property of BERTHA OLGA GOMEZ FONG according to the technical report issued by the INFORMATION AND CRIMINAL ANALYSIS UNIT OF THE OFFICE OF THE GENERAL PROSECUTOR OF THE STATE OF CHIHUAHUA with official letter number FGE-FECC-UIAD-003/2019.

**2.- Mutual Agreement with Interest number 887/2011 entered into by and between UNION GANADERA REGIONAL DIVISION DEL NORTE DE ESTADO DE CHIHUAHUA for work capital; this means cattle purchase to produce meat for $5,000,000.00.**

According to traceability of public resources delivered due to the cited support, addressees with existing links were found related to **CESAR HORACIO DUARTE JAQUEZ**, according to documentation analyzed in investigation file, as follows:



EX - DUARTE JAQUEZ - 000443



FGR
FISCALÍA GENERAL
DE LA REPÚBLICA



SECRETARY
**Chihuahua** **OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
GOBIERNO DEL ESTADO
*UGRDN.- *UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA*

- From the analysis of investigation file, as well as from the evidence located in the domicile located at Calle Tecolotes and San Patricio, sin numero, Colonia Esmeralda in the city of Hidalgo del Parral, Chihuahua, owned by the former governor **CESAR HORACIO DUARTE JAQUEZ**, pursuant to the Search Warrant issued by the Constitutional Rights Judge, Guadalupe Hernandez Lozano, within ancillary file number 140/2017 (which was at sight and a report was issued on March 20, 2019 by the undersigned), the following was found:

  ➢ **EXHIBIT 19.** Evidence seized on September 14, 2017, identification number 19 consists of a plastic white color bag, and in it was found a file with the word "*Conciliaciones*". In said file, among other documents, was found a page with the following data: UNION GANADERA REGONAL DIV. NORTE Cta. No. ▮▮▮▮▮▮ of JANUARY 2012, in which check numbers were detailed, as well as the persons they were drafted to.

UNION GANADERA REGIONAL DIV. NORTE
Account No. 4049984800 HSBC

| DATE | CONCEPT | CHECK No. | AMOUNT | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| | Previous Balance | | | | $46,027.28 |
| 05 Jan 2012 | Check | 289 | $25,000.00 | | $21,027.28 |
| 09 Jan 2012 | Deposit GOB EDO | | | $5,000,000.00 | $5,021,027.28 |
| 10 Jan 2012 | Deposit GOB EDO | | | $16,000,000.0 0 | $21,021,027.28 |
| 16 Jan 2012 | Check | 290 | $390,000.00 | | $20,631,027.28 |
| 16 Jan 2012 | Invoices PROAL DE | 291 | $41,220.00 | | $20,589,807.28 |
| 16 Jan 2012 | Invoices PROAL DE | 292 | $111,317.00 | | $20,478,490.28 |
| 16 Jan 2012 | Provider of alfalfa de Delicias | 293 | $84,999.00 | | $20,393,491.28 |
| 16 Jan 2012 | Provider of alfalfa de Delicias | 294 | $40,547.50 | | $20,352,943.78 |
| 16 Jan 2012 | Check | 295 | $25,6000.00 | | $20,327,943.78 |
| 17 Jan 2012 | Securities purchase | | $19,999,997.25 | | $327,946.53 |
| 17 Jan 2012 | Securities sale | | | $1,500,011.10 | $1,827,957.63 |
| 18 Jan 2012 | Raul Yañez B | 476 | $561,340.00 | | $1,266,617.63 |
| 20 Jan 2012 | Securities sale | | | $28,645.73 | $1,295,263.36 |
| 20 Jan 2012 | Securities sale | | | $2,971,371.88 | $4,266,635.24 |





| Chihuahua | SECRETARY<br>OF PUBLIC OVERSIGHT | | | | ASSET GROWTH DIVISION |
|---|---|---|---|---|---|
| 23 Jan 2012 | Nueces La Esperanza | 477 | $3,000,000.00 | | $1,265,635.24 |
| 24 Jan 2012 | Check | 478 | $20,000.00 | | $1,246,635.24 |
| 25 Jan 2012 | Akala | 479 | $1,000,000.00 | | $245,635.24 |
| 25 Jan 2012 | Securities purchase | | | $7,200,006.64 | $7,446,641.88 |
| 25 Jan 2012 | Deposit GOB. EDO. | | | $10,000,000.00 | $17,446,641.88 |

**3.- Financial Support Agreement number 991/2011 for $36,000,000.00 conferred to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA, for the payment of compensation to producers transporting their unproductive cattle to places where they were to be sacrificed.**

According to traceability of public resources delivered due to the cited support, **addressees with existing links were found related to** CESAR HORACIO DUARTE JAQUEZ, according to documentation analyzed in the investigation file, as follows:



**SEE ATTACHMENT 1 FOR FURTHER REFERENCE**



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- $151,164.00 were deposited to **PAVIMENTOS Y SERVICIOS DEL PARRAL, S.A. DE C.V.**, company which is engaged in construction. The company is owned by **BERTHA OLGA GOMEZ FONG**, according to the technical report issued by the UNIT FOR INFORMATION AND CRIMINAL ANALYSIS OF THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CHIHUAHUA, official letter No. FGE-FECC-UIAD-003/2019.

- There was identified that $6,000,000.00 Were deposited by way of check No. 705 into account 00160723 of Akala, S.A. de C.V. S.F.P. in the name of **CARLOS GERARDO HERMOSILLO ARTEAGA** to subsequently transfer the amount of $20,000,000.00 into Trust No. 744743 in Banco Mercantil del Norte, S.A. in the name of **CESAR HORACIO DUARTE JAQUEZ and BERTHA OLGA GOMEZ FONG**, according to the information provided by the former Governor of the State himself, on August 31, 2016, and according to the route of cash that has been followed.

| UNION GANADERA REGIONAL DIVISION DEL NOR | | 0500705 |
|---|---|---|
| RFC: [illegible]  Account Number: ▓▓▓▓ [illegible] | Date: October 31, 2012 | |
| Pay this check to: | CARLOS GERARDO HERMOSILLO ARTEAGA | ****6,000,000.00 $ |
| THE AMOUNT OF: | (Six million pesos 00/100 M.C.) | |
| **HSBC** ⊲⊠⊳ | | |
| [illegible information] [illegible number] | | |

| AKALA FINANCIERA | | Account statement | | |
|---|---|---|---|---|
| CLIENT: | [illegible]] | Period: | From 01/10/2012 to 31/10/2012 | |
| NAME: | HERMOSILLO ARTEAGA CARLOS GERARDO | Issuance date: | 07/11/2012 | |
| RFC: | [illegible] | Page: | 1 of 3 | |
| DOMICILE: | PERIFERICO DE LA JUVENTUD NO. 438725 LOMAS UNIVERSIDAD CHIHUAHUA, CHIH. MEX. P.C. 31123 | GAT Commissions charged Interest rate Paid Interest | | 3.05 0.00 2.00 0.02 |
| | **CREDI-AHORRO EXPRESS** IMMEDIATE AUTHORIZATION | RATE LESS THAN 1% PER MONTH APPLY NOW! | | |
| | SAVING CREDITS CURRENCY INSURANCES SERVICES AKALA FINACIERA IS THE BEST OPTION FOR FINANCIAL SERVICES IN CHIHUAHUA STATE | | | |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua** GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

| ACCOUNT | |
|---|---|
| Account | 00160723 |
| Product | AHORRO Y DEB. C.C. |
| Currency | MEXICAN PESOS |
| OLABE | |
| Branch | Ch5.5 |
| Minimum Balance | 0.00 |

| Performance | |
|---|---|
| Previous Balance (-) | [illegible] |
| Deposits/Payments (+) | 20,000,000.00 |
| Withdrawals/charges (-) | 20,000,000.00 |
| Paid Interest (+) | 0.02 |
| Charge fees (-) | 0.00 |
| VAT on fees (-) | 0.00 |
| Cash deposits tax (-) | 0.00 |
| Income Tax Withheld (-) | 0.00 |
| Totals | 9.52 |

| Paid Interest Derived | |
|---|---|
| Average Balance | 9.50 |
| Days of the period | 31 |
| Gross Average Rate | 2.00 |
| Gross interest (+) | 0.02 |
| Income Tax Withheld (-) | 0.00 |

| Final Balance Derived | |
|---|---|
| Available Balance (+) | 9.52 |
| Frozen balance (+) | 0.00 |
| Funds to be [illegible] | 0.00 |
| [illegible] balance | 0.00 |

**Disputed Charges**

| Date | Reference | Description | Amount |
|---|---|---|---|
| [illegible] | | | 0.00 |

**Transactions Made**

| Date of transactions Date of application | Reference | Transaction Description | Method of Payment | Charge | Deposit | Balance | Overdraft |
|---|---|---|---|---|---|---|---|
| 31-10-2012 31-10-2012 | 50702 | Account deposits Account deposits | Checks | 0.00 | 5,000,000.00 | 0.50 | 0.00 |
| 31-10-2012 31-10-2012 | 50183 | Account deposits Account deposits | Checks | 0.00 | 5,000,000.00 | 0.50 | 0.00 |
| 31-10-2012 31-10-2012 | 50764 | Account deposits Account deposits | [illegible] | [illegible] | [illegible] | 0.30 | 0.00 |
| 31-10-2012 31-10-2012 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0.50 | 0.00 |
| [illegible] [illegible] | [illegible] [illegible] | [illegible] [illegible] | [illegible] | [illegible] | [illegible] | [illegible] 20,000,000.00 | 0.00 0.00 |

- From the analysis of investigation file, as well as from the evidence found in the domicile located at Calle Tecolotes y San Partricio, sin numero, colonia Esmeralda, in the municipality of Hidalgo del Parral, Chihuahua, owned by **CESAR HORACIO DUARTE JAQUEZ**, in compliance with Search Warrant issued by the Constitutional Rights Judge, Maria Guadalupe Hernandez Lozano, within ancillary file number 140/2017 (of which report dated March 20, 2019 copy is remitted by the undersigned), the following was acknowledged:

- ➢ **EXHIBIT 32.** In the piece of evidence seized on April 1, 2017, consisting of a plastic envelope with various documentation, identified with number thirty-two, a notebook with a red color cover and the logotype of the Government of the State of Chihuahua and Chihuahua Vive was found, containing notes, mainly handwritten, from which stand out the following:





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION







**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- The title is HSBC, subsequently dates are found from May 2012 and different names and amounts corresponding to the movements performed into account No. ████████ of HSBC Mexico, S.A. in the name of UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA:



➢ **EXHIBIT 19**. In piece of evidence seized on September 14, 2017 with identification number nineteen, consisting of a plastic box white in color and in it a file was found bearing the words "Reconciliations". In it, among other documents, various pages were found with the following data: UNION GANADERA REGIONAL DIV. NORTE Cta. No.████████ HSBC of January 2012, March 2012, April 2012 and June 2012, where some expenses of the public funds are detailed in the amount of $36,000,000.00:



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
## OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION

| DATE | CONCEPT | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| | Previous balance | | | | $46,022.28 |
| Jan [i¹] 2012 | Check | 289 | $25,000.00 | | $21,027.28 |
| Jan [i] 2012 | GOB EDO deposit | | | $5,000,000.00 | $5,021,027.28 |
| Jan [i] 2012 | GOB EDO deposit | | | $16,000,000.00 | $21,021,027.28 |
| Jan [i] 2012 | Check | 290 | $390,000.00 | | $20,631,027.28 |
| Jan [i] 2012 | PROALDE invoice | 291 | $41,202.00 | | $20,589,807.28 |
| Jan [i] 2012 | PROALDE invoice | 292 | 11,317.00 | | $20,478,490.28 |
| Jan [i] 2012 | Proveedora de alfalfa de Delicias | 293 | $84,999.00 | | $20,393,491.28 |
| Jan [i] 2012 | Proveedora de alfalfa de Delicias | 294 | $40,547.50 | | $20,352,943.78 |
| Jan [i] 2012 | Check | 295 | $25,000.00 | | $20,327,943.78 |
| Jan [i] 2012 | Securities purchase | | $19,999,997.25 | | $327,946.53 |
| Jan [i] 2012 | Securities sale | | | $1,500,011.10 | $1,27,957.63 |
| Jan [i] 2012 | Raul Yañez B | 476 | $581,340.00 | | $1,266,617.63 |
| Jan [i] 2012 | Securities sale | | | $28,645.73 | $1,295,263.36 |
| Jan [i] 2012 | Securities sale | | | $2,971,371.88 | $4,266,635.24 |
| Jan [i] 2012 | [illegible] | 477 | $3,000,000.00 | | $1,266,635.24 |
| Jan [i] 2012 | Check | 478 | $20,000.00 | | $1,246,635.24 |
| Jan [i] 2012 | Akala | 479 | $1,000,000.00 | | $245,635.24 |
| Jan [i] 2012 | Securities sale | | | $7,200,006.64 | $7,446,641.88 |
| Jan [i] 2012 | [illegible] | | | $10,000,000.00 | $17,446,641.88 |
| Jan [i] 2012 | Carrasco Garcia | 480 | $1,200,000.00 | | $16,246,641.88 |
| Jan [i] 2012 | Carrasco Garcia | 481 | $1,200,000.00 | | $15,046,641.88 |
| Jan [i] 2012 | Carrasco Garcia | 482 | $1,200,000.00 | | $13,846,641.88 |
| Jan [i] 2012 | Carrasco Garcia | 483 | $1,200,000.00 | | $12,646,641.88 |
| Jan [i] 2012 | Carrasco Garcia | 484 | $1,200,000.00 | | $11,446,641.88 |
| Jan [i] 2012 | Carrasco Garcia | 485 | $1,200,000.00 | | $10,246,641.88 |
| Jan [i] 2012 | Securities Purchase | | $9,999,997.68 | | $246,644.20 |
| Jan [i] 2012 | Jose G Gonzalez | 297 | $54,500.00 | | $192,144.25 |
| Jan [i] 2012 | Securities purchase | | | $600,004.00 | $792,148.25 |
| Jan [i] 2012 | Grupo Agropecuario Buda | 486 | $514,800.00 | | $277,348.25 |
| Jan [i] 2012 | Securities Sale | | | $751,658.80 | $1,029,007.05 |

