# MINUTE ORDER

Page 6

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**  Date: 7/10/20   Time: 1:30 p.m.

Defendant: Cesar Horacio Duarte Jaquez   J#: 20966-104   Case #: 20-22829-MC-UNA
AUSA: Jason Wu   Attorney: Henry Bell/Armando Rosquete/Juan Morilla, PHV
Violation: EXTRADITION/MEXICO
Surr/Arrest Date: 7/8/2020   YOB: 1963

Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at:   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant consented to appear via video

Govt requests 3 days to file motion re: detention and Defense has 3 days to respond

**A telephonic status conference was originally set in Court; but after court, the hearing was cancelled and a Bond hearing was then set for 7/24/20 before Magistrate Judge Louis**

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:33:22   Time in Court: 30 mins

s/Lauren F. Louis   Magistrate Judge