# Exhibit 2

[Coat of arms]                          OFFICE OF THE STATE ATTORNEY GENERAL

# Chihuahua

Page | 1

STATE GOVERNMENT

## EXPANSION OF THE WITNESS'S OFFICIAL STATEMENT

In the city of Chihuahua, Chihuahua, at 7:55 pm, on the Ninth of July of Twenty Twenty, before the undersigned Ms. Silvia Madrid Bustillos, Public Prosecution Agent of the Office of the State Attorney General of Chihuahua, acting herein on the basis of the provisions in Articles 21 of the Constitution of the United Mexican States, 118 and 119 of the State Constitution of Chihuahua, 131, 212, 213, 215, and 251, section X of the National Criminal Procedure Code; along with items 1, 2, paragraph B, and 12 of the Organic Law of the Office of the State Attorney General; and 19 and 20 of its internal regulations; a person did freely and voluntarily appear named **JESUS MANUEL LUNA HERNÁNDEZ**, identified herein by his voter registration number 1319127951833, which is here before me and contains on its left side a color photograph of a male individual who matches each and every one of the appearing party's physiognomic traits, a document that after having been reviewed has been attached hereto as a copy. Thereafter, the undersigned made the appearing party aware of his obligation to tell the truth with respect to what he knows and is asked, as well as the obligation not to conceal any facts or circumstances, and in the event of failing to do so, he will have engaged in behavior involving criminal liability, in accordance with the provisions set forth in Articles 307 and 308 of this state's Criminal Code, which state the following: *"Article 307. One who when making statements to an authority in their professional capacity or as a result thereof fails to tell the truth substantially and deliberately, in relation to the facts that gave rise to their intervention, shall be punished with six months to six years in prison and a fine equal to one hundred to three hundred days […]."; "Article 308. Anyone who makes a false statement to an authority as a witness or a deponent, with the goal of incriminating or exonerating another, gaining favor with their requesting party, or causing harm to a counterpart, unduly, regardless of whether they succeed, will be punished with three to seven years in prison, in addition to the fine to which the first paragraph of the preceding article referred […]."*; and he was likewise informed of the right to abstain. As such, having duly imposed and warned of the penalties that are imposed upon those who make false declarations to an authority, he was SWORN IN in accordance with item 49 of the National Criminal Procedure Code, to which he responded: ***I hereby swear to tell the whole truth with respect to everything I am going to state to this authority.*** Thereafter, he identified himself by saying that his name is as written, he is ***twenty-six*** years old, born on August 5, 1993, marital status: single, employed, son of ***María Guadalupe Hernández Chaparro and Jesús Manuel Luna Ríos (Deceased)***, originally from Hidalgo del Parral, Chihuahua, and a resident of this city with an address at ***Calle Luis de Angosturas, No. 210, in colonia San Felipe, of this city,*** telephone number **(627) 150-5517**, without any other identifying information of note at this type. Therefore, in relation to his appearance as party to Investigation File 19-2018-28510, the witness stated the following:

[Coat of arms]                              OFFICE OF THE STATE ATTORNEY GENERAL

# Chihuahua

STATE GOVERNMENT             Page | 2

*As I stated in the statement I gave on May 23, 2019, as part of this investigation, I was the Private Secretary or Technical Secretary of the Governor of the State of Chihuahua, CESAR HORACIO DUARTE JÁQUEZ, from April 2015 until the end of his administration, that is, until October 4, 2016. My job consisted of coordinating all the events, tours, calls, and agendas of the governor. For that reason, I spent all day and part of the evening accompanying the governor, given that I worked an average of 18 or 20 hours a day with him, Monday to Sunday, but also when he left the city I accompanied him and spent nearly 24 hours a day with him.*

*That proximity with DUARTE enabled me to become familiar with a ton of situations about his personal and professional life, as well as the situations that occurred inside his government offices or wherever he would go. I always treated CÉSAR DUARTE with a lot of respect, however, he was an offensive, aggressive person with me, since every time that he had the chance, he used to insult me with very offensive fancy words, demeaning my work and myself, including on one occasion, some time around July 2015, he punched me in the right shoulder when we were driving in a van on the way to the airport to catch a flight and deal with an official matter in Mexico City. This was in response to confusion that occurred because of a phone call that I didn't transfer to him.*

