**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-mc-22829-UNA

IN THE MATTER OF
THE EXTRADITION OF
CESAR HORACIO DUARTE JAQUEZ
_____/

## ORDER DENYING MOTION TO CONSOLIDATE BRIEFING

This cause is before the Court on the government's Motion to Set Consolidated Briefing Schedule (ECF No. 31). The government seeks to consolidate the briefing in support of extradition (ECF No. 23) with Respondent's Motion to Dismiss (ECF No. 29). Movant proposes that the government file a single response, in opposition to the motion to dismiss, and in reply to Respondent's opposition to the memorandum in support of extradition; that single response to be filed *after* Respondent files his opposition to the extradition memorandum on October 30, 2020.

Respondent opposes the motion for consolidation, and notes that when he sought the government's position on an extension of time to file his opposition to the extradition memorandum (ECF No. 27), the government did not oppose his request to have briefing on the anticipated motion to dismiss completed before he filed his opposition. Granting the present Motion, which would postpone any response by the government to his motion to dismiss until after he has filed his opposition to the extradition brief, as a practical matter defeats that prior agreement.

I agree and recognize that while a single response offers efficiency to the government, it is not clear that it offers greater efficiency for either the Court or Respondent. As the government notes in its Motion, the statute of limitations is not raised as a bar to all charges pending against Respondent, and Respondent's opposition to the extradition memorandum would not be avoided entirely even if he were to prevail on the Motion to Dismiss. Nonetheless, the resolution of that

motion will narrow the focus the final hearing either way by addressing the statute of limitations defense as to those charges in advance.

The Motion to Consolidate Briefing is denied; however, the time to respond to the Motion to Dismiss shall be extended until October 20, 2020. Respondent's reply thereto is accordingly due on October 27, 2020.

Having denied the motion and reset deadlines for briefing on the motion to dismiss, I must still address another matter raised by the government in its Motion, which proposes a briefing schedule premised on dates that do not correspond to those actually entered in this case. The government notes, for example, that the final hearing in this matter is set in December: it is in fact set for **November 10, 2020** (ECF No. 25). Perhaps the parties have assumed that the granting of Respondent's extension of time resulted in an extension of all deadlines. It did not.[1] If the Parties seek to continue the hearing, currently set for November 10th, they must file a motion to continue, and should propose at least two mutually convenient dates for the hearing.

**DONE and ORDERED** in Chambers in Miami, Florida, on this 12th day of October, 2020.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline for Respondent's response to the government's extradition memorandum has been extended to October 30, 2020 (ECF No. 28). Because no other deadline was set for the government's reply, it is due within seven days of filing of the response, or November 6, 2020. *See* S.D. Fla. L.R. 7.1(c)(1).