IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-MC-22829

IIN THE MATTER OF THE EXTRADTION OF
CESAR HORACIO DUARTE JACQUEZ

_____/

## ORDER ON RESPONDENT'S MOTION TO CONTINUE
## FINAL EXTRADITION HEARING AND RESET DEADLINES

**THIS CAUSE,** having come before the Court on the Respondent Cesar Duarte's Motion to Continue Final Extradition Hearing and Reset Deadlines, the Court having reviewed all pertinent filings and being otherwise duly advised in the premises, finds as follows:

**ORDERED AND ADJUDGED** that the Respondent's motion is **GRANTED.**

The deadline for Mr. Duarte to file his Reply to the Government's Response to his Motion to Dismiss the Extradition Complaint is November 3, 2020.

The Court hereby schedules a hearing on Mr. Duarte's Motion to Dismiss the Extradition Complaint for _____ at _____.

The deadline for Mr. Duarte to file his Response to the Government's Extradition Memorandum (ECF No. 23) is 14 days from the date on which the Court enters an order on Mr. Duarte's Motion to Dismiss the Extradition Complaint. The Government shall have 14 days to file its Reply to Mr. Duarte's Response to its Extradition Memorandum.

The Court hereby schedules the Final Extradition Hearing for

1

_____ at _____.

**DONE AND ORDERED** in the Southern District of Florida, on this _____

day of October _____, 2020.

_____
Honorable Lauren Louis Fleisher
United States Magistrate Court Judge

CC:    All counsel of record

2