IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-MC-22829

IN THE MATTER OF THE EXTRADITION OF
CESAR HORACIO DUARTE JACQUEZ
_____/

**RESPONDENT'S *UNOPPOSED* MOTION FOR EXTENSION TO
FILE HIS RESPONSE TO THE GOVERNMENT'S
MEMORANDUM IN SUPPORT OF EXTRADITION**

Respondent, CESAR DUARTE, moves the Court for an extension until **December 30, 2020** to file his Response to the Government's Memorandum in Support of Extradition ("Memorandum"). The Government, as further detailed below, does not oppose the relief sought herein. In light the proposed new deadlines set forth herein, a status conference is also requested. In support thereof, Mr. Duarte states:

1. Mr. Duarte's Response to the Government's Memorandum is due December 15, 2020 per this Court's November 25, 2020 Order [DE 55].

2. **COVID-19 Outbreak in Mr. Duarte's Unit.** Mr. Duarte's counsel has been unable to review with and discuss the draft response to the Government's Memorandum with their client due to a recent COVID-19 outbreak in his FDC unit. Undersigned counsel, Mr. Bell, personally received a call from FDC cancelling a legal visit because of restrictions in Mr. Duarte's unit and Mr. Duarte called the undersigned yesterday evening to inform him that those restrictions persist.

3.      **Pending Affidavits.** Mr. Duarte and his counsel are also waiting on witness affidavits that they intend to include in his response to the Government's Memorandum that have taken longer than expected.

4.      **Pending Motion to Dismiss**. Lastly, the parties await the Court's ruling on Mr. Duarte's Motion to Dismiss the Extradition Complaint [DE 29], which, depending on the Court's ruling, could eliminate or impact the scope of any potential hearing on the Extradition Complaint.

5.      **Good-Faith Conference Certification**.  The parties met and conferred consistent with the Court's Local Rules and the Government does not oppose the extension sought herein.  If the Court grants an extension until December 30, 2020 for Mr. Duarte to respond to the Government's Memorandum, the Government informed the undersigned that it would request that their reply be due on or before January 14, 2021. Mr. Duarte's counsel does not oppose that reply deadline.

6.      **Proposed Status Conference.**  In light of these proposed new deadlines Mr. Duarte and the Government agree that a status conference prior to the holidays would be advisable assuming, of course, that the Court has time available.

**WHEREFORE**, the Respondent, CESAR DUARTE, respectfully requests that the Court enter an order adopting the above-mentioned schedule and deadlines. A proposed order is attached.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 15, 2020 a true and correct copy of the foregoing has been furnished electronically via CMCEF to all counsel of record.

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC.**
999 Ponce De Leon Blvd.
Suite 1120 - Penthouse
Coral Gables, Florida 33134
Telephone:   (305) 570-1610
Direct Line: (305) 570-1576
Cellular:       (305) 781-8111
Facsimile:    (305) 570-1599
Email:          hbell@brresq.com

By:   s/ Henry P. Bell
    HENRY P. BELL
    Fla. Bar No. 0090689