IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-22829-CR-LFL

IN THE MATTER OF THE
EXTRADITION OF
CESAR HORACIO DUARTE JAQUEZ
_____/

## CÉSAR DUARTE'S MOTION TO SEAL EXHIBITS

Respondent, César Horacio Duarte Jáquez ("Mr. Duarte"), respectfully moves to file under seal Exhibits 1, 3, and 4 to his response to the Government's Memorandum in Support of Extradition (ECF No. 23, the "Extradition Memorandum"). Mr. Duarte requests that the documents remain under seal for one year, and that the Court, before unsealing them, hear from the parties on whether they should remain sealed. In support of this motion, Mr. Duarte states as follows:

Exhibits 1, 3, and 4 are declarations of witnesses whose testimony implicates the current governor of Chihuahua, Javier Corral Jurado, and his administration's political persecution of Mr. Corral's political rivals, including the Corral administration's efforts to coerce witness testimony implicating Mr. Corral's political rivals in criminal conduct. As a result of their declarations, the witnesses may face significant reprisal from the Mexican government and the State of Chihuahua should their identities be publicly revealed. The Corral administration has a well-documented history of persecuting perceived allies of Mr. Duarte, from raiding the property of Mr. Duarte's neighbor and physically assaulting him, *see* ECF No. 14, Exhibit 13 at 13-14, to threatening former members of Mr. Duarte's administration with fabricated criminal charges if they did not testify against him, *see* ECF No. 14, Exhibit 14 at 7-8. To the extent the Corral administration perceives

1

the witnesses' declarations as constituting an allegiance with Mr. Duarte, they risk a similar fate. Mr. Duarte thus seeks to have these declarations placed under seal.

Undersigned counsel conferred with counsel for the government, Jason Wu, on January 30, 2020. The government opposes this motion to seal.

WHEREFORE, Mr. Duarte respectfully requests that the Court enter an order granting this motion to seal and permit him to file under seal the documents (exhibits) described in this motion. A proposed order is attached.

Dated: December 30, 2020.            Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 1120 - Penthouse
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599

By:   /S/ Henry P. Bell
    HENRY P. BELL
    Florida Bar No. 0090689
    hbell@brresq.com

    -and-

By:   /S/ Armando Rosquete
    ARMANDO ROSQUETE
    Florida Bar No. 648434
    arosquete@brresq.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 583-8000
Facsimile: (202) 583-8100

By:   /S/ Juan Morillo
    JUAN MORILLO
    Florida Bar No. 135933
    juanmorillo@quinnemanuel.com

    -and-

    GIANNA PUCCINELLI
    *Admitted pro hac vice*
    giannapuccinelli@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 30, 2020 a true and correct copy of the foregoing has been furnished electronically via ECF to all counsel of record.

By: /S/ Juan Morillo
      JUAN MORILLO
