IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-22829-CR-LFL

**IN THE MATTER OF THE
EXTRADITION OF
CESAR HORACIO DUARTE JAQUEZ**
_____/

**ORDER ON MR. DUARTE'S MOTION TO SEAL**

Having considered Mr. Duarte's motion to seal certain exhibits to his response to the Government's Memorandum in Support of Extradition (ECF No. ___), and being otherwise fully advised on this matter, **IT IS ORDERED AND ADJUDGED** that Mr. Duarte's motion to seal is **GRANTED.** Mr. Duarte may file Exhibits 1, 3, and 4 to his response to the Government's Memorandum in Support of Extradition under seal.

**DONE AND ORDERED** this ____ day of _____, _____.

_____
Hon. Lauren Fleischer Louis
United States Magistrate Judge