IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-22829-CR-LFL

**IN THE MATTER OF THE
EXTRADITION OF
CESAR HORACIO DUARTE JAQUEZ**

_____/

### NOTICE OF SUPPLEMENTAL EVIDENCE

Respondent, César Horacio Duarte Jáquez ("Mr. Duarte"), respectfully submits this Notice of Supplemental Evidence for the Court's consideration in conjunction with his response (ECF No. 59, the "Response") to the Government's memorandum in support of extradition (ECF No. 23, the "Extradition Memorandum").

On January 20, 2021, the Chihuahua news website *Entrelíneas* reported on a press conference called by the Secretary of the City Council for Chihuahua,[1] César Jáuregui-Moreno to discuss political persecution happening within the Chihuahua government.[2] During the press conference, Mr. Jáuregui-Moreno revealed that Chihuahua's Department of Justice had been pressuring protected (*i.e.,* confidential) witnesses to provide false testimony linking María Eugenia

---

[1] The Secretary of the City Council for Chihuahua (*Secretario del Ayuntamiento de Chihuahua*) is an administrative position within the Government of the City of Chihuahua, State of Chihuahua, that has amongst others duties (1) assisting the Mayor of Chihuahua (*Presidente Municipal de Chihuahua*) in all matters relating to the internal administration of the City; (2) assisting the Mayor also in relations with the branches of the State and with other cities, state and federal authorities; and (3) providing legal advice to other city entities (*e.g.*, in connection with *amparo* or constitutional remedies filed by citizens). See Reglamento Interior del Municipio de Chihuahua, art. 29, Anexo del Periódico Oficial del Estado de Chihuahua [APOC] 05-10-2013, últimas reformas APOC 21-05-2013.

[2] *Denuncia Jáuregui acoso a testigos protegidos para involucrar a Maru Campos con Duarte*, ENTRELÍNEAS (Jan. 20, 2021), *available at* https://entrelineas.com.mx/local/denuncia-jauregui-acoso-a-testigos-protegidos-para-involucrar-a-maru-campos-con-duarte/.

1

Campos-Galván, the current mayor of Chihuahua, with alleged acts of corruption committed by Mr. Duarte. The goal of this false testimony was to prevent her from winning the nomination to become the Partido Acción Nacional's ("PAN") candidate for governor of Chihuahua, because Javier Corral, the current governor, supports Ms. Campos-Galván's opposition, Senator Gustavo Madero-Muñoz.

In support of his allegations, Mr. Jáuregui-Moreno stated that Jaime Herrera, the Treasury Secretary[3] under Mr. Duarte and the Government's primary witness against Mr. Duarte, had repeatedly called Mr. Jáuregui-Moreno seeking to speak with him. Eventually, Mr. Jáuregui-Moreno accepted Mr. Herrera's calls on November 29, 2020 and December 28, 2020. In the course of Mr. Jáuregui-Moreno's conversations with Mr. Herrera, Mr. Herrera revealed that:

- High-ranking members of Chihuahua's Department of Justice coerced Mr. Herrera to testify against many individuals, including by threatening political persecution against him; and

- The testimony Mr. Herrera provided against these individuals, as well as other supporting evidence against them, is untrue.

Mr. Jáuregui-Moreno presented recordings of these calls via close-captioned video during the press conference. He also presented excerpts from an expert report confirming that the voice on the video belonged to Mr. Herrera. A transcription and translation of the press conference, including the recorded calls, is attached as Exhibit 1.

---

[3] The Treasury Secretary of the State of Chihuahua (*Secretario de Hacienda del Estado de Chihuahua*) is cabinet position within the Government of the State of Chihuahua, that has amongst other duties, the duty to define, design and implement the financial system for collection, expenditure, budgetary control, evaluation and governmental accounting, issuing the norms and guidelines for its operation. *See* Reglamento Interior de la Secretaría de Hacienda del Estado de Chihuahua, art. 8, APOC 04-04-2012, abrogado APOC 10-12-2014; *see also* Reglamento Interior de la Secretaría de Hacienda del Estado de Chihuahua, art. 8, APOC 10-12-2014, últimas reformas APOC 06-07-2019.

Yesterday, January 24, 2020, the PAN held its primary election to define its candidate for governor of Chihuahua and the preliminary results (*i.e.*, internal polls) show Ms. Campos-Galván as the winner. Mr. Madero-Muñoz recognized via Twitter that such preliminary results "*no me favorecen*" (are not in (his) favor) but that he will await for the official count.[4]

Mr. Duarte respectfully requests that the Court consider the above evidence in conjunction with the Response as it undermines the Government's showing of probable cause. Mr. Herrera is the Government's primary witness against Mr. Duarte, having purportedly been instructed by Mr. Duarte to authorize and sign the various agreements between the State of Chihuahua and Union Ganadera and Financiera in his capacity as Secretary of the Treasury. *See, e.g.,* ECF No. 1-5 at 47, 58-59, 63-64, 68-69 (describing testimony of Mr. Herrera). Thus, Mr. Herrera's testimony is central to the Government's ability to provide probable cause that Mr. Duarte committed the crimes of *peculado* and *asociacion para delinquir*. *See, e.g.,* ECF No. 23 at 24. In his telephone calls with Mr. Jáuregui-Moreno, however, Mr. Herrera confesses that the testimony he provided against numerous individuals, likely including Mr. Duarte, was false and coerced by Chihuahua's Department of Justice. Thus, Mr. Herrera's more recent admissions destroy the competency of his prior testimony, and the Court should not consider it in the context of assessing probable cause. *See* ECF No. 59 at 16-17 (citing *Matter of Extradition of Contreras*, 800 F. Supp. 1462, 1469 (S.D. Tex. 1992)); ECF No. 66 at 8 (citing *Santos v. Thomas*, 830 F.3d 987, 1005 (9th Cir. 2016)).

---

[4] *Maru Campos triunfa sobre Gustavo Madero en interna del PAN; será candidata a gubernatura de Chihuahua*, LATINUS (Jan. 24, 2021), *available at* https://latinus.us/2021/01/24/maru-campos-triunfa-gustavo-madero-interna-pan-candidata-gubernatura-pan-chihuahua/.

Dated:  January 25, 2021.                              Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 1120 - Penthouse
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599

By:  /S/ Henry P. Bell
    HENRY P. BELL
    Florida Bar No. 0090689
    hbell@brresq.com

    -and-

By:  /S/ Armando Rosquete
    ARMANDO ROSQUETE
    Florida Bar No. 648434
    arosquete@brresq.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 583-8000
Facsimile: (202) 583-8100

By:  /S/ Juan Morillo
    JUAN MORILLO
    Florida Bar No. 135933
    juanmorillo@quinnemanuel.com

    -and-

    GIANNA PUCCINELLI
    *Admitted pro hac vice*
    giannapuccinelli@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 25, 2021 a true and correct copy of the foregoing has been furnished electronically via ECF to all counsel of record.

By:   /S/ Juan Morillo
       JUAN MORILLO