UNION GANADERA REGIONAL DIV. NORTE
ACCOUNT NO. ███████HSBC

UNION GANADERA REGIONAL DIV. NORTE
ACCOUNT NO. ███████HSBC

| DATE | ISSUED FOR | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| | Previous balance | | | | $1,554,010.90 |
| Mar 2 2012 | Proalde | 491 | $151,164.00 | | $1,395,668.90 |
| Mar 7 2012 | Ruth Saral Mtz. Mariscal | 304 | $44,000.00 | | $1,351,668.90 |
| Mar 7 2012 | Edgar Jesus Perez Morales | 303 | $18,000.00 | | $1,333,668.90 |
| Mar 8 2012 | Cash | | | $800.00 | $1,334,468.90 |
| Mar 9 2012 | Eloy Soto Armendariz | | | $30,000.00 | $1,364,465.90 |
| Mar 9 2012 | Check Deposit | | | $50,000.00 | $1,414,468.90 |
| Mar 13 2012 | Cash | | | $4,800.00 | $1,419,468.90 |
| Mar 13 2012 | Financiera Div. del Norte | | | $385,215.08 | $1,804,483.98 |
| Mar 13 2012 | Pavimentos y servicios | 276 | $385,215.08 | | $1,419,268.90 |
| Mar 15 2012 | Gildardo Ronquillo Aguayo | 493 | $250,000.00 | | $1,169,268.90 |
| Mar 15 2012 | Cash | | | $400.00 | $1,169,668.90 |
| Mar 15 2012 | Cash | | | $400.00 | $1,170,068.90 |
| Mar 15 2012 | Cash | | | $400.00 | $1,120,46890 |
| Mar 15 2012 | Cash | | | $400.00 | $1,170,868.90 |
| Mar 15 2012 | GOB. EDO. Deposit | | | $10,000,000.00 | $11,170,868.90 |
| Mar 15 2012 | Ruth Saral Mtz. Mariscal | 305 | $28,400.00 | | $11,142,468.90 |
| Mar 16 2012 | Cash | | | $80,000.00 | $11,222,468.90 |
| Mar 16 2012 | Cash | | | $80,000.00 | $11,302,468.90 |
| Mar 20 2012 | Proalde | 494 | $151,848.00 | | $11,150,620.90 |
| Mar 21 2012 | Securities purchase | | $9,999,988.55 | | $1,150,632.35 |
| Mar 21 2012 | Cash | | | $70,000.00 | $1,220,632.35 |
| Mar 21 2012 | Cash | | | $70,000.00 | $1,290,632.35 |

¹ illegible



FGR
FISCALÍA GENERAL
DE LA REPÚBLICA

| DATE | ISSUED FOR | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| | Previous Balance | | | | [illegible] |
| Apr[illegible] 2012 | Check | | | [illegible] | [illegible] |
| Apr 4 2012 | Cash SECRETARY | | | [illegible] | [illegible] |
| [illegible] 2012 | [illegible] PUBLIC OVERSIGHT | 495 | | ASSET GROWTH DIVISION | [illegible] |
| | | 497 | | | [illegible] |
| UNIÓN GANADERA REGIONAL DIV. NORTE ACCOUNT NO. | | 307 | | | [illegible] |
| | | | | [illegible] | [illegible] |
| | | | | [illegible] | [illegible] |
| Apr 17 2012 | Cash | | | [illegible] | [illegible] |
| Apr 17 2012 | Cash | | | [illegible] | [illegible] |
| Apr 17 2012 | Cash | | | [illegible] | [illegible] |
| Apr 19 2012 | Cash | | | [illegible] | [illegible] |
| Apr 20 2012 | Jose Tomas Uranga Ortega | | | [illegible] | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $2,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $2,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | [illegible] | [illegible] |
| Apr 24 2012 | Raul Luna Duran | | | $52,000.00 | [illegible] |
| Apr 24 2012 | Cash | | | $400.00 | [illegible] |
| Apr 24 2012 | Jaime Villegas Soto | | | $4,000.00 | [illegible] |
| Apr 24 2012 | Jaime Villegas Soto | | | $4,000.00 | $657,572.64 |
| Apr 24 2012 | Deposit | | | $14,000.00 | $666,524.64 |
| Apr 24 2012 | Carlos Aguilar Camarco | 496 | $255,000.00 | | $411,524.64 |
| Apr 24 2012 | Cash | | | $4,000.00 | $415,524.64 |
| Apr 24 2012 | Cash | | | $4,000.00 | $419,524.64 |
| Apr 25 2012 | Cash | | | $400.00 | $419,924.64 |
| Apr 25 2012 | GOB. EDO. Deposit | | | $2,692,288.00 | $3,112,212.64 |
| Apr 25 2012 | Cash | | | $4,000.00 | $3,116,212.64 |
| Apr 26 2012 | Cash | | | $2,000.00 | $3,118,212.64 |
| Apr 26 2012 | Cash | | | $4,000.00 | $3,122,212.64 |
| 8 2012 | Cash | | | $4,000.00 | $3,226,212.64 |
| 7 2012 | Genera Proyectos Agroindustriales Inmobiliarios | 308 | $612,698.08 | | $2,513,514.58 |
| Apr 27 2012 | Lactogen S.A. de C.V. | 309 | $703,076.00 | | $1,310,438.56 |
| Apr 27 2012 | Cash | | | $4,000.00 | $1,314,438.56 |
| Apr 27 2012 | Cash | | | $4,000.00 | $1,312,438.56 |
| Apr 27 2012 | Check | | | $4,000.00 | [illegible] |
| Apr 27 2012 | Check | | | $200,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |
| Mar 21 2012 | Cash | | | $80,000.00 | $1,370,632.35 |
| Mar 26 2012 | Cash | | | $400.00 | $1,371,032.35 |
| Mar 26 2012 | Cash | | | $400.00 | $1,371,432.35 |
| Mar 26 2012 | Cash | | | $400.00 | $1,371,832.35 |
| Mar 26 2012 | Cash | | | $400.00 | $1,372,232.35 |
| Mar 26 2012 | Cash | | | $400.00 | $1,372,632.35 |
| Mar 26 2012 | Cash | | | $400.00 | $1,373,032.35 |
| Mar 26 2012 | Cash | | | $400.00 | $1,373,432.35 |
| | | | | $400.00 | $1,373,832.35 |
| UNIÓN GANADERA REGIONAL DIV. NORTE ACCOUNT NO. | | 495 | $30,000.00 | | $843,832.35 |
| | | | | $400.00 | $844,232.35 |
| Mar 29 2012 | Cash | | | $400.00 | $844,632.35 |
| Mar 30 2012 | Check | 306 | $35,000.00 | | $809,632.35 |

IION GANADERA REGIONAL DIV. NORTE
:COUNT NO.





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

EX - DUARTE JAQUEZ - 000452





**Chihuahua**
GOBIERNO DEL ESTADO

### SECRETARY
### OF PUBLIC OVERSIGHT

### ASSET GROWTH DIVISION

UNION GANADERA REGIONAL DIV.
NORTE
ACCOUNT NO.

| DATE | ISSUED FOR | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|------|-----------|-----------|--------|---------|---------|
|  | Previous balance |  |  |  | $3,776,588.56 |
| Jun 1 2012 | JOE |  | $24,860.00 |  | $3,751,728.56 |
| Jun 4 2012 | Valles Baca Hermanos | 653 | $900,000.00 |  | $2,851,728.56 |
| Jun 4 2012 | Financiera de la Div. Del Norte |  | $1,300,000.00 |  | $1,551,728.56 |
| Jun 5 2012 | Cash |  |  | $2,000.00 | $1,553,728.56 |
| Jun 6 2012 | Carlo A. Garza payment | 655 | $30,434.19 |  | $1,523,294.37 |
| Jun 6 2012 | Securities Sales |  |  | $10,000,009.76 | $11,523,294.13 |
| Jun 6 2012 | Cash |  |  | $400.00 | $11,523,704.13 |
| Jun 6 2012 | Cash |  |  | $400.00 | $11,524,104.13 |
| Jun 6 2012 | Cash |  |  | $400.00 | $11,524,504.13 |
| Jun 6 2012 | Cash |  |  | $400.00 | $11,525,304.13 |
| Jun 6 2012 | Cash |  |  | $400.00 | $11,525,704.13 |
| Jun 6 2012 | Cash |  |  | $400.00 | $11,559,704.13 |
| Jun 6 2012 | Cash |  |  | $34,000.00 | $1,559,704.13 |
| Jun 7 2012 | Loan-Valles Baca Hermanos | 656 | $10,000,000.00 |  | $1,609,204.13 |
| Jun 7 2012 | Cash |  |  | $49,500.00 | $3,609,318.08 |
| Jun 11 2012 | Securities sale |  |  | $2,000,013.94 | $1,609,218.07 |
| Jun 12 2012 | Soledad Baca | 657 | $2,000,000.00 |  | $1,639,716.07 |
| Jun 12 2012 | Cash |  |  | $30,500.00 | $1,706,718.07 |
| Jun 14 2012 | Cesar Augusto Pacheco Hernandez |  |  | $67,000.00 | $1,712,718.07 |
| Jun 18 2012 | Cash |  |  | $6,000.00 | $1,714,718.07 |
| Jun 19 2012 | Cash |  |  | $2,000.00 | $1,716,718.07 |
| Jun 19 2012 | Cash |  |  | $2,000.00 | $1,718,718.07 |
| Jun 19 2012 | Cash |  |  | $2,000.00 | $1,720,718.07 |
| Jun 19 2012 | Cash |  |  | $2,000.00 | $1,724,718.07 |
| Jun 19 2012 | Cash |  |  | $4,000.00 | $1,726,718.07 |
| Jun 22 2012 | Cash |  |  | $2,000.00 | $1,728,718.07 |
| Jun 22 2012 | Cash |  |  | $2,000.00 | $1,732,718.07 |
| Jun 22 2012 | Withdrawal |  |  | $4,000.00 | $1,232,718.07 |
| Jun 25 2012 | Valles Baca | 658 | $500,000.00 |  | $1,234,718.07 |
| Jun 25 2012 | Cash |  |  | $2,000.00 | $1,236,718.07 |
| Jun 25 2012 | Cash |  |  | $2,000.00 | $1,238,718.07 |
| Jun 25 2012 | Cash |  |  | $2,000.00 | $1,240,718.07 |
| Jun 25 2012 | Cash |  |  | $2,000.00 | $1,244,718.07 |
| Jun 25 2012 | Cash |  |  | $4,000.00 | $1,298,718.07 |
| Jun 25 2012 | Cash |  |  | $54,000.00 | $1,300,718.07 |
| Jun 25 2012 | Check |  |  | $2,000.00 | $1,304,718.07 |
| Jun 25 2012 | Check |  |  | $4,000.00 | $1,360,418.07 |
| Jun 25 2012 | Cash |  |  | $55,700.00 | $1,364,718.07 |
| Jun 25 2012 | Check |  |  | $4,300.00 | $1,414,718.07 |
| Jun 25 2012 | Cash |  |  | $50,000.00 | $1,416,718.07 |
| Jun 25 2012 | Cash |  |  | $2,000.00 | $1,420,718.07 |
| Jun 26 2012 | Cash |  |  | $4,000.00 | $1,430,718.07 |
| Jun 26 2012 | Cash |  |  | $10,000.00 | $1,269,202.52 |
| Jun 27 2012 | Genetic technology | 660 | $161,515.55 |  | $1,273,202.52 |
| Jun 27 2012 | Cash |  |  | $4,000.00 | [illegible] |
| Jun 27 2012 | Cash |  |  | $400.00 | [illegible] |
| Jun 27 2012 | Cash |  |  | $400.00 | [illegible] |
| Jun 27 2012 | Cash |  |  | $400.00 | [illegible] |
| Jun 27 2012 | Cash |  |  | $400.00 | [illegible] |
| Jun 27 2012 | Cash |  |  | $400.00 | [illegible] |
| Jun 27 2012 | Cash |  |  | $400.00 | [illegible] |
| Jun 27 2012 | Cash |  |  | $400.00 | [illegible] |

| DATE | ISSUED FOR | | | DEPOSIT | BALANCE |
|------|-----------|--|--|---------|---------|
| Jun 27 2012 | Cash |  |  | $400.00 | $1,276,402.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,276,802.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,277,202.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,277,602.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,278,002.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,278,402.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,229,202.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,279,602.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,276,402.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,276,802.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,277,202.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,277,602.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,278,002.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,278,402.52 |
| Jun 27 2012 | Cash |  |  | $400.00 | $1,278,602.52 |



**FGR**

FISCALÍA GENERAL
DE LA REPÚBLICA

| Chihuahua | SECRETARY OF PUBLIC OVERSIGHT | | | ASSET GROWTH DIVISION | |
|---|---|---|---|---|---|
| Jun 27 2012 | Cash | | | $400.00 | $1,279,202.52 |
| Jun 27 2012 | Cash | | | $14,000.00 | $1,279,602.52 |
| Jun 27 2012 | Cash | | | $105,000.00 | $1,280,002.52 |
| Jun 29 2012 | Cash | | | $2,000.00 | $1,280,402.52 |
| Jun 29 2012 | Cash | | | $2,000.00 | $1,280,802.52 |

**4.-** Agreement for Economic Support number 305/2012 in the amount of $2,692,288.00 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE OF THE STATE OF CHIHUAHUA, aimed at purchasing 116 (one hundred sixteen) pieces of equipment for artificial insemination, aimed at increasing the genetic quality of cattle.

According to traceability of the public funds delivered due to the cited Support, **addresses were found with existing links related to** CESAR HORACIO DUARTE JAQUEZ, according to the documentation analyzed in the investigation file, as follows:



*UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

- From the analysis of the investigation file, as well as from the evidence found in the domicile located at Calle Tecolotes and San Patricio, sin numero, colonia Esmeralda, in the municipality of Hidalgo del Parral, Chihuahua, owned by **CESAR HORACIO DUARTE JAQUEZ**, in fulfillment of the Search Warrant issued by the Constitutional Rights Judge, Maria Guadalupe Hernandez Lozano, in ancillary file number 140/2017 (which was at sight and a report was remitted dated March 20, 2019, by the undersigned), the following was found:



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

➤ SECRETARY
**OF PUBLIC OVERSIGHT**
**EXHIBIT 19.** Evidence seized on September 14, 2017, identification

ASSET GROWTH DIVISION

| DATE | ISSUED FOR | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| | Previous Balance | | | | [illegible] |
| Apr 4 2012 | Check | | | [illegible] | [illegible] |
| Apr 4 2012 | Cash | | | [illegible] | [illegible] |
| Apr 12 2012 | [illegible] | 495 | | | [illegible] |
| Apr 16 2012 | [illegible] | 497 | | | [illegible] |
| Apr 16 2012 | [illegible] | 307 | | | [illegible] |
| Apr 17 2012 | Cash | | | [illegible] | [illegible] |
| Apr 17 2012 | Cash | | | [illegible] | [illegible] |
| Apr 17 2012 | Cash | | | [illegible] | [illegible] |
| Apr 17 2012 | Cash | | | [illegible] | [illegible] |
| Apr 19 2012 | Cash | | | [illegible] | [illegible] |
| Apr 20 2012 | Jose Tomas Uranga Ortega | | | [illegible] | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 21 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $2,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $2,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 23 2012 | Cash | | | [illegible] | [illegible] |
| Apr 24 2012 | Raul Luna Duran | | | $52,000.00 | [illegible] |
| Apr 24 2012 | Cash | | | $400.00 | [illegible] |
| Apr 24 2012 | Jaime Villegas Soto | | | $4,000.00 | [illegible] |
| Apr 24 2012 | Jaime Villegas Soto | | | $4,000.00 | $657,572.64 |
| Apr 24 2012 | Deposit | | | $14,000.00 | $666,524.64 |
| Apr 24 2012 | Carlos Aguilar Camarco | 498 | $255,000.00 | | $411,524.64 |
| Apr 24 2012 | Cash | | | $4,000.00 | $415,524.64 |
| Apr 24 2012 | Cash | | | $4,000.00 | $419,524.64 |
| Apr 25 2012 | Cash | | | $400.00 | $419,924.64 |
| Apr 25 2012 | GOB. EDO. Deposit | | | $2,692,288.00 | $3,112,212.64 |
| Apr 26 2012 | Cash | | | $4,000.00 | $3,116,212.64 |
| Apr 26 2012 | Cash | | | $2,000.00 | $3,118,212.64 |
| Apr 26 2012 | Cash | | | $4,000.00 | $3,122,212.64 |
| Apr 26 2012 | Cash | | | $4,000.00 | $3,226,212.64 |
| Apr 27 2012 | Genera Proyectos Agroindustriales Inmobiliarios | 308 | $612,698.08 | | $2,513,514.58 |
| Apr 27 2012 | Lactogen S.A. de C.V. | 309 | $703,076.00 | | $1,310,438.56 |
| Apr 27 2012 | Cash | | | $4,000.00 | $1,314,438.56 |
| Apr 27 2012 | Cash | | | $4,000.00 | $1,312,438.56 |
| Apr 27 2012 | Check | | | $4,000.00 | [illegible] |
| Apr 27 2012 | Check | | | $200,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |
| Apr 30 2012 | Cash | | | $4,000.00 | [illegible] |

number 19, consisted of a plastic white color bag and in it was found a
file with the word "*Conciliaciones*". In said file, among other documents,
a page was found with the following data: UNION GANADERA

➤
UNION GANADERA REGIONAL DIV.
NORTE
ACCOUNT NO. ▮▮▮▮

➤

➤ REGIONAL DIV. NORTE Cta. No. ▮▮▮▮ HSBC of April 2012 and
June 2012, in which some of the expenses from public funds in the
amount of $2,692,288.00 are detailed.



FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

EX - DUARTE JAQUEZ - 000456





**Chihuahua**
GOBIERNO DEL ESTADO

**SECRETARY OF PUBLIC OVERSIGHT**

**ASSET GROWTH DIVISION**

UNION GANADERA REGIONAL DIV. NORTE
ACCOUNT NO. ▉▉▉▉▉▉

| DATE | ISSUED FOR | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|------|-----------|-----------|--------|---------|---------|
| | Previous balance | | | | $3,776,588.56 |
| Jun 1 2012 | IDE | | $24,860.00 | | $3,751,728.56 |
| Jun 4 2012 | Valles Baca Hermanos | 653 | $900,000.00 | | $2,851,728.56 |
| Jun 4 2012 | Financiera de la Div. Del Norte | | $1,300,000.00 | | $1,551,728.56 |
| Jun 5 2012 | Cash | | | $2,000.00 | $1,553,728.56 |
| Jun 6 2012 | Carlo A. Garza payment | 655 | $30,434.19 | | $1,523,294.37 |
| Jun 6 2012 | Securities Sales | | | $10,000,009.76 | $11,523,294.13 |
| Jun 6 2012 | Cash | | | $400.00 | $11,523,704.13 |
| Jun 6 2012 | Cash | | | $400.00 | $11,524,104.13 |
| Jun 6 2012 | Cash | | | $400.00 | $11,524,504.13 |
| Jun 6 2012 | Cash | | | $400.00 | $11,524,904.13 |
| Jun 6 2012 | Cash | | | $400.00 | $11,525,304.13 |
| Jun 6 2012 | Cash | | | $400.00 | $11,525,704.13 |
| Jun 6 2012 | Cash | | | $34,000.00 | $11,559,704.13 |
| Jun 7 2012 | Loan-Valles Baca Hermanos | 656 | $10,000,000.00 | | $1,559,704.13 |
| Jun 7 2012 | Cash | | | $49,500.00 | $1,609,204.13 |
| Jun 11 2012 | Securities sale | | | $2,000,013.94 | $3,609,318.06 |
| Jun 12 2012 | Soledad Baca | 657 | $2,000,000.00 | | $1,609,218.07 |
| Jun 12 2012 | Cash | | | $30,500.00 | $1,639,718.07 |
| Jun 14 2012 | Cesar Augusto Pacheco Hernandez | | | $67,000.00 | $1,706,718.07 |
| Jun 18 2012 | Cash | | | $6,000.00 | $1,712,718.07 |
| Jun 19 2012 | Cash | | | $2,000.00 | $1,714,718.07 |
| Jun 19 2012 | Cash | | | $2,000.00 | $1,716,718.07 |
| Jun 19 2012 | Cash | | | $2,000.00 | $1,718,718.07 |
| Jun 19 2012 | Cash | | | $2,000.00 | $1,720,718.07 |
| Jun 19 2012 | Cash | | | $4,000.00 | $1,724,718.07 |
| Jun 22 2012 | Cash | | | $2,000.00 | $1,726,718.07 |
| Jun 22 2012 | Cash | | | $2,000.00 | $1,728,718.07 |
| Jun 22 2012 | Withdrawal | | | $4,000.00 | $1,732,718.07 |
| Jun 25 2012 | Valles Baca | 658 | $500,000.00 | | $1,232,718.07 |
| Jun 25 2012 | Cash | | | $2,000.00 | $1,234,718.07 |
| Jun 25 2012 | Cash | | | $2,000.00 | $1,236,718.07 |
| Jun 25 2012 | Cash | | | $2,000.00 | $1,238,718.07 |
| Jun 25 2012 | Cash | | | $2,000.00 | $1,240,718.07 |
| Jun 25 2012 | Cash | | | $4,000.00 | $1,244,718.07 |
| Jun 25 2012 | Cash | | | $54,000.00 | $1,298,718.07 |
| Jun 25 2012 | Check | | | $2,000.00 | $1,300,718.07 |
| Jun 25 2012 | Check | | | $4,000.00 | $1,304,718.07 |
| Jun 25 2012 | Cash | | | $55,700.00 | $1,360,418.07 |
| Jun 25 2012 | Check | | | $4,300.00 | $1,364,718.07 |
| Jun 25 2012 | Cash | | | $50,000.00 | $1,414,718.07 |
| Jun 25 2012 | Cash | | | $2,000.00 | $1,416,718.07 |
| Jun 26 2012 | Cash | | | $4,000.00 | $1,420,718.07 |
| Jun 26 2012 | Cash | | | $10,000.00 | $1,430,718.07 |
| Jun 27 2012 | Genetic technology | 660 | $161,515.55 | | $1,269,202.52 |
| Jun 27 2012 | Cash | | | $4,000.00 | [illegible] |
| Jun 27 2012 | Cash | | | $400.00 | [illegible] |
| Jun 27 2012 | Cash | | | $400.00 | [illegible] |
| Jun 27 2012 | Cash | | | $400.00 | [illegible] |
| Jun 27 2012 | Cash | | | $400.00 | [illegible] |
| Jun 27 2012 | Cash | | | $400.00 | [illegible] |
| Jun 27 2012 | Cash | | | $400.00 | [illegible] |
| Jun 27 2012 | Cash | | | $400.00 | [illegible] |

| DATE | ISSUED FOR | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|------|-----------|-----------|--------|---------|---------|
| Jun 27 2012 | Cash | | | $400.00 | $1,276,402.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,276,802.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,277,202.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,277,602.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,278,002.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,278,402.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,278,802.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,279,202.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,279,602.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,280,002.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,280,402.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,280,802.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,281,202.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,281,602.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,282,002.52 |
| Jun 27 2012 | Cash | | | $400.00 | $1,282,402.52 |
| Jun 27 2012 | Cash | | | $14,000.00 | $1,286,402.52 |





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

| Jun 27 2012 | Cash | | | $105,000.00 | $1,391,402.52 |
|---|---|---|---|---|---|
| Jun 29 2012 | Cash | | | $2,000.00 | $1,393,402.52 |
| Jun 29 2012 | Cash | | | $2,000.00 | $1,395,402.52 |

EX - DUARTE JAQUEZ - 000458



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua** SECRETARY
GOBIERNO DEL ESTADO **OF PUBLIC OVERSIGHT** ASSET GROWTH DIVISION

5.- Economic Support Agreement No. 376/2012 in the amount of $10,000,000.00 conferred to UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE ESTADO DE CHIHUAHUA, aimed at acquiring food for bovine cattle, which purpose was diminishing cattle food costs among their members and/or producers who require it, enabling them to maintain the nutritional condition of their cattle, avoiding their weakening, getting sick, and therefore their death.

According to traceability of public funds delivered due to the cited support, addressees with existing links were found related to **CESAR HORACIO DUARTE JAQUEZ**, according to documentation analyzed in the investigation file, as follows:



*UGRDN. - Due to the initials of UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA in Spanish

- **FRANCISCO JAVIER DIAZ BATREZ**, RFC DIBF790727 was paid the amount of $2,652,500.00. He is pointed out by the Tax Administration Service as EFOS (Company Invoicing Simulating Transactions), published in the Official Gazette of the Federation, dated October 9, 2018. https://dof.gob.mx/nota_detalle.php?codigo=5540451&fecha =09/10/2018

6!- Agreement for Economic Support 384/2013 in the amount of $250,000.00 and $60,000, conferred to UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA, to defray expenses to take exhibition cattle to San Marcos Fair in the State of Aguascalientes, in which the State of Chihuahua we the special guest, and which included the following concepts: personal freight in charge of the care, nourishment and safeguarding of cattle, travel allowance money and transfer expenses, among others.



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

According to traceability of public resources delivered due to the cited support, addressees with existing links were found related to CESAR HORACIO DUARTE JAQUEZ, according to documentation analyzed in the investigation file, as follows:



*UGRDN. - Due to the initials of UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA in Spanish

- From the analysis of investigation file, as well as from the evidence found in the domicile located at Calle Tecolotes and San Patricio, sin numero, of Colonia Esmeralda in the city of Hidalgo del Parral, Chihuahua, owned by the former governor **CESAR HORACIO DUARTE JAQUEZ**, pursuant to the Search Warrant issued by the Constitutional Rights Judge, Guadalupe Hernandez Lozano, within ancillary file number 140/2017 (which was issued on March 20, 2019 by the undersigned), the following was found in relation to the legal entity BRANDO, S.A. de C.V.:

  ➢ **EXHIBIT 11.** In evidence seized on April 1, 2017 with identification number 11, comprised of metallic file cabinet black in color, with three drawers and various stationary in it, the following was acknowledged:

  ➢ Inside the first drawer, a yellow-color file was found bearing the caption "*Contratos indefinidos Jimenez*" of audio Grabaciones Belmon de Cuauhtemoc S.A. de C.V.

    • In which, among other documentation, there was found a printout of electronic mail from: Rosa Karina Contreras Aragon



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
(roxyk_3456@hotmail.com)        to:        Socorro        xejz
(lacampera_contnuidad@hotmail.es)   requesting   information   to
whom the publicity of Agencia Llantera is invoiced.

**RE: Pauta Agencia Llantera**

[inglés] GOOD MORNING EXCUSE ME WHATS THIS? HOW IS IT TO BE INVOICED

Socorro
We have advertising of Agencia Llantera this week and the coming week as there is stated in the guidelines attached. Tomorrow I will be funding the spot to start airing on Thursday please resolve air time as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| la campera 1320 | Spot 20 secs | Spot news | 10 | 1500 | 750.00 | To be divided in morning news programming June 5 and 7, 11 and 14 | |
| la campera 1320 | Spot 20 secs | Spot programming | 10 | 2500 | 820.00 | To be divided in morning news programming June 5 and 7, 11 and 14 | 1366 |

Saludos,
Favor de confirmar la recepción



PAOLA NÚÑEZ
MARKETING ESTRATÉGICO

EX - DUARTE JAQUEZ - 000461





SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

- Advertising order No. 017, dated October 24, 2011, issued by Audio Grabaciones Belmon de Cuauhtemoc, S.A. de C.V.; in the letterhead is acknwledged Parral, Chih. XEJS. The order establishes invoicing for Comercial Arellanes, S. de R.L. de C.V.



FGR
FISCALÍA GENERAL
DE LA REPÚBLICA



Chihuahua
GOBIERNO DEL ESTADO

SECRETARY
OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION



[ILLEGIBLE HANDWRITING]

[A sea that reads:
Mexican Coat of Arms
UNITED MEXICAN STATES
OFFICE OF THE ATTORNEY
GENERAL OR THE STATE
OF CHIHUAHUA]



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

SECRETARY
**Chihuahua**   **OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
GOBIERNO DEL ESTADO

- Attachment to the above cited invoice is attached a print of the electronic mail
  from: L.C. Idalia Chavez ((bm:cintnuidad@hotmail.com) For: Rossy Lupita
  (roxyka_3456@hotmail.com); Lupita (pavimentosyservicios@yahoo.com.mx),
  in which invoices in the name of Super Comercial Arellanes, S.de R.L. de C.V.
  are requested to be remitted.

**INVOICES REQUEST**

L.C IDALIA CHAVEZ (bm.continuidad@hotmail.com)
Friday March 16, 2012, 05:16.33 p.m.
ROSSY LUPITA (roxyka_3456@hotmail.com); Lupita
(pavimentosyservicios@yahoo.com.mx)

GOOD AFTERNOON, PLEASE SEND ME THE
INVOICES IN THE NAME OF SUPER COMMERCIAL
(ILLEGIBLE) DE CV CORONADO 210 JUMENEZ
CHIHUAHUA RFC ███████████ FROM MARCH 4 TO
31, WITH THE AMOUNT OF $2,880.00 WITH TAX
THANKS!

[ILLEGIBLE HANDWRITTING]
ISSUED ON 06/15/2013

NET F1153 = [ILLEGIBLE]
550 FIRST TAX FIL89

** **PAVIMENTOS Y SERVICIOS DE PARRAL, S. A. DE C.V.** Company whose owner
is BERTHA OLGA GOMEZ FONG, according to technical report issued by the UNIT
FOR INFORMATION AND CRIMINAL ANALYSIS OF THE OFFICE OF THE
ATTORNEY GENERAL FOR THE STATE OF CHIHUAHUA, official letter No. FGE-
FECC-UIAD-003/2019.

[Signed]

[Seal that reads:
Mexican coat of arms
UNITED MEXICAN STATES
OFFICE OF THE ATTORNEY GENERAL
OF CHIHUAHUA]

EX - DUARTE JAQUEZ - 000464



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

[Coat of arms of Chihuahua]       SECRETARY
                                  **OF PUBLIC OVERSIGHT**   DIVISION OF PATRIMONIAL EVOLUTION

- Black color file of documentation from Radiodifusora Brando S.A. de C.V. and also Audio Grabaciones Belmon de Cuauhtemoc S.A. de C.V.

  - Therein was found, among some other documentation, a copy of a records of the meeting of the company **BRANDO, S.A. DE C.V.** in which **GUSTAVO ALFONSO GONZALEZ DUARTE** appears as member.