*Working with DUARTE was difficult, because, as I mentioned, he took up nearly all my time and I was mistreated by him, reaching an extreme of his checking my cell phone and my personal iPad to see with whom I was communicating and what photographs I had, since he was very mistrustful and told me not to provide even the slightest information by mistake about him to anyone, nor where he was, what he was doing, or any other information regardless of how minor it might be. He even prohibited me from giving information about him to his own wife, Mrs. BERTHA OLGA GÓMEZ FONG.*

*Around ten or fifteen days before his administration as governor came to an end, that is, at the end of September 2016, he and I were in one of the rooms of the house where he lived, known as the "Governor's Mansion", located on Avenida Zarco de la Colonia Guadalupe, in this city; on that occasion, I went into the room to give him his agenda and I mentioned a few details about it, and suddenly he changed subjects talking about the principle of loyalty, telling me "that people who are disloyal always end up paying for it either themselves or their family". I considered it a comment that he had been waiting to tell me at any time, because it didn't have anything to do with what we were talking about, and he said it to me very seriously in a threatening, intimidating tone, with a lot of emphasis, so it made me afraid for myself and my family, given that at that time it was public knowledge that they had found numerous irregularities in the handling of public funds and that DUARTE was possibly going to be investigated at the end of his term. Regarding that intimidation, I only answered him – yes, sir – I turned around and left, because I insist it was a very direct comment to intimidate or threaten me, and for the time that I had known him I could tell that he was a person who had a lot of power and had no limits or scruples, he was violent, that is, I consider*

[Coat of arms]
**Chihuahua**
STATE GOVERNMENT

OFFICE OF THE STATE ATTORNEY GENERAL
Page | 3

*him capable of doing harm to me or to my family, or else to some other person that he thought might cause him harm or risk.*

*After said former governor's term ended, I started working for the State Congress of Chihuahua around the start of the month of November of 2016, as an advisor to Representative DIANA KARINA VELAZQUEZ RAMÍREZ, who had a close friendly relationship with CÉSAR DUARTE. At around the end of that same month or the outset of December, she told me that Mr. CÉSAR DUARTE had talked to her asking that she take us the next day to IMELDA BELTRAN (who was a local representative at that time, who had previously been the Private Secretary of Mrs. BERTHA GÓMEZ, the former governor's wife, and as such Mrs. BERTHA advised her on being a Representative) and me, to the city of El Paso, Texas, that's all she told me. And in fact the next day, we went to that city, and we found ourselves at around seven o'clock in the evening with CÉSAR DUARTE in a restaurant called the VILLAGE INN, and he sat there at a table and asked us to sit at another table that was separate, since he would be calling on us to talk with him one by one. I was the second person he called on, and we had a very brief chat of around five minutes in which he asked me if they had talked to me from the Attorney General's Office to interview me or do some type of investigation on me, and I told him no. He responded that that if there was anything I needed he was going to be on the lookout and to let him know if I was offered anything, that he had already arranged everything and that those who were investigating him weren't going to be able to prove anything, because he would protect us if we would support him in the investigations. At that time, CÉSAR DUARTE was accompanied by RAÚL FERNÁNDEZ, who was in charge of the cattle that DUARTE had in that city of El Paso, Texas, but he wasn't there while we were talking.*

*In addition, around the end of April 2017, I went to live in the state of Colorado, in the United States, and less than two months after I got settled there, a summons was sent to my mother's address ordering me to appear before the State Attorney General's Office. That is why I had to come back to the city of Chihuahua, and after getting that summons, I got in touch with then Representative KARINA VELAZQUEZ and I made her aware that I had been summoned. Since I was already in the city of Chihuahua and after having come to testify before the Attorney General's Office, that same day, I got a telephone call from a private number, and when I picked up, a man spoke to me saying that a friend was going to talk to me and immediately I was talking to someone who clearly identified himself by his voice as CÉSAR DUARTE, who first greeted me with a very amiable, cordial tone of voice as if nothing had happened with me, and then he asked me if they had summoned me to the Attorney General's Office and for what. My answer was yes, that it had been part of an investigation that was ongoing, and he immediately started asking about the issues, to which I answered that they asked me about a few trips that were taken in the government's airplane and about a few people close to him. On that point DUARTE told me not to worry, that everything was under control and that his attorneys were at my disposal, to which I responded in annoyance that the only thing I needed was not to have any problems because of situations that I had nothing to do with. Then he again insisted that I shouldn't worry but to be very careful with what I was doing and what I was saying*