---

### JOSE MARIA DUARTE GUZMAN

NOTARY PUBLIC NO. 43

MATAMOROS, COAH.

**DEED DOCUMENT NUMBER: (120) ONE HUNDRED TWENTY**

**VOLUME: XV**

IN THE CITY OF MATAMOROS, DISTRICT OF VIESCA, STATE OF COAHUILA DE ZARAGOZA, ON MAY 3, 2011, BEFORE ME, JOSE MARIA IDUÑATE GUZMAN, NOTARY PUBLIC, HEAD NUMBER (43) FORTY-THREE, IN THE EXERCISE IN THIS NOTARIAL DISTRICT,

A P P E A R E D:

GUSTAVO ALFONSO GONZALEZ DUARTE. H stated being Mexican, married, of legal age, born in the city of Torreon, Coahuila, businessman, born on July 3, 1961, sole population registry code GODG610703HCLNRS08, domicile at Calle [illegible] number 404, Colonia Torreon Jardin in the city of Torreon, Coahuila, and passing through this city, who proved his identity with voter's identity card bearing a photograph, issued by the Federal Electoral Institute, folio number 0000002552123, registration year 1991, elector code GNORGS610703H900, who

STATED:

... That he appears in the name and representation of the corporation denominated **"BRANDO" S.A. DE C.V.**, in his capacity as Special Ad hoc Representative, to formalize the Extraordinary General Shareholders' Meeting, dated July 14, 2008, and request the services of the undersigned Notary Public, so as to formalize such Meeting. Thus, according to the wishes of the deponent, there was proceeded as he requested, attesting that eight pages written on one side were placed at my sight, a record with is transcribed herein below:



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



Chihuahua
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

EXTRAORDINARY GENERAL SHAREHOLDERS' MEETING OF THE CORPORATION
DENOMINATED "BRANDO, C.A. DE C.V.,
HELD ON JULY 14, 2008".

- - - In the city of Gomez, Palacio, Durango, corporate domicile of the company "BRANDO", S.A. DE C.V., at 10:00 ON July 14, 2008, the shareholders of said General Shareholders' Meeting called by GUSTAVO ALFONSO GONZALEZ DUARTE, in his capacity as Chief Executive Officer of the Corporation, according to the following:

MINUTES OF THE MEETING

- - - First topic: Opening of the Meeting and General subjects

- - - Second topic: Capital increase

- - -Third topic: Discussion and approval of the meeting to modify and add information to the Second Clause of the Corporate Bylaws

- - - Fourth topic: Ratification of powers to the Chief Executive Officer, GUSTAVO ALFONSO GONZALEZ DUARTE.

- - - Fifth topic: Appointment of the Ad hoc Representative to formalize the respective record.

- - - Sixth topic: Discussion and approval of the Records of the Meeting.

- - - The meeting is presided over by GUSTAVO ALFONSO GONZALEZ DUARTE, in his capacity as Chief Executive Officer and ARMANDO RODRIGUEZ CRISPIN is acting as Secretary of the meeting. Subsequently, the attendance list was taken so as to prove there is quorum within the Meeting. CLAUDIA SOLEDAD GARIBY ALVAREZ and DIANA CECILIA NIETO ROJAS are appointed as supervisors of the Meeting, and the following is obtained:

| SHAREHOLDERS | SHARES "SERIES A" | TOTAL |
|---|---|---|
| GUSTAVO ALFONSO GONZALEZ DUARTE RFC GODG610709KP6 | 99 | $49,500.00 |
| ARMANDO RODRIGUEZ CRISPIN | 01 | $500.00 |
| TOTAL | 100 | $50,000.00 |

- - - Once the supervision was performed on the shares and there existing legal quorum, the Meeting is declared legally convened, since there are present all the shareholders and Corporate Stock to hold it. According to the provisions of article 188 of the Corporate Stock for Business Corporations, the First Topic of the Minutes of the Agenda by the shareholders, is developed the Second Topic of the Agenda as follows:

- - - The Chief Executive Officer, GUSTAVO ALFONSO GONZALEZ DUARTE, states that so as to strengthen the financial structure of the company, there would be convenient to increase the Variable Capital in order to increase the competitiveness of the corporation in the amount of $150,000.00 (ONE HUNDRED AND FIFTY THOUSAND PESOS 00/100 MEXICAN CURRENCY), so the Corporate Stock, including the minimum fix stock, is increased to $200,000.00 (TWO HUNDRED THOUSAND PESOS 00/100 MEXICAN CURRENCY).



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- - - The shareholders requested the Sole Chief Executive Officer that [illegible] and after a wide change
of points of view [illegible] votes took the following

- Additionally, various sale orders from BRANDO, S.A. DE C.V. were found.

| **Brando**<br>**S.A DE C.V.** | **XEJS**<br>1150 KHZ AM<br>La Capital de la Noticia<br>Tel: (627) 522 05-02<br>255-30-40 and 522-63-63 | SALE ORDER | | |
|---|---|---|---|---|
| | | NO. 6929 | | |
| | | 31 | 01 | 2014 |

C. Emiliano Zapata 36-A Col Centro Hgo Parral. Chih C.P. 33800 Tel and Fax (627) 522-2380

| INVOICE FOR:<br>NAME: [illegible] Adrian Loya<br><br>DOMICILE: [illegible] Ortiz<br>Mexa #170<br>CITY [illegible] Chic.<br>RFC | | AMT | DISC. SERV | [illegible] | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | SPOTS TRANSMISSION INFORMAL | | | |
| | | 48 | SPOTS [ILLEGIBLE] | | +30 | |
| | | | PROMOTIONAL PACKAGES | | | |
| | | | REMOTE CONTROLS | | | |
| | | | SPORTS | | | |
| | | | OTHER | | | |

| | | |
|---|---|---|
| SUB-TOTAL | $1,440.00 | |
| TAX | 230.00 | |
| TOTAL | 1,670.00 | |

| FORM OF COLLECTION | | | BEGINNING<br>FEB-1-2014 | ENDING<br>FEB-28-2014 | TRANSMISSION DAYS |
|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | | | ☑ ☑ ☑ ☑ ☑ ☑ ☐<br>M T W T F S S |

| WEEKLY<br>[ILLEGIBLE] _____ | [illegible] _____<br>_____<br>_____ | MONTHLY | FOR TRANSMISSION<br>AGENT       PIZO | X HOURS<br><br>AUTHORIZED<br>PIZO | LEVEL 20 |
|---|---|---|---|---|---|

COMMENTS:

Transmission, 48 spots in news Level 20

BY WAY OF THIS PROMISSORY NOTE I(WE) OBLIGE MYSELF (ARE OBLIGATED TO) UNCONDITIONALLY
PAY BRANDO S.A. DE C.V. IN THIS PLACE IN THEIR DOMICILE, ON _____ OF _____

SHOULD THIS PROMISSORY NOTE BE NOT PAID ON ITS EXPIRATION DATE, IT WILL CAUSE A DEFAULT
INTEREST [ILLEGIBLE].

        I AGREE AND WILL PAY [SIGNED]

EX - DUARTE JAQUEZ - 000467





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

EX - DUARTE JAQUEZ - 000468



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- A white color file of Radiodufusora Brando S.A. de S.V. with various documentation.

- Therein, various sale orders were found of BRANDO, S.A. DE C.V.

| **Brando**<br>**S.A DE C.V.** | **XEJS**<br>1150 KHZ AM<br>La Capital de la Noticia<br>Tel: (627 522 05-02<br>255-30-40 and 522-63-63 | **SALE ORDER** | | |
|---|---|---|---|---|
| | | **NO. 0561** | | |
| | | [illegible] | [illegible] | [illegible] |

C. Emiliano Zapata 36-A Col Centro Hgo Parral. Chih C.P. 33800 Tel and Fax (627) 522-2380

| INVOICE FOR: | | AMT | DISC. SERV | [illegible] | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| NAME: [illegible] Adrian Loya | | | [illegible] | | | |
| | | | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | [illegible] | | | |
| DOMICILE: [illegible] Ortiz | | | [illegible] | | | |
| Mexa #170 | | | [illegible] | | | |
| CITY [illegible] Chic. | | | [illegible] | | | |
| RFC | | | SUB-TOTAL | | [illegible] | |
| | | | TAX | | | |
| | | | TOTAL | | [illegible] | |

| FORM OF COLLECTION | | | BEGINNING<br>FEB-1-2014 | ENDING<br>FEB-28-2014 | TRANSMISSION DAYS |
|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | | | ☑ ☑ ☑ ☑ ☑ ☑ ☐<br>M T W T F S S |

| WEEKLY<br>[ILLEGIBLE] | [illegible] | MONTHLY | FOR TRANSMISSION<br>AGENT      PIZO | X HOURS | LEVEL 20 |
|---|---|---|---|---|---|
| | | | | AUTHORIZED<br>PIZO | |

COMMENTS:

BY WAY OF THIS PROMISSORY NOTE I(WE) OBLIGE MYSELF (ARE OBLIGATED TO) UNCONDITIONALLY PAY BRANDO S.A. DE C.V. IN THIS PLACE IN THEIR DOMICILE, ON _____ OF _____

SHOULD THIS PROMISSORY NOTE BE NOT PAID ON ITS EXPIRATION DATE, IT WILL CAUSE A DEFAULT INTEREST [ILLEGIBLE].

I AGREE AND WILL PAY JESUS M VALENZUELA R

[ILLEGIBLE HANDWRITING]

[A seal that reads:
Mexican Coat of Arms
UNITED MEXICAN STATES
OFFICE OF THE ATTORNEY
GENERAL OR THE STATE
OF CHIHUAHUA]





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

- A white color file with various documentation of Radiodifusora Brando S.A. de C.V. and of Audio Grabacones Belmon de Cuauhemoc S.A. de C.V.

- Therein, various BRANDO, S.A. DE C.V. sale orders were found.

**Brando**
**S.A DE C.V.**

**XEJS**
1150 KHZ AM
La Capital de la Noticia
Tel: (627) 522 05-02
255-30-40 and 522-63-63

| SALE ORDER | | |
|---|---|---|
| NO. 0305 | | |
| 12 | NOV | 12 |

C. Emiliano Zapata 36-A Col Centro Hgo Parral. Chih C.P. 33800 Tel and Fax (627) 522-2380

| INVOICE FOR: | | AMT | DISC. SERV | [illegible] | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| NAME: [illegible] | | 12 | [illegible] | 24 | 25 | [illegible] |
| | | | [illegible] | | | |
| DOMICILE: [illegible] | | | [illegible] | | | |
| | | | [illegible] | | | |
| CITY [illegible]. | | | [illegible] | SUB-TOTAL | 300 | |
| RFC | | | | TAX | | |
| | | | | TOTAL | 300 | |

| FORM OF COLLECTION | | BEGINNING NOV-14-12 | ENDING [ILLEGIBLE] | TRANSMISSION DAYS |
|---|---|---|---|---|
| ☑ | ☐ ☐ | | | ☐ ☐ ☑ ☑ ☑ ☐ ☐ |
| | | | | M T W T F S S |

| WEEKLY [ILLEGIBLE] | [Illegible] | MONTHLY | FOR TRANSMISSION [ILLEGIBLE] AGENT JUAN [ILLEGIBLE] | X HOURS AUTHORIZED | LEVEL 20 |
|---|---|---|---|---|---|

COMMENTS:

[ILLEGIBLE HANDWRITING]

BY WAY OF THIS PROMISSORY NOTE I(WE) OBLIGE MYSELF (ARE OBLIGATED TO) UNCONDITIONALLY PAY BRANDO S.A. DE C.V. IN THIS PLACE IN THEIR DOMICILE, ON _____ OF _____

SHOULD THIS PROMISSORY NOTE BE NOT PAID ON ITS EXPIRATION DATE, IT WILL CAUSE A DEFAULT INTEREST [ILLEGIBLE].

I AGREE AND WILL PAY ROBERTO RUIZ T.

[ILLEGIBLE HANDWRITING]

[A sea that reads:
Mexican Coat of Arms
UNITED MEXICAN STATES
OFFICE OF THE ATTORNEY
GENERAL OR THE STATE
OF CHIHUAHUA]





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

**Brando**
**S.A DE C.V.**

**XEJS**
1150 KHZ AM
La Capital de la Noticia
Tel: (627) 522 05-02
255-30-40 and 522-63-63

| SALE ORDER | | |
|---|---|---|
| NO. 0305 | | |
| 12 | NOV | 12 |

C. Emiliano Zapata 36-A Col Centro Hgo Parral. Chih C.P. 33800 Tel and Fax (627) 522-2380

| INVOICE FOR: | | | AMT | DISC. SERV | [illegible] | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| NAME: [illegible] | | | | [illegible] | | | |
| | | | 12 | [illegible] | 24 | 25 | [illegible] |
| DOMICILE: [illegible] | | | | [illegible] | | | |
| | | | | [illegible] | | | |
| CITY [illegible]. | | | | [illegible] | | | |
| RFC | | | | | SUB-TOTAL | 300 | |
| FORM OF COLLECTION | | | BEGINNING NOV-14-12 | | TAX | ------ | |
| | | | | | TOTAL | 300 | |
| ☑ | ☐ | ☐ | | | ENDING [ILLEGIBLE] | TRANSMISSION DAYS | |
| | | | | | | ☐ ☐ ☑ ☑ ☑ ☐ ☐ M T W T F S S | |
| WEEKLY [ILLEGIBLE] ___ | [illegible] | MONTHLY | FOR TRANSMISSION [ILLEGIBLE] AGENT JUAN [ILLEGIBLE] | | X HOURS AUTHORIZED | LEVEL 20 | |

COMMENTS:

[ILLEGIBLE HANDWRITING]

BY WAY OF THIS PROMISSORY NOTE I(WE) OBLIGE MYSELF (ARE OBLIGATED TO) UNCONDITIONALLY
PAY BRANDO S.A. DE C.V. IN THIS PLACE IN THEIR DOMICILE, ON _____ OF _____

SHOULD THIS PROMISSORY NOTE BE NOT PAID ON ITS EXPIRATION DATE, IT WILL CAUSE A DEFAULT
INTEREST [ILLEGIBLE].

I AGREE AND WILL PAY ROBERTO RUIZ T.

[ILLEGIBLE HANDWRITING]

[A sea that reads:
Mexican Coat of Arms
UNITED MEXICAN STATES
OFFICE OF THE ATTORNEY
GENERAL OR THE STATE
OF CHIHUAHUA]





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

- Additionally impression of Customer Service Assistants of the company BRANDO S.A DE C.V., from September 1, 2011 to April 28, 2013.