Case 1:20-mc-22829-UNA   Document 10-2   Entered on FLSD Docket 07/24/2020   Page 5 of 12

[Coat of arms]
**Chihuahua**
STATE GOVERNMENT

OFFICE OF THE STATE ATTORNEY GENERAL

Page | 4

*in the investigation, that I wasn't to say anything that might hurt him, and he said that to me in a very threatening tone. And then he continued to ask me about the issues and which people they asked me about, to which I responded that I didn't want to get into any trouble and that my phone was probably tapped and I hung up, since I was really upset by the situation that I found myself in and the cynical way that he was treating me.*

*Early the next day, they added me to a WhatsApp group in which there were around four people who had sent messages identifying themselves as CÉSAR DUARTE's attorneys, but I don't recall their names, only that they were numbers with area codes from Mexico City; however, I never replied to the messages, and when I didn't do so, I started getting calls from those same numbers, but I also didn't answer them.*

*A few days later I returned to the United States to continue working, and because of what had happened I decided to change my telephone number so that neither CÉSAR DUARTE nor his attorneys could find me, but in addition I didn't give out my new telephone number to anybody who had anything to do with him. And I no longer have that telephone.*

*On March 6, 2017, they arrested me in the state of Colorado, in the United States, due to a warrant for my arrest that had been issued for me for the improper use by CÉSAR ADRIAN DUARTE GÓMEZ, the son of the former governor, of the State Government's airplane. As a result, I was deported from that country, and I was held for around 14 months, and when I got out of prison, I started living in this city of Chihuahua, and I noticed that every day some vehicles were following me at all times of the day, and it was more obvious when I went out at night, and even in the city of Hidalgo del Parral, where my mother lives. A few times, my family and I noticed that they were following us to the door of my mother's house, and the van that had been following us parked next to the car, it moved about five meters forward and then stopped again until we went into the house, and my sister had already noticed that that van had been following us for a few minutes was a white Ram and that situation really troubled my sister and my mother, but me as well, because I thought that it was people related to DUARTE who was trying to intimidate me. On another occasion, when I backed out of the garage, there were vehicles outside of the house, in the opposite direction to which I was going, and when they saw me leave, they made a U-turn to take the same direction as me and followed me. This situation of their following me lasted for around two months. My mother and sister as well also told me that they saw vehicles parked outside my house that hung around for a long time.*

*Likewise, when I earned my freedom and when my sentencing hearing was over, which was around the start of May 2019, Mrs. IMELDA BELTRAN, who, as I mentioned, was the Private Secretary of Mrs. BERTHA GÓMEZ, started trying to get in touch with my closest friends in a very insistent way. She would tell my friends that she was desperate to talk to me to pass on some messages from the gentlemen, noting that they were messages from CÉSAR DUARTE and his wife, because IMELDA BELTRAN and I, despite having had a good working relationship, we never had any issues that brought us together outside of work,*

[Coat of arms]

# Chihuahua

STATE GOVERNMENT

OFFICE OF THE STATE ATTORNEY GENERAL

Page | 5

*including during the time that I was in prison; she didn't communicate with me or with my family to give any message of support or solidarity. So really it wasn't her that was interested in talking with me, but CÉSAR DUARTE and BERTHA GOMEZ. That insistence of wanting to talk with me lasted for weeks, but my friends refused to give her my personal number at my request. My friends told that me that sometimes IMELDA BELTRAN would ring them up to ten times a day, and I know that for a fact, because I was with them sometimes when she would ring them up. And their answer was they had not seen me or that they would give me the message and I hadn't gotten back to them at all.*

That is everything that he had to state. Thereafter, the undersigned Public Prosecution Agent made the declarant aware of the content of Articles 360 and 364 of the National Criminal Procedure Code, which establish the obligation of all people to attend proceedings whenever summoned and to tell the truth about what they know and what they are asked and the possibility of being made to appear by law enforcement if they didn't appear upon having been duly summoned. In addition, he was informed of his obligation to appear at the trial, as well as the obligation to report any change of address and residence, to which he stated that he had been made aware, and not to be impossible to respond to the court summons. Thus, upon the appearing party's reading of this document, he confirmed the content in each and every one of its parts and stated his agreement. As such, he signed in the margin and the footer of each of the pages that are a part of this proceeding, for all intents and purposes, before the Public Prosecution Agent of the Office of the State Attorney General.