BRANDO S.A. DE C.V.
**Customer Service Assistants**

From September 1, 2011 to April 28, 2013

| Customer LAURENCIO DELGADO BACA | | | | Initial Balance | Charges | Credits | Final balance |
|---|---|---|---|---|---|---|---|
| | | | | 0.00 | 12,760.00 | 12,760.00 | 0.00 |
| Date | Concept | folio | Description | | | | |
| Jan/06/2012 | Sale | P42 | | | 1,624.00 | | 1,624.00 |
| Jan/11/2012 | Collection | 38 | Deposit of f.42 | | | 1,000.00 | 624.00 |
| Jan/24/2012 | Collection | 39 | Deposit of f.42 | | | 624.00 | 0.00 |
| Feb/08/2012 | Sale | P95 | PUBLICIDAD COMPRENDIDA DEI | | 1,624.00 | | 1,624.00 |
| March/08/2012 | Collection | 40 | Deposit of f.95 | | | 800.00 | 824.00 |
| March/28/2012 | Collection | 41 | Deposit of f.95 | | | 674 | 0.00 |
| March/30/2012 | Sale | P166 | Publicidad comprendida dei | | 1,624.00 | | 1,624.00 |
| April/13/2012 | Collection | 42 | Deposit into f.166 | | | 800.00 | 824.00 |
| May/04/2012 | Collection | 43 | Deposit into f.166 | | | 400.00 | 424.00 |
| May/11/201 | Collection | 172 | Deposit to f.166 | | | 424.00 | 0.00 |
| May/21/2012 | sale | P213 | Publicidad comprendida del 16 de | | 1,624.00 | | 1,624.00 |
| June/4/2012 | Collection | 204 | Deposit to f.213 | | | 400.00 | 1,224.00 |
| June/4/2012 | Collection | 213 | DEPOSIT TO F.213 | | | 400.00 | 824.00 |
| June/22/2012 | Collection | 229 | DEPOSIT TO F.213 | | | 400.00 | 424.00 |
| June/22/2012 | Collection | 231 | DEPOSIT TO F.213 | | | 424.00 | 0.00 |
| Oct/11/2012 | Sale | P488 | PUBLICIDAD COMPRENDIDA DEI | | 3,132.00 | | 3,132.00 |
| Oct/15/2012 | Collection | 366 | DEPOSIT INTO F.488 | | | 783.00 | 2,349.00 |
| Oct/25/2012 | Collection | 383 | DEPOSIT INTO F.488 | | | 783.00 | 1,566.00 |
| Nov/08/2012 | Collection | 396 | DEPOSIT INTO F.488 | | | 1,566.00 | 0.00 |
| Nov/12/2012 | Collection | P522 | PUBLICIDAD COMPRENDIDA DEI | | 3,132.00 | | 3,132.00 |
| Nov/28/2012 | Collection | 423 | DEPOSIT TO F.572 | | | 783.00 | |
| Dec/04/2012 | Collection | 437 | DEPOSIT TO F.572 | | | 1,566.00 | 283.00 |
| Dec/14/2012 | Collection | 453 | DEPOSIT TO F572 | | | 783.00 | 0.00 |

- A checkbook of account No. ███████ of BBVA Bancomer, S.A. in the name of BRANDO, S.A. DE C.V.

| BRANDO SA CV OFFICE OF HIDALGO DEL PARRAL [ILLEGIBLE] [ILLEGIBLE] | 0000301 [ILLEGIBLE] |
|---|---|
| **BBVA Bancomer** | |
| ████████████████ | |
| | [illegible] as check security paper not usable as check [illegible] as check security paper not usable as check |

EX - DUARTE JAQUEZ - 000472



 **Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

| [illegible] as check security paper not usable as check |
| [illegible] as check security paper not usable as check |
| [illegible] as check security paper not usable as check |
| [illegible] as check security paper not usable as check |
| [illegible] as check security paper not usable as check |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

**7.- Economic Support Agreement No. 0995/2013 in the amount of $4,600,000.00 granted to UNION GANADERA REGIONAL GENERAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA allocated to the execution of the Program for Repopulation of Beef Cattle in the State.**

Hereafter is the traceability of the delivered public funds subject of the aforementioned Support:



*UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

- The funds were allocated for the following: there was paid $461,642.16 to CONSTRUCCIONES MARRO, S.A. DE C.V.; there was transferred the amount of $4,192,901.47 to account ▮▮▮▮▮▮▮ from BBVA Bancomer of UNION GANADERA REGIONAL DE DIVISION DEL NORTE, and herefrom, $562,450.66 was transferred to **BRANDO, S.A. DE C.V.**

- From the analysis of the investigation file and of the evidence found inside the domicile of Calle Tecolotes and San Patricio without number in Colonia Esmeralda, in the Municipality of Hidalgo del Parral, Chihuahua, property of



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

**CESAR HORACIO DUARTE JAQUEZ** in fulfillment of the Search Warrant issued by the Constitutional Rights Judge, Maria Guadalupe Hernandez Lozano within docket number 140/2017, (of which a report was remitted on March 20, 2019 by the undersigned), the following information was obtained in regard to the legal entity **BRANDO, S.A. de C.V.**:

> ➢ **EXHIBIT 11.** In the evidence seized on April 01, 2017 with identification number 11, consisting of a black three-drawer metallic file cabinet containing stationary, there was noted the following:

>> ○ In the first drawer, there was found a yellow file bearing a legend that read "Contratos Indefinidos Jimenez" from Audio Grabaciones Belmon de Cuauhtemoc, S.A. de C.V.

>>> ▪ Among other documents, there was found a printing of electronic mail from Rosa Karina Contreras Aragon (roxyk_3456@hotmail.com) to socorro xejz (lacampera_continuidad@hotmail.es), requesting information on how the advertising of Agencia Llantera should be invoiced.



**FGR**

FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

## SECRETARY
## OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION

28-06-13                                                           Imprimir mensaje - Outlook

**RE:** Guideline Agencia Llantera

- rosa Karina contreras aragon (rosaka_126-a hotmail.com)
- jueves 20 de junio de 2013 en el 10 a.m
- Llevar se ver que agencia contra todo el estado y es

[illegible] GOOD MORNING EXCUSE ME WHATS THIS? HOW IS IT TO BE INVOICED

From: soxopera.ppalmeda@hotmail.es
To: Sonia.1806@hotmail.com
Subject: RW Pauta Agencia Llantera
Date: Wed, 19 Jun 2013 16:20:58 0700

From: pauta@dgi-com.mx
Date: Tue 21-06-2013 18:30:54 0500
To: soxopera_ppalmeda@hotmail.es

Socorro
We have advertising of Agencia Llantera this week and the coming week as there is stated in the guidelines attached. Tomorrow I will be sending the spot to start airing on Thursday, please reserve air time as follows:

| La campaña 1320 | Spot 20 sects | Spot news | 30 | 25.00 | 750.00 | To be divided in morning music programming June 6 and 7, 13 and 14 |
| La campaña 1320 | Spot 20 secs | Spot programming | 30 | 20.00 | 600.00 | To be divided in morning music programming June 6 and 7, 13 and 14 |

Saludos,
Favor de confirmarla recepción

**dgi**

PAOLA NUÑEZ
MARKETING ESTRATÉGICO



FGR
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- Advertising order No. 017 J dated October 24, 2011, issued by Audio Grabaciones Belmon de Cuauhtemoc, S.A. de C.V.; there is noted that the letterhead reads Parral, Chih. XEJS. The order states to be invoiced to Super Comercial Arellanes, S. de R.L. de C.V.







SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- ▪ Attached to the invoicing order mentioned above, there is attached a printing of an electronic mail from L.C. Idalia Chavez (bm_continuidad@hotmail.com) To: Rossy Lupita (roxyka_3456@hotmail.com); Lupita (pavimentosyservicios@yahoo.com.mx) whereby there is requested for the invoices to be sent in the name of Super Comercial Arellanes, S. de R.L. de C.V.



**\*\*PAVIMENTOS Y SERVICIOS DE PARRAL, S.A. DE C.V.,** corporation owned by BERTHA OLGA GOMEZ FONG, according to technical report issued by the UNIT OF INFORMATION AND CRIMINAL ANALYSIS UNDER THE OFFICE OF THE PROSECUTOR GENERAL OF THE STATE OF CHIHUAHUA by means of official letter No. FGE-FECC-UIAD-003/2019.

EX - DUARTE JAQUEZ - 000478





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

- A black file containing documentation related to Radiodifusora Brando, S.A. de C.V. and to Audio Grabaciones Belmon de Cuauhtemoc, S.A. de C.V.

  - Therewithin, there was found, among other documents, the copy of the minutes of a meeting of the corporation **BRANDO, S.A. DE C.V.** wherein **GUSTAVO ALFONSO GONZALEZ DUARTE** appears in his capacity as partner.

---

**JOSE MARIA IDUÑATE GUZMAN**
**Notary Public No. 43**
**Matamoros, Coah.**

**PUBLIC DEED INSTRUMENT NUMBER: (120) ONE HUNDRED TWENTY**
**VOLUME: XV**

IN THE CITY OF MATAMOROS, DISTRICT OF VIESCA, STATE OF COAHUILA DE ZARAGOZA ON MAY 03, 2011, BEFORE MYSELF, JOSE MARIA IDUÑATE GUZMAN, HEAD NOTARY PUBLIC NUMBER 43 ON DUTY AT THIS NOTARY PUBLIC DISTRICT,

**APPEARED**

**GUSTAVO ALFONSO GONZALEZ DUARTE**, who declared to be Mexican by birth, married, of legal age, born in the City of Torreon, Coahuila, a trader, born on July 03, 1961, with Sole Population Registry Code GODG610703HCLNRS08 and domicile in Calle Citlaltepetl No. 404, Colonia Torreon Jardin in the city of Torreon, Coahuila and temporarily in this city, proving his identity with his voter's card issued by the Federal Electoral Institute with folio number 0000002552123, registered in 1991 with voter's code GNORGS610703H9D0 who

**STATED**

To have appeared in the name and on behalf of the legal entity denominated "BRANDO" S.A. DE C.V. in his capacity as Special Delegate to protocolize the Minute of the Extraordinary Shareholder's Meeting dated July 14, 2008, requesting the services of the undersigned in order to protocolize said Meeting; therefore, pursuant to the will of the person appearing, I hereby proceed as there has been requested, thus attesting that a set of eight written pages comprising a record which is to be transcribed hereafter, has been placed at my sight:

**EXTRAORDINARY GENERAL SHAREHOLDER'S MEETING OF THE LEGAL ENTITY DENOMINATED "BRANDO", S.A. DE C.V.**
**HELD ON JULY 14, 2008**

In the City of Gomez Palacio, Durango, corporate domicile of the legal entity "BRANDO", S.A. DE C.V., being 10:00 of July 14, 2008, the shareholders of the

---





Chihuahua
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                                    ASSET GROWTH DIVISION

aforementioned corporation met to hold an Extraordinary General Shareholder's Meeting as they were called by GUSTAVO ALFONSO GONZALEZ DUARTE acting in his capacity as Chief Executive Officer of the Legal Entity under the following:

**MEETING AGENDA**

First item: Opening of the Meeting and General Matters.

Second item: Capital Increase.

Third item: Debate and approval of the meeting to modify and make additions to the Second Clause of the Corporate Bylaws.

Fourth item: Ratification of Powers to Chief Executive Officer GUSTAVO ALFONSO GONZALEZ DUARTE.

Fifth item: Appointment of a Special Delegate for the protocolization of the respective Minute.

Sixth item: Debate and approval of the Minute of the Meeting.

The meeting is presided by GUSTAVO ALFONSO GONZALEZ DUARTE, acting in his capacity as Chief Executive Officer of the Legal Entity; ARMANDO RODRIGUEZ CRISPIN acts in his capacity as Secretary of the Meeting. Thereafter, attendance was called to validate the presence of quorum in the meeting. CLAUDIA SOLEDAD GARIBAY ALVAREZ and DIANA CECILIA NIETO ROJAS were appointed as tellers and the following result was obtained:

| SHAREHOLDERS | A-SERIES SHARES | TOTAL |
|---|---|---|
| GUSTAVO ALFONSO GONZALEZ DUARTE. R.F.C. GODG610703KP6 | 99 | $49,500.00 |
| ARMANDO RODRIGUEZ CRISPIN | 01 | $   500.00 |
| TOTAL | 100 | $50,000.00 |

After share counting was made, and since legal quorum was present, the Meeting is legally opened inasmuch as the shareholder attendance and share stock requirements are met. Pursuant to the provisions of article 188 of the Law of Business Corporations, after the First Item of the Meeting Agenda was approved by the shareholders, there is proceeded to carry out the Second Item of the Meeting Agenda as follows:

Chief Executive Officer, GUSTAVO ALFONSO GONZALEZ DUARTE stated that, in order to strengthen the corporate financial structure it would be convenient to increase the Variable Capital in order to increase the corporate competitiveness in the amount of $150,000.00 (ONE HUNDRED FIFTY THOUSAND PESOS, 00/100, MEXICAN CURRENCY) for the Corporate Capital, including the minimum fixed capital, to add up to $200,000.00 (TWO HUNDRED THOUSAND PESOS, 00/100, MEXICAN CURRENCY).

EX - DUARTE JAQUEZ - 000480



FGR
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

The shareholders requested to the Chief Executive Officer the information they deemed necessary, and after a wide exchange of views, there were taken the following:

- There were also found diverse sales orders from **BRANDO, S.A. DE C.V.**



| | | | | |
|---|---|---|---|---|
| XEJS 1150 KHz AM THE NEWS CAPITAL | | SALES ORDER Nº 0629 | | |
| | | 31 | 01 | 2014 |

C. Emiliano Zapata 36-A   Col Centro  Hgo Parral, Chih   C.P. 33800   Tel   Fax. (627) 522-2380

| INVOICE TO: | | UNIT | SERVICE DESCRIPTION | | COST | AMOUNT |
|---|---|---|---|---|---|---|
| NAME: Julio Adrian Loya | | | SPOTS REGULAR AIRING | | | |
| | | 48 | SPOTS NEWS PROGRAMS | | 30 | |
| ADDRESS: Artemio Ortiz | | | PROMOTIONAL PACKAGES | | | |
| Llano #170 | | | REMOTES | | | |
| CITY: Parral Chih. | | | SPOTS | | | |
| FEDERAL TAXPAYER REGISTRY CODE: | | | OTHERS | | | |
| | | | | SUB-TOTAL | | 1440 |
| | | | | V.A.T. | | 230 |
| | | | | TOTAL | | 1,670 |

| FORM OF COLLECTION | | | BEGINS ON: 1-Feb/2014 | ENDS ON: 28 Feb./2014 | TRANSMISSION DAYS |
|---|---|---|---|---|---|
| WEEK | EVERY OTHER WEEK ☒ | MONTH ☐ | TO BE TRANSMITTED ON: 8 h 15. | | Level  20. |
| | | | AGENT: Pizo | | |
| | | | | AUTHORIZED BY: Pizo. | |

OBSERVATIONS:

TO TRANSMIT 48 SPOTS IN NEWS PROGRAM LEVEL 20

BY MEANS OF THIS PROMISSORY NOTE, WE BIND OURSELVES TO INCONDITIONALLY PAY TO [illegible] IN ITS DOMICILE ON

SHOULD THIS PROMISSORY NOTE BE NOT PAID ON ITS DUE DATE, THERE SHALL BE CAUSED A DEFAULT INTEREST [illegible]

I ACCEPT AND SHALL PAY

El Camino

EX - DUARTE JAQUEZ - 000481





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

EX - DUARTE JAQUEZ - 000482





SECRETARY
## OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION

- A white file from Radiodifusora Brando, S.A. de C.V. containing diverse documentation.

  o Therein, there were found diverse sales orders from **BRANDO, S.A. DE C.V.**





**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

- A white file with diverse documentation from Radiodifusora Brando, S.A. de C.V. and Audio Grabaciones Belmon de Cuauhtemoc, S.A. de C.V.

  o Therein, there were found diverse sales orders from **BRANDO, S.A. de C.V.**





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

EX - DUARTE JAQUEZ - 000485



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

- And the printing of a Client Auxiliary form from **BRANDO, S.A. DE C.V.** from September 01, 2011 to April 28, 2013.