[Signed]

**JESUS MANUEL LUNA HERNÁNDEZ**

**WITNESS**

[Signed]

**MS. SILVIA MADRID BUSTILLOS**

**PUBLIC PROSECUTION AGENT**

**OF THE OFFICE OF THE STATE ATTORNEY GENERAL**

[Coat of arms]

**Chihuahua**

STATE GOVERNMENT

**OFFICE OF THE**
**STATE ATTORNEY GENERAL**



FISCALIA GENERAL DEL ESTADO

P á g i n a | 1

## AMPLIACIÓN DE DECLARACIÓN MINISTERIAL DE TESTIGO

En la Ciudad de Chihuahua, Chihuahua, siendo las 19:55 horas del día nueve de julio de dos mil veinte, ante la suscrita Licenciada Silvia Madrid Bustillos, Agente del Ministerio Público de la Fiscalía General del Estado de Chihuahua, quien actúa con fundamento en lo dispuesto por los artículos 21 de la Constitución Política de los Estados Unidos Mexicanos, 118 y 119 de la Constitución Política del Estado de Chihuahua, 131, 212, 213, 215 y 251 fracción X del Código Nacional de Procedimientos Penales; así como en los numerales 1º, 2º apartado B, y 12 de la Ley Orgánica de la Fiscalía General del Estado; y 19 y 20 de su Reglamento interior, comparece de manera libre y voluntaria la persona de nombre **JESUS MANUEL LUNA HERNÁNDEZ,** quien en este acto se identifica con credencial para votar número 1319127951833, la cual se tiene a la vista, misma que contiene en su margen izquierdo la fotografía a color de una persona del sexo masculino que coincide en todos y cada uno de los rasgos fisonómicos del compareciente, documento que previo cotejo se agrega a la presente diligencia en copia, procediendo enseguida la suscrita a hacer del conocimiento del compareciente la obligación de declarar la verdad de cuanto conozca y le sea preguntado, así como la obligación de no ocultar hechos o circunstancias, y en caso de que incumpliere incurrirá en una conducta que acarrea responsabilidad penal, de conformidad a lo previsto en los artículos 307 y 308 del Código Penal para esta Entidad Federativa, mismos que establecen textualmente lo siguiente: *"Artículo 307. Quien al declarar ante autoridad en ejercicio de sus funciones o con motivo de ellas, faltare a la verdad, de forma sustancial y deliberada, en relación con los hechos que motivan la intervención de ésta, será sancionado con pena de seis meses a seis años de prisión y de cien a trescientos días multa[…]."; "Artículo 308. A quien con el propósito de inculpar o exculpar a alguien, de favorecer a su oferente o de causar un perjuicio a la contraparte, indebidamente, con independencia de la obtención del resultado, declare falsamente en calidad de testigo o como denunciante ante la autoridad, además de la multa a que se refiere el primer párrafo del artículo anterior, será sancionado con pena de tres a siete años de prisión […]."*; del mismo modo se le informa sobre la facultad de abstención, por lo que debidamente impuesto y advertido de las penas que se imponen a los que declaran con falsedad ante una autoridad, se procedió a tomarle PROTESTA en términos del numeral 49 del Código Nacional de Procedimientos Penales, a lo que expresó: **Protesto conducirme con la verdad en todo lo que voy a manifestar ante esta Autoridad.** Enseguida, por sus generales dijo, llamarse como quedó escrito, de **veintiséis** años de edad, con fecha de nacimiento 05 de agosto de 1993, de estado civil soltero, empleado, hijo de **María Guadalupe Hernández Chaparro y Jesús Manuel Luna Ríos (Finado),** originario de Hidalgo del Parral, Chihuahua, y vecino de esta ciudad con domicilio ubicado en **Calle Luis de Angosturas número 210, en la colonia San Felipe de esta Ciudad,** con número de teléfono **(627) 1505517,** sin más generales que interesen de momento, por lo que a continuación, en relación a su comparecencia dentro de la Carpeta de Investigación 19-2018- 28510, el testigo manifestó lo siguiente:


*Como lo manifesté en la declaración que rendí con fecha 23 de Mayo de 2019 dentro de la presente investigación, fui Secretario Privado o Secretario Técnico del Gobernador del Estado de Chihuahua CESAR HORACIO DUARTE JÁQUEZ, desde el mes de abril del 2015 hasta el término de la administración es decir hasta el día 04 de octubre de 2016. Mi trabajo consistía en coordinar todos los eventos, giras, llamadas y agendas de dicho Gobernador, por tal razón pasaba todo el día y parte de la noche acompañando al Gobernador, ya que trabajaba en promedio alrededor de 18 ó 20 horas al día junto a él, de lunes a domingo, pero además cuando él salía fuera de la ciudad yo lo acompañaba y pasaba casi las 24 horas del día junto a él.*

*Esa cercanía con DUARTE me permitió enterarme de una gran cantidad de situaciones de su vida tanto personal como laboral, así como de situaciones que ocurrían al interior de las oficinas de gobierno o donde él acudiera. Yo siempre traté con mucho respeto a CÉSAR DUARTE, sin embargo él era una persona ofensiva y agresiva conmigo pues cada vez que tenía oportunidad me insultaba con palabras altisonantes y muy ofensivas demeritando mi trabajo y mi persona, incluso en una ocasión aproximadamente el mes de julio de 2015 me dio un golpe con el puño cerrado en el hombro derecho cuando íbamos en la camioneta rumbo al aeropuerto para tomar un vuelo y atender un asunto oficial en la Ciudad de México, esto por una confusión que se dio por una llamada que no le pasé.*

*Trabajar con DUARTE fue difícil porque como antes mencioné absorbía casi todo mi tiempo y de su parte recibía malos tratos, llegando al extremo de que me revisaba mi teléfono celular y mi ipad personal para ver con quien me comunicaba y que fotografías tenía, pues era muy desconfiado y me decía que ni por error se me ocurriera proporcionar ni la menor información de él a nadie, ni donde estaba, ni que hacía, ni algún otro dato por pequeño que fuera. Me tenía prohibido que le diera información de él a su propia esposa la señora BERTHA OLGA GÓMEZ FONG.*

*Aproximadamente entre diez o quince días antes de terminar su administración como Gobernador, es decir a finales de septiembre de 2016, él y yo estábamos en una de las salas de la casa donde él vivía conocida como "Casa de Gobierno", ubicada en la Avenida Zarco de la Colonia Guadalupe de esta Ciudad, en esa ocasión yo entré a la sala para entregarle su agenda y le comenté algunos detalles sobre ella, y repentinamente él desvió el tema hablando del principio de la lealtad, diciéndome "que las personas que son desleales siempre terminan pagando ellas o su familia", yo lo consideré como un comentario que se estaba guardando para decirme en cualquier oportunidad, porque no tenía nada que ver con lo que estábamos tratando y me lo dijo muy serio de forma amenazante e intimidante, con mucho énfasis por lo que me hizo sentir temor por mi persona y mi familia, ya que en ese tiempo era de dominio público que se habían detectado varias irregularidades en el manejo de los recursos públicos y que posiblemente DUARTE iba a ser investigado al término de su administración. Respecto a esa intimidación yo solamente le respondí - sí señor - me di la vuelta y me retiré porque insisto fue una comentario demasiado directo para intimidarme o amenazarme y por el tiempo que lo conocí me pude dar cuenta que era una persona que tenía mucho poder y no tenía límites o escrúpulos, era violento, es decir si lo considero capaz de hacerme un daño a mí o a*



FISCALIA GENERAL DEL ESTADO

*mí familia, o bien a cualquier otra persona que él consideré que le pueda generar algún daño o riesgo.*

*Después de que terminó la administración de dicho Exgobernador, yo ingresé a laborar al Congreso del Estado de Chihuahua aproximadamente a principios del mes de noviembre del año 2016, como asesor de la Diputada DIANA KARINA VELAZQUEZ RAMÍREZ, quien tenía una relación cercana de amistad con CÉSAR DUARTE. Aproximadamente a finales de ese mismo mes o principios de diciembre me indicó la Diputada que le había hablado el señor CÉSAR DUARTE pidiéndole que ella nos llevara al día siguiente a IMELDA BELTRAN (quien era Diputada local en ese momento, anteriormente había sido Secretaria Particular de la señora BERTHA GÓMEZ esposa de Exgobernador y por ello la señora BERTHA la asesoraba siendo Diputada) y a mí, a la Ciudad de El Paso, Texas, solo eso me dijo. Y efectivamente al día siguiente fuimos a aquella Ciudad y nos vimos como a las siete de la tarde con CÉSAR DUARTE en un restaurante llamado VILLAGE INN, y ahí él se sentó en una mesa y nos indicó que nosotros nos sentáramos en otra mesa que estaba separada, ya que nos estaría llamando para platicar con él de uno en uno. A mí fue al segundo que llamó y tuvimos una plática muy breve de aproximadamente cinco minutos en la cual me preguntó que si me habían hablado de la Fiscalía para entrevistarme o hacerme algún tipo de investigación y yo le respondí que no, respondiéndome que para cualquier cosa que yo necesitara él iba a estar al pendiente y que le avisara si se me ofrecía algo, que él ya tenía todo arreglado y que quienes lo investigaban no iba a poder probarle nada, porque él nos protegería si nosotros lo apoyábamos a él las investigaciones. En esa ocasión CÉSAR DUARTE estaba acompañado de RAÚL FERNÁNDEZ quien era el encargado del ganado que tenía DUARTE en aquella Ciudad de El Paso Texas, pero no estaba presente mientras platicábamos.*