BRANDO S.A DE C.V.
CLIENT AUXILLIARY

FROM SEPTEMBER 1, 2011 TO APRIL 28, 2013

| Client | | | | Initial Balance | Debit | Credit | Final balance |
|---|---|---|---|---|---|---|---|
| LAURENCIO DELGADO BACA | | | | 0.00 | 12,760.00 | 12,760.00 | 0.00 |
| Date | Concept | Folio | Description | | | | |
| 06/Jan/2012 | Sale | P42 | Installment of C42 | | 1,624.00 | | 1,624.00 |
| 11/Jan/2012 | Receipt | 38 | Installment of C42 | | | 1,000.00 | 624.00 |
| 24/Jan/2012 | Receipt | 38 | ADVERTISING FROM | | | 624.00 | 0.00 |
| 08/Feb/2012 | Sale | P95 | Installment of C95 | | 1,624.00 | | 1,624.00 |
| 09/Mar/2012 | Receipt | 40 | Installment of C95 | | | 800.00 | 824.00 |
| 28/Mar/2012 | Receipt | 41 | ADVERTISING FROM | | | 824.00 | 0.00 |
| 30/Mar/2012 | Sale | P166 | Installment of C166 | | 1,624.00 | | 1,624.00 |
| 13/Apr/2012 | Receipt | 42 | Installment of C166 | | | 800.00 | 824.00 |
| 04/May/2012 | Receipt | 43 | Installment of C166 | | | 400.00 | 424.00 |
| 11/May/2012 | Receipt | 177 | ADVERTISING FROM | | | 424.00 | 0.00 |
| 21/May/2012 | Sale | P213 | Installment of C213 | | 1,624.00 | | 1,624.00 |
| 04/Jun/2012 | Receipt | 204 | Installment of C213 | | | 400.00 | 1,224.00 |
| 04/Jun/2012 | Receipt | 213 | Installment of C213 | | | 400.00 | 824.00 |
| 12/Jun/2012 | Receipt | 229 | Installment of C213 | | | 400.00 | 424.00 |
| 27/Jun/2012 | Receipt | 231 | Installment of C213 | | | 424.00 | 0.00 |
| 11/Oct/2012 | Sale | P488 | ADVERTISING FROM | | 3,132.00 | | 3,132.00 |
| 15/Oct/2012 | Receipt | 366 | Installment of C408 | | | 783.00 | 2,349.00 |
| 25/Oct/2012 | Receipt | 383 | Installment of C409 | | | 783.00 | 1,566.00 |
| 06/Nov/2012 | Receipt | 396 | Installment of C488 | | | 1,566.00 | 0.00 |
| 12/Nov/2012 | Sale | P572 | ADVERTISING FROM | | 3,132.00 | | 2,132.00 |
| 28/Nov/2012 | Receipt | 423 | Installment of C572 | | | 783.00 | 2,349.00 |
| 04/Dic/2012 | Receipt | 437 | Installment of C572 | | | 1,566.00 | 783.00 |
| 17/Dic/2012 | Receipt | 453 | Installment of C572 | | | 783.00 | 0.00 |

- A check book from account No. ▮▮▮▮▮▮ of BBVA Bancomer, S.A. in the name of **BRANDO, S.A. DE C.V.**

EX - DUARTE JAQUEZ - 000486



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

**SECRETARY**
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION





8.- **Economic support in the amount of $5,500,000.00 granted to UNION GANADERA REGIONAL DIVISION DEL NORTE DE CHIHUAHUA for the acquisition of oat**.

According to the traceability of the public funds delivered, derived from the preceding Support, **there were found beneficiaries related** to the environment of CESAR HORACIO DUARTE JAQUEZ, according to the documentation analyzed within the investigation case file as follows:



*UGRDN.- UNION GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA

- There was found that $5,500,000.00 was deposited to personal account No. ████████ from BBVA Bancomer in the name of **CESAR HORACIO**



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
**DUARTE JAQUEZ** so the latter transfer it to the Tax Administration Service
for Tax Collection payment.

9.- **Payment made to FINANCIERA DIVISION DEL NORTE, S.A. DE C.V. SOFOM
ENR in the amount of $8,000,000.00 for the acquisition of the urban realty
marked with number 4 in Calle Guillermo Prieto, by the corner with Calle
Mercaderes in Hidalgo del Parral, Chihuahua**.

According to the traceability of the public funds delivered, derived from the preceding
payment, **there were found beneficiaries related** to the environment of CESAR
HORACIO DUARTE JAQUEZ, according to the documentation analyzed within the
investigation case file as follows:



* FDN.- FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR

- There was found that $9,000,000.00 was deposited by means of check No.
  895 to account ▮▮▮▮▮▮▮ of Akala, S.A. DE C.V. S.F.P. in the name of
  **CARLOS GERARDO HERMOSILLO ARTEAGA** to then transfer the amount
  of $20,000,000.00 to Trust No. 744743 from Banco Mercantil del Norte, S.A.
  in the name of **CESAR HORACIO DUARTE JAQUEZ and BERTHA OLGA
  GOMEZ FONG**, according to the information provided by the former Governor
  of the State himself on August 31, 2016 and according to the route traced upon
  the money.





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION



10.- Payment made to FINANCIERA DIVISION DEL NORTE, S.A. DE C.V. SOFOM
ENR in the amount of $12,000,000.00 derived from the Coordination Framework



**Chihuahua** SECRETARY
GOBIERNO DEL ESTADO **OF PUBLIC OVERSIGHT**          ASSET GROWTH DIVISION

**Agreement for the development of the Program for the acquisition of beef heifer in the State of Chihuahua.**

According to the traceability of the public funds delivered, derived from the preceding Support, **there were found beneficiaries related** to the environment of CESAR HORACIO DUARTE JAQUEZ, according to the documentation analyzed within the investigation case file as follows:



FDN*.- FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR

- The amount of $10,000,000.00 (ten million pesos, 00/100, Mexican currency) was allocated to Trust No. 744743 from Banco Mercantil del Norte, S.A. in the name of **CESAR HORACIO DURATE JAQUEZ** and **BERTHA OLGA GOMEZ FONG** according to the information provided by the former Governor of the State himself on August 31, 2016 and according to the route traced upon the money.

- From the analysis performed upon the investigation file and the evidence found inside the domicile of Calle Tecolotes and Calle San Patricio without number, Colonia Esmeralda, Municipality of Hidalgo del Parral, Chihuahua, owned by **CESAR HORACIO DUARTE JAQUEZ** in fulfillment of the Search Warrant issued by the Constitutional Rights Court Judge, Maria Guadalupe Hernandez Lozano, within docket number 140/2017 (of which a report was remitted on March 20, 2019 by the undersigned), the following information was obtained:
  - ➢ **EXHIBIT 25.** In the evidence seized on April 01, 2017, consisting of a carton box identified with number 25, there was found a lined notebook, make Star Design with green, orange and blue cover. Therein, there





SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION
were found diverse notes, most of which were handwritten in pencil.
The following stand out:

 o In the upper part there is read Santander Oct/2011 followed by
  the note that reads: banks $12,000,000.00, $10,000,000.00
  ch/220 $10,000,000.00 Akala:



EX - DUARTE JAQUEZ - 000491





## SECRETARY
## OF PUBLIC OVERSIGHT
ASSET GROWTH DIVISION

- o In the upper part there is read Santander Dec/2011 followed by several notes among which there stands out: FINCA $2,000,000.00







SECRETARY
**OF PUBLIC OVERSIGHT**                                    ASSET GROWTH DIVISION

EX - DUARTE JAQUEZ - 000493



**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                          ASSET GROWTH DIVISION

**11.- Payment made to FINANCIERA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR in the amount of $12,000,000.00 derived from the Coordination Framework Agreement for the development of the Program for the acquisition of beef heifer in the State of Chihuahua.**

Regarding the payment made on January 10, 2012 by means of check 016465 from account No. ▮▮▮▮▮ of Banco Santander Mexico, S.A. in the name of the Secretary of the Treasury Government of the State of Chihuahua in the amount of **$12,000,000.00 (twelve million pesos, 00/100, Mexican currency)** and deposited to account No. ▮▮▮▮▮ of Banco Santander (Mexico), S.A. in the name of **FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR.**

According to the traceability of the public funds delivered, derived from the preceding Support, **there were found beneficiaries related** to the environment of CESAR HORACIO DUARTE JAQUEZ, according to the documentation analyzed within the investigation case file as follows:



*FDN.- FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR

- The public funds granted by the Government of the State of Chihuahua were used for paying the amount of $12,724,975.00 to Financiera Rural. From the analysis performed upon the investigation file and the evidence found at the domicile of Calle Tecolotes and Calle San Patricio without number, Colonia Esmeralda, Municipality of Hidalgo del Parral, Chihuahua, owned by **CESAR HORACIO DUARTE JAQUEZ** in fulfillment of the Search Warrant issued by the Constitutional Rights Court Judge, Maria Guadalupe Hernandez Lozano, within docket number 140/2017 (of which a report was remitted on March 20, 2019 by the undersigned), there were found notes in a notebook that stated the payments made to **Financiera Rural**.
    - **EXHIBIT 25.** In the evidence seized on April 01, 2017, consisting of a carton box identified with number 25, there was found a lined notebook, make Star Design with a green, orange and blue cover. Therein, there





**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**                    ASSET GROWTH DIVISION

were found diverse notes, most of which were handwritten in pencil.
The following stand out:

- In the upper part there is read *Serfin January/2012* followed by
  diverse notes among which there stand out five checks in the
  amount of $2,544,815.00; also, there were found two green
  twelve-column accounting sheets:

EX - DUARTE JAQUEZ - 000495



 **Chihuahua** SECRETARY
OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION



EX - DUARTE JAQUEZ - 000496





SECRETARY

**OF PUBLIC OVERSIGHT**                        ASSET GROWTH DIVISION

o   **EXHIBIT 19.** In the evidence seized on September 14, 2017, with identification number 19 consisting of a white plastic box which contained a file bearing a legend that read "conciliaciones" (conciliation). Inside, among other documents, there was found a sheet with the following information: FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V., SOFOM ENR, INCOME AND EXPENDITURE REPORT 2012 BANCO SANTANDER SERFIN Account No. ▓▓▓▓▓▓ of JANUARY 2012 which states the check numbers and to whom they were issued.



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA



**Chihuahua**
GOBIERNO DEL ESTADO

## SECRETARY
## OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION

FINANCIERA DE LA DIVISION DEL NORTE, S.A. DE C.V. SOFOM ENR
INCOME AND EXPENDITURE REPORT 2012
BANCO SANTANDER SERFIN

JANUARY 2012.

Deposit subject to collection

| | CONCEPT | CHECK NO. | AMOUNT | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 01 Jan 2012. | Initial Balance | | | | $ 1,459,387.35 |
| 04 Jan 2012. | Mario Saul González | 763 | 350,000 00 | | |
| 10 Jan 2012. | Deposit GOV STATE | | | $ 12,000,000 00 | |
| 11 Jan 2012 | Trading Desk Investment | | | | |
| 17 Jan 2012 | Deposit subject to collection | | $ 12,000,000 00 | | |
| 12 Jan 2012 | Cash deposit | | | $ 8,785 00 | |
| 13 Jan 2012 | Cash deposit | | | $ 1,715 00 | |
| 18 Jan 2012 | Cash deposit | | | $ 35 000 00 | |
| 18 Jan 2012. | SPEI Transfer commission plus VAT | | | $ 400,600 00 | |
| 19 Jan 2012 | Cash deposit | | 135 00 | | |
| 23 Jan 2012. | Cash deposit | | | $ 18,600 00 | |
| 24 Jan 2012. | [illegible] | | | $ 137,524.10 | |
| 20 Jan 2012 | Deposit Trading Desk Investment | 162 | 50 000 00 | | |
| 24 Jan 2012. | Financiera Rural | | | $ 12,000,000 00 | |
| 24 Jan 2012 | Financiera Rural | 163 | 2,544 815 00 | | |
| 24 Jan 2012 | Financiera Rural | 164 | 2,544 815 00 | | |
| 24 Jan 2012 | Financiera Rural | 165 | 2,544 815 00 | | |
| 24 Jan 2012. | Financiera Rural | 166 | 2 544 815 00 | | |
| 24 Jan 2012. | Financiera Rural | 167 | 2 544 815 00 | | |
| 24 Jan 2012. | Deposit subject to collection | | | $ 7,000,000 00 | |
| 25 Jan 2012. | H G R D H E CH. (93163) | 168 | 2,000 000 00 | | |
| 25 Jan 2012 | Cash deposit | | | $ 2 635 00 | |
| 25 Jan 2012. | Cash deposit | | | $ 2,625 00 | |
| 25 Jan 2012. | Cash deposit | | | $ 2,625 00 | |
| 25 Jan 2012 | Cash deposit | | | $ 9 000 00 | |
| 25 Jan 2012. | Cash deposit | | | $ 9,000 00 | |
| 25 Jan 2012. | Cash deposit | | | $ 9,000 00 | |
| 25 Jan 2012 | Cash deposit | | | $ 2,635 00 | |
| 25 Jan 2012. | Cash deposit | | | $ 2,625 00 | |
| 25 Jan 2012. | Cash deposit | | | $ 9,000 00 | |
| 25 Jan 2012 | Cash deposit | | | $ 9,000 00 | |
| 15 Jan 2012. | Transfer deposit | | | $ 12,500,000 00 | |
| 21 Jan 2012. | Trading Desk Investment | | $ 12,500,000 00 | | |
| 18 Jan 2012. | Transfer to [unintelligible] Parral | | 437,594 40 | | |
| 27 Jan 2012. | Transfer Pedro Roberto Baca G. | | 100,000 00 | | |
| 30 Jan 2012. | Cash deposit | | | $ 2,635 00 | |
| 30 Jan 2012 | Cash deposit | | | $ 9,000 00 | |
| 31 Jan 2012. | Interest credit | | | $ 0 01 | |
| 31 Jan 2012. | IT withhold | | | | |
| 31 Jan 2012 | Paid check commission | | $ 0 01 | | |
| 31 Jan 2012 | VAT paid check commission | | $ 94 00 | | |
| 31 Jan 2012 | PVML Acc Membership com | | 15 36 | | |
| 31 Jan 2012. | PVML ac.memb. com | | 299 00 | | |
| 31 Jan 2012. | VAT PVML ac.memb. com | | 47.84 | | |
| | | | $ 40,262,243.71 | $ 39,150,844.53 | $ 48,386.15 |