*Asimismo aproximadamente a finales del mes de abril de 2017, me fui a vivir al Estado de Colorado de Estados Unidos de América y a menos de dos semana de establecerme en ese lugar, llegó al domicilio de mi madre un citatorio para que me presentara en la Fiscalía del Estado, por esa razón tuve que regresar a la Ciudad de Chihuahua y posterior a recibir ese citatorio me comuniqué con la entonces Diputada KARINA VELAZQUEZ y después le hice del conocimiento que me había llegado el citatorio. Ya estando yo en la Ciudad de Chihuahua y después de haber acudido a declarar a la Fiscalía, ese mismo día, recibo una llamada telefónica de un número privado y al contestar me responde una persona del sexo masculino diciéndome que me comunicaría a un amigo e inmediatamente me comunicó a quien identifique plenamente por su voz como CÉSAR DUARTE, quien primeramente me saludó con un tono de voz muy amable y cordial como nunca había tenido conmigo, y luego me preguntó si me habían citado de la Fiscalía y para qué. Mi respuesta fue que sí, que había sido para darle seguimiento a una investigación que estaban haciendo y él de inmediato empezó a preguntar sobre cuales temas, a lo que yo respondí que me preguntaron de algunos viajes que se realizaron en la aeronave de gobierno y de algunas personas allegadas a él. Al respecto DUARTE me dijo que no me preocupara que todo estaba bajo control y que sus abogados estaba a mi disposición, a lo que yo respondí molesto que lo único que necesitaba era no tener problemas por situaciones en las que yo no había tenido nada que ver. Luego me volvió a insistir que no me preocupara, pero que tuviera mucho cuidado con lo que hacía y con lo que*


decía en la investigación, que no fuera a decir algo que a él le perjudicara, y esto me lo dijo de una manera amenazante. Y después insistió preguntándome sobre cuales temas y de que personas me preguntaron, a lo que yo respondí que no quería meterme en problemas y que probablemente mi teléfono podía estar intervenido y le colgué, pues estaba muy molesto por la situación en que me encontraba y con el cinismo que me trató.

Al día siguiente a temprana hora me agregan a un grupo de whatsapp en el que estaban aproximadamente cuatro personas que mandaron mensajes identificándose como Abogados de CÉSAR DUARTE, pero no recuerdo los nombres, solo que eran números con lada de Ciudad de México, sin embargo yo nunca respondí los mensajes y al no hacerlo, empecé a recibir las llamadas de esos mismos números, pero tampoco las respondí.

Días después me regresé a Estados Unidos para seguir trabajando y por lo sucedido decidí cambiar mi teléfono para que ya no me ubicaran ni CÉSAR DUARTE, ni sus abogados, pero además mi nuevo número ya no se lo proporcioné a nadie que tuviera que ver con él. Y ese teléfono ya no lo tengo.