For further illustration regarding results, the following table is attached:

| CONSECUTIVE | DESCRIPTION | OBSERVATIONS |
|---|---|---|
| EVIDENCE SEIZED ON APRIL 01, 2017 | | |
| EXHIBIT 11 | Black three-drawer metallic file cabinet with two doors holding diverse documentation. | Printing of an electronic mail between Rosa Karina Contreras Aragon and Socorro XEJZ |



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

Chihuahua
GOBIERNO DEL ESTADO

SECRETARY
OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION

| EXHIBIT 11 | Black three-drawer metallic file cabinet with two doors holding diverse documentation. | Advertising order 017 J BM Parral, Chih. Radio XEJS |
|---|---|---|
| EXHIBIT 11 | Black three-drawer metallic file cabinet with two doors holding diverse documentation. | Printing of an electronic mail between Idalia Chavez and Rossy Lupita with electronic mail address pavimentosyservicios@yahoo.com.mx |
| EXHIBIT 11 | Black three-drawer metallic file cabinet with two doors holding diverse documentation. | Copy of the minutes of a meeting of BRANDO, S.A. de C.V. |
| EXHIBIT 11 | Black three-drawer metallic file cabinet with two doors holding diverse documentation. | Diverse sales orders from BRANDO, S.A. de C.V. and client accounting auxiliary of the corporation. |
| EXHIBIT 11 | Black three-drawer metallic file cabinet with two doors holding diverse documentation. | A check book from account No. ▮▮▮▮▮▮ of BBVA Bancomer in the name of BRANDO, S.A. DE C.V. |
| EXHIBIT 25 | A carton box | A lined notebook with diverse banking notes |
| EXHIBIT 25 | A carton box | Two twelve-column accounting sheets |
| **EVIDENCE SEIZED ON SEPTEMBER 14, 2017** | | |
| EVIDENCE 19 | A white plastic box | Sheets with banking information which state check numbers in detail and to whom they were issued. |

EX - DUARTE JAQUEZ - 000499



## Chihuahua
GOBIERNO DEL ESTADO

### SECRETARY
### OF PUBLIC OVERSIGHT
ASSET GROWTH DIVISION

The following table is attached for further illustration regarding traceability of the payments made:

*"UNIÓN GANADERA REGIONAL DIVISION DEL NORTE DEL ESTADO DE CHIHUAHUA
**FINANCIERA DE LA DIVISIÓN DEL NORTE, S.A. DE C.V. SOFOM ENR

## FOR FURTHER REFERENCE, SEE ATTACHMENT 2

The above was strictly determined with base on the contents of the investigation file, accessed by means of the Agent of the Public Prosecutor as there was stated above.

The present report has been issued to the best of my understanding for the pertinent legal effects.

**SINCERELY**
[signed]
**YOSHI KARINA FONG NAJERA**
**FINANCIAL ENGINEER**
**PROFESSIONAL LICENSE TO PRACTICE NO. 9144619**

EX - DUARTE JAQUEZ - 000500





**SECRETARY OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

**DIRECTOR ASSIGNED TO THE SECRETARY OF PUBLIC OVERSIGHT**

ATTACHMENT 1







**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

EX - DUARTE JAQUEZ - 000502



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

**Chihuahua**
GOBIERNO DEL ESTADO

SECRETARY
**OF PUBLIC OVERSIGHT**

ASSET GROWTH DIVISION

| DATE OF STATE GOVERNMENT PAYMENT | ACCOUNT | BANKING INSTITUTION | | | AMOUNT | | DATE | AMOUNT | BENEFICIARY |
|---|---|---|---|---|---|---|---|---|---|
| 17/06/2011 | | SANTANDER | | UGRDN | HSBC | $582,905.60 | 20/06/2011 | $50,000.00 | PAVIMENTOS Y SERVICIOS DEL PARRAL |
| | | | | | | | 27/06/2011 | $517,892.52 | |
| 05/01/2012 | | SANTANDER | | UGRDN | HSBC | $5,000,000.00 | 18/01/2012 | $561,340.00 | RAUL YANES BUSTILLOS |
| | | | | | | | 23/01/2012 | $3,000,000.00 | NUECES LA ESPERANZA |
| | | | | | | | 25/01/2012 | $1,000,000.00 | AXALA UROND |
| 2012 | | SANTANDER | | UGRDN | HSBC | $36,000,000.00 | 26/01/2012 | $1,200,000.00 | HERMANOS CARRASCO GARCIA |
| | | | | | | | 26/01/2012 | $1,200,000.00 | HERMANOS CARRASCO GARCIA |
| | | | | | | | 26/01/2012 | $1,200,000.00 | HERMANOS CARRASCO GARCIA |
| | | | | | | | 26/01/2012 | $1,200,000.00 | HERMANOS CARRASCO GARCIA |
| | | | | | | | 26/01/2012 | $1,200,000.00 | HERMANOS CARRASCO GARCIA |
| | | | | | | | 26/01/2012 | $1,200,000.00 | HERMANOS CARRASCO GARCIA |
| | | | | | | | 30/01/2012 | $814,800.00 | GRUPO AGROPECUARIO BUDA |
| | | | | | | | 01/02/2012 | $105,000.00 | ASOC. CHIHUAHUENSE CRIADORES DE GANADO |
| | | | | | | | 13/03/2012(2pts) | $100,000.00 | PAVIMENTOS Y SERVICIOS DEL PARRAL |
| | | | | | | | 01/03/2012 | $30,000.00 | RUTH SARAI MARTINEZ MARISCAL |
| | | | | | | | 07/03/2012 | $44,000.00 | RUTH SARAI MARTINEZ MARISCAL |
| | | | | | | | 15/03/2012 | $30,000.00 | JOSE ANTONIO PEREZ VILLAREAL |
| | | | | | | | 18/02/2012 | $150,000.00 | SIMON DARIO ROJAS |
| | | | | | | | 03/03/2012 | $151,164.00 | PAVIMENTOS Y SERVICIOS DEL PARRAL |
| | | | | | | | 07/03/2012 | $18,000.00 | EDOAR JESUS PEREZ MORALES |
| | | | | | | | 15/03/2012 | $250,000.00 | GILDARDO RONQUILLO ASUAYO |
| | | | | | | | 14/03/2012 | $5,000,000.00 | BRAIDO S.A DE C.V. |
| | | | | | | | 07/06/2012 | $10,000,000.00 | VALLES BACA HERMANOS |
| | | | | | | | 12/09/2012 | $2,000,000.00 | SOLEDAD BACA |
| | | | | | | | 03/07/2012 | $2,000,000.00 | GRIZZLY WOODS, S.A. DE C.V. |
| | | | | | | | 10/10/2012 | $932,731.00 | ALVARO IVAN BUSTILLOS FUENTES |
| | | | | | | | 30/10/2012 | $1,655,782.50 | ALVARO IVAN BUSTILLOS FUENTES |
| | | | | | | | 30/10/2012 | $854,367.00 | ALVARO IVAN BUSTILLOS FUENTES |
| | | | | | | | 30/10/2012 | $208,916.00 | ALVARO IVAN BUSTILLOS FUENTES |
| | | | | | | | 12/10/2012 | $230,294.61 | OLEGARIO GUZMAN ORQUIZ |
| | | | | | | | 30/10/2012 | $318,000.00 | ELOY SOTO PAYAN |
| | | | | | | | 30/10/2012 | $1,206,930.00 | JOSE ANGEL CHAVEZ SOTO |
| | | | | | | | 30/10/2012 | $879,300.00 | ALEJANDRO MARQUEZ RODRIGUEZ |
| | | | | | | | 01/11/2012 | $50,000,000.00 | CARLOS GERARDO HERMOSILLO ARTEAGA |
| 25/04/2012 | | SANTANDER | | UGRDN | HSBC | $2,692,288.00 | 27/04/2012 | $612,696.00 | GENERA PROYECTOS AGROINDUSTRIALES |
| | | | | | | | 06/06/2012 | $30,131.19 | CARLOS A. GARZA |
| | | | | | | | 04/06/2012 | $900,000.00 | VALLES BACA HERMANOS |
| | | | | | | | 23/04/2012 | $702,076.00 | LACTOGE SA DE CV |
| | | | | | | | 04/05/2012 | $1,360,000.00 | FDN |
| 13/07/2012 | | SANTANDER | | UGRDN | HSBC | $10,500,000.00 | 10/08/2012 | $51,260,000.00 | VALLES BACA HERMANOS |
| | | | | | | | 28/09/2012 | $2,000,000.00 | PROMOTORA GANADERA DEL REAL |
| | | | | | | | 13/08/2012 | $3,987,500.00 | GRUPMA SA DE CV |
| | | | | | | | 28/06/2012 | $2,652,500.00 | FRANCISCO JAVIER DIAZ BATREZ |
| 15/10/2012 | | SANTANDER | | UGRDN | HSBC | $4,600,000.00 | 09/12/2013 | $451,842.16 | CONSTRUCCIONES MARRO |
| | | | | | | | 31/10/2013 | $2,042,893.71 | UGRDN |
| | | | | | | | 23/11/2013 | $1,586,407.10 | UGRDN |
| | | | | | | | 07/01/2014 | $502,540.90 | UGRDN |
| 01/04/2013 | | BBVA BANCOMER | | UGRDN | HSBC | $250,000.00 | | $60,000.00 | AMERICAN EXPRESS |
| | | | | | | | | $28,450.00 | BRAIDO SA DE CV |
| 16/10/2013 | | | | | | $60,000.00 | | $80,000.00 | CHEQUE PAGADO NUM4710603 |
| | | | | | | | | $35,000.00 | DIANA ALEJANDRA RENTERIA RUIZ |
| 28/11/2014 | | SANTANDER | | UGRDN | HSBC | $5,500,000.00 | 01/13/2014 | $5,500,000.00 | FDN** |
| 04/10/2011 | | SANTANDER | | FDN** | SANTANDER | $12,000,000.00 | 01/11/2012 | $9,000,000.00 | CARLOS GERARDO HERMOSILLO ARTEAGA |
| | | | | | | | 19/10/2011 | $10,000,000.00 | FIDEICOMISO AXALA |
| | | | | | | | 12/10/2011 | $2,000,000.00 | FINCA INTEGRAL SA DE CV |
| 10/01/2012 | | SANTANDER | | FDN** | SANTANDER | $12,000,000.00 | 24/01/2012 | $2,544,815.00 | FINANCIERA RURAL |
| | | | | | | | 24/01/2012 | $2,544,815.00 | FINANCIERA RURAL |
| | | | | | | | 24/01/2012 | $2,544,815.00 | FINANCIERA RURAL |
| | | | | | | | 24/01/2012 | $2,544,815.00 | FINANCIERA RURAL |
| | | | | | | | 24/01/2012 | $2,544,815.00 | FINANCIERA RURAL |

EX - DUARTE JAQUEZ - 000503





**Chihuahua**
GOBIERNO DEL ESTADO

## SECRETARY
## OF PUBLIC OVERSIGHT

ASSET GROWTH DIVISION

| PERSON/CORPORATION | THIRD LEVEL AMOUNT | PERSON/CORPORATION |
|---|---|---|
| TDC AMEX BERTHA OLGA GOMEZ FONG | | |
| VISTOR HUGOMALDONADO GACHUPIN | | |
| PAID CHECK | | |
| PAID CHECK | | |
| PAID CHECK FESN781011 | | |
| PAPALOTES FELIZARDO ELIZONDO GUAJARDO | | |
| NEXTEL DE MEXICO | | |
| FERRETERIA REGIONAL DEL PARRAL | | |
| BOTICA GUADALUPE DEL PARRAL | | |
| CASA MAYERS | | |
| PAID CHECK SACJ680204KY5 | | |
| PAID CHECK | | |
| NATIONAL COMERCIAL TAX | | |
| OCTAVIO GARFIA PALMA | | |
| PAID CHECK  PSC790707245A4 | | |
| VETRINARIA REGINA | | |
| CARLOS PATRICIO MORENO ARRIETA | | |
| PAID CHECK | | |
| PAID CHECK FESN781011 | | |
| FERRETERIA AMAYA S.A. DE C.V. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| CESAR HORACIO DUARTE JAQUEZ | $3,105,364.00 | TAX PAYMENT SAT |
| | | |
| | | |
| | | |

# EXHIBIT 20

EX - DUARTE JAQUEZ - 000505



**Chihuahua**
STATE GOVERNMENT

OFFICE OF THE PROSECUTOR GENERAL OF THE STATE OF CHIHUAHUA
**NUC: 19-2018-28510**

### PHOTOGRAPHIC IDENTIFICATION OF A PERSON

In Chihuahua, Chihuahua, at 17:10 of October 8, 2019, the Agent of the State Investigative Agency of the Office of the Prosecutor General of the State, acting in compliance with the provisions set forth in article 132 of the National Code of Criminal Procedure in effect for the State, within the investigation conducted under Sole Case Number **19-2018-28510,** for the purpose of carrying out the identification of the person whose participation may fall within one of the predicates of the sections stipulated in article 21 of the Criminal Code, for the criminal conduct which is the subject of the present matter. Grounded on the provisions contained in *article 279 in relation to articles 277 and 278, all of them pertaining to the National Code of Criminal Procedure*, we have convened at the facilities of the Office of the General Prosecutor for the State, where there appears a person whose identity has been reserved and who has been assigned individual control code **"56RT65PW7",** and whose personal information is contained in a sealed envelope kept under the secrecy of this Institution, if applicable, under the custody of the Jurisdictional Body for the pertinent purposes. Said person appears accompanied by their defense counsel for the latter to assist them in everything related to the proceedings herein. Such defense counsel is **MARTIN EDUARDO CASTAÑEDA** who is present in this act and states to be named as it has been written and that he may be notified at the same domicile of the person appearing, an **Attorney,** with professional license to practice number **5280133.** Afterwards, once with the legal and technical assistance of the aforementioned defense counsel, the person appearing is informed of the legal and constitutional rights they are entitled to and which are set forth in article **20** of the Political Constitution of the United Mexican States, and article **113** of the National Code of Criminal Procedure, the person appearing states they willingly appear to conduct this proceeding; immediately thereafter the person appearing sworn to tell the truth before this authority to which the person appearing agrees. Moreover, the person appearing is informed of their right to remain silent at any moment, if any of the facts on which they are going to state represents a detriment; the person appearing stated to be informed of the above.