El 6 de marzo de 2017, me detuvieron en el Estado de Colorado, en Estados Unidos de Norteamérica, debido a una orden de aprehensión que se había girado en mi contra por el uso indebido que CÉSAR ADRIAN DUARTE GOMEZ, hijo de dicho Exgobernador hizo de la aeronave de Gobierno del Estado. Por ello fui deportado de aquel país y estuve detenido alrededor de catorce meses, y al salir de prisión me establecí a vivir en esta ciudad de Chihuahua, y me percaté que diariamente me seguían vehículos a cualquier hora del día, siendo más evidente cuando salía por las noches, e inclusive en la Ciudad de Hidalgo del Parral donde vive mi mamá, en algunas ocasiones mi familia y yo nos percatamos de que nos siguieron hasta la puerta de la casa de mi mamá, y la camioneta que nos veía siguiendo se estacionó enseguida del carro, avanzó alrededor de cinco metros aproximadamente y se volvió a detener hasta que ingresamos a la casa, y mi hermana ya se había percatado de que tenía algunos minutos siguiéndonos esa camioneta que era una ram blanca y esa situación inquietó mucho a mi hermana y mi mamá, pero también a mí porque pienso que era gente relacionaba con DUARTE que me trataba de intimidar. En otra ocasión cuando salí de reversa de la cochera había vehículos que estaban afuera de la casa, en sentido opuesto al que yo salía y cuando me veían salir daban vuelta en forma de U para tomar mi misma dirección y me seguían. Esta situación de que me seguían pasó durante aproximadamente dos meses. Además también mi mamá y mi hermana, me comentaban que veían vehículos estacionados afuera de mi casa, que tardan mucho tiempo.

También cuando obtuve mi libertad y se llevó a cabo mi audiencia de lectura de sentencia, que fue aproximadamente a principios del mes de mayo del 2019, empezó a tratar de comunicarse de manera muy insistente con mis amigos más cercanos la señora IMELDA BELTRAN, que como antes mencioné fue Secretaria particular de la señora BERTHA GÓMEZ, ella les decía a mis amigos que le urgía comunicarse conmigo para pasarme unos recados de los señores, refiriéndose a que eran recados de parte de CÉSAR DUARTE y su esposa, porque IMELDA BELTRAN y yo a pesar de que teníamos una buena relación laboral, nunca tuvimos algún tema que nos uniera fuera de trabajo inclusive durante el tiempo que estuve en prisión no se

comunicó conmigo, ni con mi familia para dar algún mensaje de apoyo o solidaridad, por lo que realmente no era ella la interesada en hablar conmigo sino CÉSAR DUARTE y BERTHA GOMEZ. Dicha insistencia de querer hablar conmigo duro semanas, pero mis amigos se negaron a proporcionarle mi número personal por indicaciones mías. Mis amigos me comentaban que en ocasiones IMELDA BELTRAN les marcaba hasta diez veces al día, y esa situación me consta porque algunas veces yo estaba con ellos cuando ella les marcaba. Y la respuesta de ellos era que no me habían visto o que me pasaban el recado y yo no les respondía nada.

Siendo todo lo que tiene que manifestar. Acto continuo, la suscrita Agente del Ministerio Publico hace del conocimiento del declarante el contenido los artículos 360 y 364 del Código Nacional de Procedimientos Penales, los cuales establecen la obligación de toda persona de concurrir al proceso cuando sea citado y de declarar la verdad de cuanto conozca y le sea preguntado y de la posibilidad de hacerlo comparecer por medio de la fuerza pública si no comparece habiendo sido debidamente citado. Además, se le informa de su obligación de comparecer a Audiencia de Debate, así como la obligación de comunicar cualquier cambio de domicilio o morada a lo que manifestó quedar enterado del mismo y no tener imposibilidad para concurrir al llamado judicial. Por lo que previa lectura que hace el compareciente del presente documento, ratifica su contenido en todas y cada una de sus partes y manifiesta su conformidad, para lo cual firma al margen y al calce de cada una de las fojas que integran la presente actuación, para los efectos conducentes, ante la Agente del Ministerio Público de la Fiscalía General del Estado.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
**JESUS MANUEL LUNA HERNÁNDEZ**

**TESTIGO**

_____
**LIC. SILVIA MADRID BUSTILLOS**
**LA AGENTE DEL MINISTERIO PÚBLICO**
**DE LA FISCALÍA GENERAL DEL ESTADO**





jtg, inc.
11190 Sunrise Valley Drive.
Suite 301
Reston, Virginia
20191

1.703.548.7576  voice
1.877.746.8906  toll free
1.703.548.8223  fax

jtg-inc.com

# CERTIFICATE OF TRANSLATION

I, __John Milan__, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Source filename:
PRIORITY Anexo Declaración Ministerial de Jesus Manuel Luna Hernandez

Translated filename:
PRIORITY Anexo Declaración Ministerial de Jesus Manuel Luna Hernandez_T

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of 14th day of July, 2020

Signature
*[signature: John M. Milan]*