Thereafter the person appearing is questioned, as to whether they can *identify in a photograph* any of the persons that they mentioned in their statement rendered before the Agent of the Public Prosecutor on December 8, 2018 within investigative file 19-2018-28510, to which the person appearing states that: **YES, I CAN EASILY RECOGNIZE SAID PERSONS, BECAUSE I HAD DIRECTLY AND PERSONALLY CONTACT WITH THEM IN SEVERAL OCCASIONS. THIS, SINCE THEY WERE EMPLOYEES OF THE FORMER ADMINISTRATION. I CAN SPECIFICALLY IDENTIFY FORMER GOVERNOR CESAR HORACIO DUARTE JAQUEZ WITHOUT ANY DIFFICULTY, BECAUSE HE INVITED ME TO COLLABORATE WITH HIM AS PART OF HIS CABINET AND DUE TO MY POSITION, I FREQUENTLY HAD**

EX - DUARTE JAQUEZ - 000506



**DIRECT AND PERSONAL CONTACT WITH SAID PERSON, SINCE MY POSITION NEEDED SO.**

Immediately thereafter the person appearing is asked to provide the physical description of CESAR HORACIO DUARTE JAQUEZ, Governor of the State during the period from 2010 to 2016, to which the person appearing states the following: **SAID PERSON IS APPROXIMATELY BETWEEN 1.75 AND 1.80 METERS TALL; STRONG BUILD; WHITE SKINNED; BROWN EYES; VISIBLE BALDNESS; HE WORE A MOUSTACHE UNTIL THE MONTH OF OCTOBER 2015 WHEN HE STOPPED WEARING IT.**

Likewise the person appearing is asked if they know him or if have previously seen him in person or in images, to which the person appearing responds: **YES, I HAVE PERSONALLY KNOWN HIM FOR MORE THAN FIFTEEN YEARS, AND IN ADDITION TO IT, AS I STATED BEFORE, I WORKED DURING THE 2010-2016 ADMINISTRATION IN WHICH HE WAS THE GOVERNOR OF THE STATE AND INVITED ME TO WORK IN A POSITION OF FIRST LEVEL WITHIN SUCH ADMINISTRATION.**

Then, the person appearing is asked if after the conduct which is the subject of the present investigation they have seen the person in question again, in which location and for what reason, to which they state: **AFTER THE EVENTS UNDER INVESTIGATION TOOK PLACE, I CONTINUED BEING PERSONALLY AND DIRECTLY IN CONTACT WITH CESAR HORACIO DUARTE JAQUEZ, GIVEN THAT AS I STATED BEFORE, I WORKED IN HIS WORK GROUP AND THEREFORE I WOULD SEE HIM IN HIS OFFICE LOCATED IN THE GOVERNMENT BUILDING OR AT ZARCO AVENUE AND CALLE 26 WHERE THE HOUSE OF GOVERNMENT WAS. THIS, SINCE WE DEALT WITH DIVERSE MATTERS RELATED TO THE STATE ADMINISTRATION, AMONG THOSE, THERE WERE THE ONES RELATED TO LIQUIDITY REQUESTS SO AS TO EXERCISE THE BUDGET FOR EXPENSES. THE LAST TIME I SAW HIM WAS AT THE BEGINNING OF THE YEAR OF 2017.**

Lastly, the person appearing is asked the following: if you saw CESAR HORACIO DUARTE JAQUEZ again, would you recognize him? To which the person appearing answered: **YES, I WOULD DEFINITIVELY DO.**

According to the guidelines established in article ***279 of the National Code of Criminal Procedure*** there is a set of photographs numbered 1 to 6 of persons with similar physical and/or facial characteristics. Hereinbelow there are the characteristics and information of said persons, in compliance with the provisions set forth in the last paragraph of article 277 of the aforecited Code; of course, without informing the person appearing of the identity of the same.



The photograph of the person in number **1** corresponds to the name of FELIPE DE JESUS VILLELA TORRES with the following physical characteristics: STRONG BUILD; LIGHT-SKINNED; BROAD FOREHEAD; BLACK HAIR; CLEAR EYES; AND MOUSTACHE.

The photograph of the person in number **2** corresponds to the name of LUIS ERNESTO VALENZUELA FIERRO with the following physical characteristics: STRONG BUILD; LIGHT-OLIVE SKIN; BROAD FOREHEAD; WITH MOUSTACHE AND BEARD; BLACK HAIR, AND BROWN EYES.

The photograph of the person in number **3** corresponds to the name of RAYMUNDO VILLEGAS SANCHEZ with the following physical characteristics: STRONG BUILD; LIGHT-OLIVE SKIN; BALD; WITH MOUSTACHE AND BEARD; AND BLACK EYES.

The photograph of the person in number **4** corresponds to the name of EDUARDO IGNACIO RUIZ PEREZ with the following physical characteristics: STRONG BUILD, LIGHT-SKINNED; BLACK THINNING HAIR; BROAD FOREHEAD; MOUSTACHE AND GOATEE BEARD; AND BROWN EYES.

The photograph of the person in number **5** corresponds to the name of CESAR HORACIO DUARTE JAQUEZ with the following physical characteristics: STRONG BUILD; LIGHT-SKINNED; BLACK THINNING HAIR; BROAD FOREHEAD; BROWN EYES AND A MOUSTACHE.

The photograph of the person in number **6** corresponds to the name of FILIBERTO VARELA MIRANDA with the following physical characteristics: STRONG BUILD; LIGHT-SKINNED; BALD; BROWN EYES; WITH GOATEE BEARD AND MOUSTACHE.

Immediately thereafter, there is placed at sight of the person making the appearance in sequence the photographs of the aforementioned persons, such series of photographs are herein attached, lacking the information of the persons appearing in the same; and for registration purposes, the same were already recorded. Therefore, the person making the appearance is asked if among the photographs of persons at their sight there is the photograph of the person that they previously described; and once they had fully observed the persons previously described and placed according to the numbers already referenced, the person making the appearance states the following: **I FULLY IDENTIFY AND WITHOUT FEAR OF MAKING A MISTAKE I STATE THAT THE PERSON WHO APPEARS IN PHOTOGRAPH NUMBER 5 (FIVE), IS CESAR HORACIO DUARTE JAQUEZ, FORMER GOVERNOR OF THE STATE OF CHIHUAHUA. THE FOREGOING, SINCE THE PHYSICAL CHARACTERISTICS OF THE PERSON WHO APPEARS IN PHOTOGRAPH NUMBER 5 (FIVE) WHICH WAS PLACED AT MY SIGHT, ARE THOSE OF HIS. I AM SURE I AM NOT MISTAKEN BECAUSE AS I MENTIONED BEFORE, I HAVE KNOWN HIM FOR MORE THAN 15 YEARS AND WE WORKED TOGETHER IN THE**



STATE ADMINISTRATION HEADED BY HIM. THIS, APPROXIMATELY DURING FOUR YEARS. THUS, WITHOUT ANY DOUBT, THE PERSON WHO APPEARS IN PHOTOGRAPH NUMBER 5 (FIVE) IS CESAR HORACIO DUARTE JAQUEZ.

Having nothing further to add the present proceeding, after being read and signed by those participating herein, is concluded.

<table>
<tr><td>[a fingerprint]<br>"56RT65PW7"</td><td>[an illegible signature]<br>MARTIN EDUARDO CASTAÑEDA<br>Defense Counsel</td></tr>
</table>

[an illegible signature]
INVESTIGATIVE AGENT
JOSE DANIEL MADRID HERNANDEZ





1



EX - DUARTE JAQUEZ - 000510





2

EX - DUARTE JAQUEZ - 000511





3



EX - DUARTE JAQUEZ - 000513











5



EX - DUARTE JAQUEZ - 000514







EX - DUARTE JAQUEZ - 000515



Chihuahua   **Office of the Prosecutor General of the State of Chihuahua**
**PERSON IDENTIFICATION SYSTEM**

**Name:** FELIPE DE JESUS VILLELA TORRES
**Also known as:** EL GUERO
**Main crime:** DOMESTIC VIOLENCE
**Modality:**
**Wife/common law spouse:**
**Domicile:** ██████████████████████ CHIHUAHUA
**Telephone number:** ██████





Chihuahua

## Office of the Prosecutor General of the State of Chihuahua
### PERSON IDENTIFICATION SYSTEM

**Name:** LUIS ERNESTO VALENZUELA FIERRO
**Also known as:**
**Main crime:** DOMESTIC VIOLENCE
**Modality:**
**Wife/common law spouse:**
**Domicile:** ███████████████████ CHIHUAHUA
**Telephone number:**



EX - DUARTE JAQUEZ - 000517



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

Chihuahua

### Office of the Prosecutor General of the State of Chihuahua
### PERSON IDENTIFICATION SYSTEM

**Name:** RAYMUNDO VILLEGAS SANCHEZ
**Also known as:**
**Main crime:** DRUG OFFENSE
**Modality:**
**Wife/common law spouse:** C. ZENAIDA LARREA
**Domicile:** ███████████████████████ CHIHUAHUA
**Telephone number:**



EX - DUARTE JAQUEZ - 000518



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

Chihuahua          **Office of the Prosecutor General of the State of Chihuahua**
**PERSON IDENTIFICATION SYSTEM**

**Name:** EDUARDO IGNACIO RUIZ PEREZ
**Also known as:**
**Main crime:** CAR THEFT
**Modality:** USE
**Wife/common law spouse:**
**Domicile:** ███████████████████████████ CHIHUAHUA
**Telephone number:** ███████





Chihuahua        **Office of the Prosecutor General of the State of Chihuahua**
**PERSON IDENTIFICATION SYSTEM**

**NAME:** CESAR HORACIO DUARTE JAQUEZ
**ARREST DATE:** 03/24/2011    10:06:54 p.m.
**CURP:** DUJC630414HCHRQS05
**BIRTHDATE:** ███1963
**OCCUPATION:** GOVERNOR OF THE STATE
**NATIONALITY:** MEXICAN
**DOMICILE:** ███████████
**COLONIA:** ZARCO RESIDENCIAL **TELEPHONE NUMBER:** ███
**LOCALITY:**        **MUNICIPALITY:** CHIHUAHUA
**STATE:** CHIHUAHUA
**NOTIFY:** BERTHA GOMEZ DE DUARTE        **TELEPHONE NUMBER:** ███





Chihuahua

## Office of the Prosecutor General of the State of Chihuahua
### PERSON IDENTIFICATION SYSTEM

**Given Name:** FILIBERTO VARELA MIRANDA
**Also known as:**
**Main crime:** DRUG OFFENSE
**Modality:**
**Wife/common law spouse:**
**Domicile:** ▮▮▮▮▮▮▮▮ CHIHUAHUA
**Telephone number:**



# EXHIBIT

# 21

EX - DUARTE JAQUEZ - 000522

EX - DUARTE JAQUEZ - 000523

















EX - DUARTE JAQUEZ - 000524



FGR
FISCALÍA GENERAL
DE LA REPÚBLICA

In Mexico City, on December 12, 2019, the undersigned **Daisy Alvarez Zavala**, Chief Executive Prosecutor Assigned to the Division of Extraditions of the General Division of International Proceedings under the Office of the Prosecutor General of the Republic, pursuant to the provisions of articles 21 and 102 "A" of the Political Constitution of the United Mexican States, 71 and 131 section XXIV of the National Code of Criminal Procedure, 2, 4 section III, 5 section VII and 10 section X of the Organic Law of the Office of the Attorney General of the Republic, 3 subsection H), section V, 4 section XIII and 52 section I of the Regulations of the Organic Law of the Office of the Attorney General of the Republic, provided that those are the governing general provisions at the early stage of this proceeding, in relation to Transitory articles 6 and 12, section II, of the Organic Law of the Office of the Prosecutor General of the Republic, published in the Federal Official Gazette on December 14, 2018 and its decree published in the same Federal Official Gazette on December 20, 2018, hereby attests that the present document, comprised by 240 written pages is a true and accurate reproduction of the documentation contained in the international extradition file opened in this Division against **CESAR HORACIO DUARTE JAQUEZ,** the foregoing is recorded for the pertinent legal purposes.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[signed]
Daisy Alvarez Zavala
Chief Executive Prosecutor



**FGR**
FISCALÍA GENERAL
DE LA REPÚBLICA

[A SEAL THAT READS: MEXICAN COAT OF
ARMS,
UNITED MEXICAN STATES,
MINISTRY OF THE INTERIOR,
GOVERNMENT UNIT]

**00985**

**ALEJANDRO LOPEZ GONZALEZ**, ADJUNCT GENERAL DIRECTOR OF THE OFFICIAL GAZETTE OF THE FEDERATION, ASSISTING THE HEAD OF THE GOVERNMENT UNIT, GROUNDED ON ARTICLES 11 (I) AND (II) AND 12 LAST PARAGRAPH OF THE INTERNAL REGULATIONS OF THE MINISTRY OF THE INTERIOR, HEREBY **CERTIFIES:** THAT DAISY ALVAREZ ZAVALA WAS CHIEF EXECUTIVE PROSECUTOR ASSIGNED TO THE DIVISION OF EXTRADITIONS OF THE GENERAL DIVISION OF INTERNATIONAL PROCEEDINGS UNDER THE OFFICE OF THE PROSECUTOR GENERAL OF THE REPUBLIC ON DECEMBER 12, 2019 AND THE SIGNATURE APPEARING IN THE PRESENT DOCUMENT IS HER OWN.

[A HOLOGRAM
THAT READS:
MINISTRY OF THE
INTERIOR]

NAME OF THE RESPONSIBLE ENTITY: OFFICE OF THE PROSECUTOR GENERAL OF THE REPUBLIC
TYPE OF DOCUMENT: CASE FILE
MEXICO CITY ON DECEMBER 12, 2019
REGISTRATION No.: **11145**
This Secretariat accepts no responsibility or liability whatsoever for the contents of this document.

WAV/DGL/ALG

[QR CODE]

[SIGNED]
CODE: **UC3TLHL6L**
Authenticity of this legalization and its electronic signature may be verified at:
www.dicoppu.gobernacion.gob.mx/registro

| [SEALTHAT READS: MEXICAN COAT OF ARMS UNITED MEXICAN STATES MINISTRY OF FOREIGN AFFAIRS CUAUHTEMOC DELEGATION] | [SEALTHAT READS: MEXICAN COAT OF ARMS UNITED MEXICAN STATES CONSULAR SERVICE OF LEGALIZATIONS] |
|---|---|

F8
FOLIO **628917**

**THE MINISTRY OF FOREIGN AFFAIRS HEREBY CERTIFIES**:
That ALEJANDRO LOPEZ GONZALEZ WAS THE ASSISTANT GENERAL DIRECTOR OF THE OFFICIAL GAZETTE OF THE FEDERATION ASSISTING THE HEAD OF THE GOVERNMENT UNIT UNDER THE MINISTRY OF THE INTERIOR ON DECEMBER 12, 2019 and that the preceding signature is his own.
MEXICO CITY ON DECEMBER 13, 2019.

BY ORDER OF THE CLERK
THE REPRESENTATIVE

[SIGNED]
ALEJANDRA SANCHEZ ARRIOLA

This Secretariat accepts no responsibility or liability whatsoever for the contents of this document

EX - DUARTE JAQUEZ - 000526