# Exhibit 1



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document, "**Screen_Recording_20210120-150629_WhatsApp**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Jacqueline Yorke
(Currently situated in the County of New York)

Sworn to before me remotely this
January 22, 2021

_____
Signature, Notary Public
(Currently situated in the County of New York)

[Notary Seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]

_____
Stamp, Notary Public

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

[00:00:06]

**CÉSAR:** Well, have you tested your mic yet? Sir?

**CÉSAR JÁUREGUI:** Yes.

**CÉSAR:** Check it if you want.

**CÉSAR JÁUREGUI:** One, two, three, check.

**CÉSAR:** There, there does everyone hear me well?

**CÉSAR JÁUREGUI:** Can you hear clearly?

**SEVERAL PEOPLE:** Yes.

**CÉSAR JÁUREGUI:** First of all -

**CÉSAR:** Are we going, are we going to start now? Well, thank you all very much. And you?

**FEMALE VOICE:** Ready.

**CÉSAR JÁUREGUI:** First of all, thank you for your coming to this communication exercise. I would like to start with an item of previous and special knowledge. This press conference, this communication exercise. I would like to begin with a special pre-pronouncement item. This press conference, this communication exercise is an exercise that I wish I never had to give. It is in my DNA not to criticize the governments of my own party. In my entire history as a politician, I have never attacked my party, or institutions linked to my party, much less governments emanating from my party. But what I have come to communicate to you today is of the utmost importance, for the state of the justice administration in the state of Chihuahua to be known. You all know very well, because you have followed it closely through your media, what has happened with the political persecution against María Eugenia Campos Galván. We have proven in one and a million ways, how this political persecution does not pursue any purpose other than to prevent at all costs, first her candidacy, and subsequently the exercise of her constitutional government. Kind fo (*sic*) – kind of, so that you understand clearly what I'm going to explain to you, I have to tell you how some cases are made up. You get a protected witness, they threaten that protected witness and they tell him that, if he does not give the version that the public prosecutor needs to incriminate a person, he could get in trouble, or there could be serious legal consequences for him. Then they consult there or get some false expert opinion, create a file, take it to the judiciary, and then get the matters bound over to trial, and in extreme cases, the defense of the person who is being subjected to that process is completely annulled through preventive detention. And that causes that person to have absolutely no means to defend himself. This is how cases are made up, or some cases in Chihuahua. I don't have to tell you that there are precedents connected to this political persecution, which we evidence before you. All of you will remember, how we recently demonstrated and showed, how first and second level government

1

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

officials were involved in a criminal investigation against María Eugenia Campos Galván, trying to get witnesses, to induce them to testify against her, for the purpose of being able to incriminate her in the commission of a crime. And these were important officials of the state government who were linked to that. So, what I have come to show you today obviously has a logical and causal background, which in some way determines in a significant manner the way in which some investigations are being developed, in order to incriminate persons, with the sole purpose of politically preventing them from carrying out some important activity. I must tell you that, for approximately 6 months, more or less at the end of July or the beginning of August, a person was talking to me on my phone, he,

[00:05:07] to tell me that he was declaring falsehoods before the public prosecutor related to the matters investigated under the X files. In the case or in the investigation related to María Eugenia Campos Galván and with me. I even thought that these calls were due to a strategy, in order to intimidate me, because I constantly received threatening calls, etc., and I said: "Well, this guy is probably part of that strategy, and he's calling me to intimidate me, or to try to undermine my spirits in relation to that." So, I did not answer all the calls he made, I wouldn't answer them, and I only said: "What do you want?" And he would try to tell me a story, and I would hang up on him, and tell him that I wasn't interested. But this guy kept insisting, insisting, insisting, constantly calling me. And I have to tell you, I have total and absolutely absolute evidence of the calls he made to me, which can be checked in my phone bill. Because all of our bills, if you don't ask for it, disclose the phones one dialed, or from where one received a call. That is very important to clarify. I must also tell you that this person makes a very clear account of the way in which they obtained their testimonies, in the matters to which I'm referring. And this person is maybe the most important witness in the files to which I'm referring. I'm going to ask César to please reveal the name of the person, and to show to us the recordings of the conversations I'm referring to. Come on in please.

**[CALL RECORDING OF NOVEMBER 29, 2020]**

**JAIME HERRERA:** Ehm, those who have not specified, that I can tell you.

**CÉSAR JÁUREGUI:** Wait, I thought they had already -

**JAIME HERRERA:** Dear Lord.

**CÉSAR JÁUREGUI:** Hadn't they already sent it?

**JAIME HERRERA:** Hmm. At least for this part, no. Not yet. But they're definitely working fast. Fast, fast. Day and night, dude.

**CÉSAR JÁUREGUI:** But, but, in any case, well, this is just fucking bullshit, man. A shit ton of bullshit.

2

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**JAIME HERRERA:** Ah, ah no, look, the point is - it's all bullshit, including mine, huh?

**[PAUSE CALL RECORDING OF NOVEMBER 29, 2020]**

**CÉSAR JÁUREGUI:** Stop it there. "It's all bullshit, including mine." Do you notice any pressure? Do you notice any… any compulsion on him? Any threat from me to make him declare that? Please continue, Caesar.

**[RESUME CALL RECORDING OF NOVEMBER 29, 2020]**

**JAIME HERRERA:** Well, I mean, and forced, coerced.

**[PAUSE CALL RECORDING OF NOVEMBER 29, 2020]**

**CÉSAR JÁUREGUI:** Stop it there. "Forced, coerced." "It's all bullshit, including mine. Forced, coerced. That's how it had to be," even.

**[RESUME CALL RECORDING OF NOVEMBER 29, 2020]**

**JAIME HERRERA:** This is the way it has to be, eh? I mean -

**CÉSAR JÁUREGUI:** But can a fucking MP [Public Prosecutor] put pressure on you to that level?

**JAIME HERRERA:** Yes. Ah, well, that, well, it is all the way to the top, dude, this shit has been done from the top.

**CÉSAR JÁUREGUI:** But they're just fucking lies, man, and everything.

**JAIME HERRERA:** Yeah, yeah. That's the great advantage. There are elements to deal with that.

**CÉSAR JÁUREGUI:** And did you sign a lot of shit, dude? Well, just so that I know.

**JAIME HERRERA:** Well, yeah yeah, yeah. They made me, a shit-ton of bullshit they've done to me, dude.

**[PAUSE CALL RECORDING OF NOVEMBER 29, 2020]**

**CÉSAR JÁUREGUI:** Stop it there. They have done everything to him, so as not to be vulgar. Go on, please.
**[RESUME CALL RECORDING OF NOVEMBER 29, 2020]**

**CÉSAR JÁUREGUI:** Just bullshit.

3

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**JAIME HERRERA:** Just bullshit, dude.

**CÉSAR JÁUREGUI:** It's messed up, really.

**JAIME HERRERA:** No, no, no. But you will make it through.

**CÉSAR JÁUREGUI:** But, how obsessive, dude, I mean...

**JAIME HERRERA:** Ah, no, no, no, no.

**CÉSAR JÁUREGUI:** Forcing you to sign all that shit, and all that crap.

**JAIME HERRERA:** Oh no, and if not, you know, dude. With the threat that the one going next is me.

**[PAUSE CALL RECORDING OF NOVEMBER 29, 2020]**

**CÉSAR JÁUREGUI:** Stop it. "Oh no, and if not, you know, dude. With the threat that the one going next is me." Go on.

**[RESUME CALL RECORDING OF NOVEMBER 29, 2020]**

**[00:10:06]**

**CÉSAR JÁUREGUI:** Like that?

**JAIME HERRERA:** Yes. Ah, do you think that...? And more, dude. [Laughs]

**CÉSAR JÁUREGUI:** Fucking sons of bitches.

**JAIME HERRERA:** Their process... The problem is that this is taking time. I mean, the advantage, right? It depends on who sees it.

**CÉSAR JÁUREGUI:** Well, well, let's see what happens, then. We're in touch. Thank you.

**JAIME HERRERA:** No, no, I mean, in touch. No problem.

**[END OF CALL RECORDING OF NOVEMBER 29, 2020]**

**CÉSAR JÁUREGUI:** That's a first call. Then there's a second call, in which he practically corroborates that everything he's saying, he's saying under threats, under coercion, under pressure, that they're lies, and that he has to act that way, because his self-assurance is important to him. Go on, please.

**[CALL RECORDING OF DECEMBER 28, 2020]**

4

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**CÉSAR JÁUREGUI:** But hey, you say there's a lot of shit and crap there.

**JAIME HERRERA:** It's all of them, but, in the end, well, here now it's going to depend on, on, the judiciary, right?

**[PAUSE CALL RECORDING OF DECEMBER 28, 2020]**

**CÉSAR JÁUREGUI:** "Well, all of them," he says, right? "Well, all of them. But here, then, it will depend on the judiciary, the judiciary." In other words, as if saying: "Well, talk about it, because what I'm saying is just lies, right? But then, it will depend on the judiciary." Go on. "Mm-hmm. But, since you tell a lot of lies there, I don't think they can corroborate it clearly."

**[RESUME CALL RECORDING OF DECEMBER 28, 2020]**

**JAIME HERRERA:** No, no! I know, but with all the elements that have been integrated, well, there it will depend on a judge giving it away.

**CÉSAR JÁUREGUI:** Did they force you to testify in the two?

**JAIME HERRERA:** No, to a shitload of people. No, you say to testify against you two? right?

**CÉSAR JÁUREGUI:** Yes.

**JAIME HERRERA:** No - yes, of course. And against many more.

**CÉSAR JÁUREGUI:** Well, yes, but, as long as you have had to say a lot of things that are not true, well, also [INDISCERNIBLE].

**JAIME HERRERA:** Yes. Look, well, at the end of the day, that has to go to processes, right? And, to trial, and to -

**CÉSAR JÁUREGUI:** Did they force you to testify about others as well?

**JAIME HERRERA:** Yes, yes! Not just about you, [INDISCERNIBLE] the entire legislature.

**CÉSAR JÁUREGUI:** Well, what I can't find is, with so much fucking bullshit, dude, how can they integrate something? Hmm?

**JAIME HERRERA:** Well yes, but they do. It makes you angry because you know they're lies, man, but, fuck, man. And besides, well, when they put a gun to your head...

**[PAUSE CALL RECORDING OF DECEMBER 28, 2020]**

5

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**CÉSAR JÁUREGUI:** "It makes you angry because you know they're lies. And besides, well, when they put a gun to your head... What can you do, right? " I want to believe that it's figuratively. Go on.

**[RESUME CALL RECORDING OF DECEMBER 28, 2020]**

**JAIME HERRERA:** What can you do, right?

**CÉSAR JÁUREGUI:** And who is the motherfucker who does that? I mean, can any fucking public prosecutor threaten you? That's what I find unbelievable.

**JAIME HERRERA:** No, well, in my case, well, there are so many things. Fuck, there are even, well, a shitload of things, dude.

**[PAUSE CALL RECORDING OF DECEMBER 28, 2020]**

**CÉSAR JÁUREGUI:** What I'm demonstrating with this revelation is that maybe the main witness related to the matter, who is wrongfully, illegally involving María Eugenia Campos Galván in the department of justice, is a *fake* witness. A threatened witness, coerced, who is telling lies, who is under pressure, who says what are you going to do, because quite simply, well, they put a gun to his head. That they threatened him that if he didn't say what they wanted, well, he would be next. And it is where we should all ask ourselves, whether the institutions of law enforcement in Chihuahua should act like this. The public prosecutor's office is an institut… An institution of good faith. What does that mean? That the main purpose of the public prosecutor's office is to clarify the truth, to try to clarify things. But under no circumstances to fabricate crimes, obtain false testimonies, compelled, pressured, threatened. That later they go to the judiciary, and if one does not know that they're done like that, well, one can believe that what a witness says may be true. As I know them perfectly,

**[00:15:08]** I know they're going to say that this is a fake recording. Well, look, it took us... I took on the task of getting the expert report.

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**CÉSAR:** Here I'm putting it.

**CÉSAR JÁUREGUI:** We have an expert opinion.

**CÉSAR:** Thank you.

**CÉSAR JÁUREGUI:** Which fully proves that the voice that is being heard is that of Jaime Herrera Corral. That I believe that those of us in this room, and those who are watching us, fully recognize that voice. But, just in case they want to razzle-dazzle, because I already know them. They can say: "No, it's not my voice, they pressured me, they manipulated me, I'm not the one who is saying that." Here's the expertise. That fully demonstrates that the voice that I'm showing you at this time is that of Jaime Herrera Corral. I demand at this time that the public prosecutor's office summon this person now. And that he explains to them how is it that the testimonies that he gave in relation to the files that I have indicated, have been under... Taken under threat, under pressure, that they're lies, that the entire file is full of lies, including his. That they're not going to put a gun to his head, in order to do what has to be done legally. The second question that I ask myself, and this is of the utmost importance, is, why is the state attorney general's office waiting for to conclude the file on Jaime Herrara Corral, and hand him over it to the judiciary? For him to continue to tell lies in various files, to incriminate people? And just as he cynically says here that they're lies and that he's under pressure, he can do so in other cases, to make easier the public prosecution of people about whom he has no evidence. So that the testimonies more or less fit and then the matters are bound over to trial, or even preventive detention, although the trials are later lost, but you achieve the immediate objective. What is the prosecution waiting for in this case? Can you imagine what they did with other witnesses of a lower rank, with the secretaries? With - can you imagine what they could have done in the investigation? If witnesses of this profile are threatened, I don't want to know what type of investigation can be done, which is moderately acceptable, so that someone can appear in trial on equal terms. And, in terms that this has not been considered a persecution. The seriousness of the matter is that this prevents the realization of any fair trial. Because if the public prosecutor's office is forced to carry out these types of actions, nothing guarantees that the entire investigation is damaged. I have known cases that fall apart, not because of the severity of things like this, which we are fully proving, but over simpler things, procedural failures. But the infamy of forcing a person to testify against another, under threat, under coercion,

**[00:20:08]** telling him that, otherwise, he's next, it has only one purpose, which is political persecution, to which we have always, to which we have always made reference. This is called crime fabrication, simply put. Because if I, as a public prosecutor, don't focus on clarifying in good faith, not testifying, not looking for false testimonies, not looking for false evidence, I'm committing a very serious crime. And what I'm presenting to you is not a gossip dispute. I'm demonstrating to you that one of the main protected witnesses is threatened. He says that he has to testify like this, that he is forced, coerced, to declare, otherwise, he's next. And I don't know if you noticed; he says that the whole thing comes from the top. I don't know how high up, nor am I going to be irresponsible and say things that I don't know. That they're going to make more things up. Listen well, they are going to make more things up, you're going to be surprised at what they're capable of making up. When what they want is for public opinion to believe, what

7

**Screen_Recording_20210120-150629_WhatsApp**
**Quinn Emanuel Urquhart & Sullivan, LLP**
**January 21, 2021**
**Transcript by TransPerfect**

they have built in their mind, and that they want to transfer it to the judicial sphere. And they're going to make up lie upon lie, upon lie, upon lie, and I don't know now what they're going to make this guy declare. We can only guess. And, I have proven here, well, that no one is threatening him, that he's the one who reached out to me, that he's the one who is saying from his own mouth the terms and conditions of his statements in the files to which I have made reference. And I'm sorry but I find it monstrous, serious, grievous, insulting, criminal. That is why María Eugenia Campos Galván is at peace, developing her campaign. She's at peace, because she has been fully aware for a long time that testimonies are being fabricated, that expert witnesses are being fabricated, that the file is full of lies and falsehoods, for the purpose that I have mentioned. And when someone knows from many sources, because what I'm recording is the tip of the iceberg. Many people have spoken, to tell us the terms and conditions of those investigations. Of course, this will be part of the main evidence that we are going to submit to the judiciary in the event that this infamy is prosecuted. But we must clearly point out that what we're asking of the people of Chihuahua is that we don't allow such an infamy. That we don't allow the political use of public institutions. I want to thank you for coming to this conference. I can only thank you for being witnesses and the vehicle for what I had to declare. And I thank you very much for coming. Good bye.

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

[00:00:06]

**CÉSAR:** Bueno, pues, ¿probaste ya tu micrófono? ¿Licenciado?

**CÉSAR JÁUREGUI:** Sí.

**CÉSAR:** Prueba si quieres.

**CÉSAR JÁUREGUI:** Uno, dos, tres, probando.

**CÉSAR:** ¿Ahí, ahí oyen bien todos?

**CÉSAR JÁUREGUI:** ¿Sí se escucha con toda claridad?

**VARIOS:** Sí.

**CÉSAR JÁUREGUI:** Primero que nada –

**CÉSAR:** Vamos, ¿vamos a comenzar ya? Entonces, muchas gracias a todos. Y, ¿ustedes?

**VOZ FEMENINA:** Listos.

**CÉSAR JÁUREGUI:** Primero que nada, agradecerles a ustedes su asistencia, a este ejercicio de comunicación. Quisiera comenzar con un artículo de previo y especial pronunciamiento. Esta conferencia de prensa, este ejercicio de comunicación, es un ejercicio que nunca hubiese querido dar. Está en mi ADN, el no criticar a los gobiernos de mi propio partido. En todo mi historial como político, jamás he atacado ni a mi partido, ni a instituciones vinculadas a mi partido, y mucho menos a gobiernos emanados de mi partido. Pero, lo que hoy vengo a comunicarles, resulta de transcendental importancia, para que se conozca el estado de la procuración de justicia en el estado de Chihuahua. De todos ustedes es sabido, porque lo han ustedes seguido de cerca a través de sus medios, cuál ha sido la cuestión de la persecución política en contra de María Eugenia Campos Galván. Nosotros, hemos acreditado de una y mil maneras, cómo ésta persecución política no persigue ningún otro propósito, que impedir a toda costa, primero su candidatura, y después el ejercicio de su gobierno constitucional. Un copo – un poco para que me entiendan con claridad lo que voy a explicarles, tengo que decirles cómo se fabrican algunos casos. Consiguen ustedes algún testigo protegido, a ese testigo protegido lo amenazan, le dicen que de no dar la versión que el ministerio público requiere para incriminar una persona, le puede ir muy mal, o puede tener consecuencias jurídicas graves para él. Luego consultan ahí o consiguen algún peritaje también falso, integran un expediente, lo llevan al poder judicial, y luego, consiguen alguna vinculación a proceso, y en casos extremos, se llega a anular totalmente la defensa de la persona que está siendo sujeta a ese proceso, mediante la prisión preventiva. Y eso, provoca que esa persona no tenga absolutamente ningún elemento para defenderse. Así se fabrican los casos, o algunos casos en Chihuahua. No tengo que decirles, que sobre ésta persecución política hay antecedentes, que evidenciamos frente a ustedes. Todos ustedes recordarán, cómo recientemente demostramos y acreditamos cómo funcionarios de gobierno de

1

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

primero y segundo nivel, estaban involucrados en una investigación penal, en contra de María Eugenia Campos Galván, tratando de conseguir testigos, para inducirlos a declarar en su contra, a efecto de poder incriminarla en la comisión de algún delito. Y, eran funcionarios importantes del gobierno del estado, quienes estaban vinculados con eso. Entonces, lo que hoy vengo a mostrarles, tiene evidentemente un antecedente lógico y causal, que de alguna forma determina en forma importante, la forma en que se están desarrollando algunas averiguaciones, a efecto de incriminar a personajes, con el único propósito de que políticamente no puedan ellos realizar alguna actividad importante. Debo decirles, que desde hace aproximadamente 6 meses, más o menos a finales del mes de julio, principios del mes de agosto, un personaje me hablaba a mi teléfono, él,

[00:05:07] para decirme que estaba declarando falsedades ante el ministerio público, relacionados con los asuntos que se investigan bajo los expedientes X. En el caso o en la averiguación relacionada con María Eugenia Campos Galván y con un servidor. Yo inclusive, pensé que estas llamadas obedecían a una estrategia, a efecto de intimidarme, porque recibía yo constantemente llamadas amenazantes, etcétera, y dije: "Pues, este sujeto, seguramente forma parte de esa estrategia, y me está hablando para intimidarme, o para tratar de menoscabar mi ánimo, relacionado con eso". Entonces, todas las llamadas que hizo, yo no las contestaba o las contestaba, y solamente le decía: "¿Qué pasó?" Y, él trataba de narrarme alguna historia, y yo le colgaba, y le decía que no me interesaba. Pero, este sujeto siguió insistiendo, insistiendo, insistiendo, llamándome constantemente. Y debo decirles, que de las llamadas que él me realizó, tengo pruebas total y absolutamente absolutas, que se pueden comprobar en mi recibo de teléfono. Porque todos nuestros recibos, si usted no lo pide, dan a conocer los teléfonos en donde uno marcó, o donde uno recibió una llamada. Eso es muy importante precisarlo. Debo decirles además, que este personaje, hace una narración clarísima de la forma en que obtenían sus testimonios, en los asuntos a los que estoy haciendo referencia. Y este personaje, es quizás el testigo más importante en los expedientes, al que los que estoy haciendo alusión. Le voy a pedir a César, que por favor nos revele el nombre del personaje, y nos dé a conocer las grabaciones de las conversaciones a las que estoy haciendo alusión. Adelante, por favor.

**[GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**JAIME HERRERA:** Este, los que no han concretado, eso sí te puedo decir.

**CÉSAR JÁUREGUI:** ¿Pos, no que ya lo –

**JAIME HERRERA:** Bendito Dios.

**CÉSAR JÁUREGUI:** ¿No que ya lo habían mandado?

**JAIME HERRERA:** Mmm. Por lo menos de esta parte, no. No, todavía. Pero, de que están en chinga, están en chinga. En chinga, en chinga. Día y noche, cabrón.

**CÉSAR JÁUREGUI:** Pero, pero, en todo caso, pues, hay puras pinches mamadas, güey. Un chingo de mamadas.

2

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**JAIME HERRERA:** Ah, ah no, mira, el punto es – son puras mamadas, incluidas las mías, ¿eh?

**[PAUSA A LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** Paren ahí. "Son puras mamadas, incluidas las mías". ¿Notan ustedes alguna presión? ¿Notan algun… alguna coacción sobre él? ¿Alguna amenaza de mi parte, para que declare eso? Prosigue, por favor, César.

**[REANUDA LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**JAIME HERRERA:** Así, pos, y forzadas, obligadas.

**[PAUSA A LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** Párate ahí. "Forzadas, obligadas." "Son puras mamadas, incluidas las mías. Forzadas, obligadas. Así tenía que ser", incluso.

**[REANUDA LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**JAIME HERRERA:** Así tiene que ser, ¿eh? Este –

**CÉSAR JÁUREGUI:** Pero, ¿a poco un pinche MP te puede presionar a ese nivel?

**JAIME HERRERA:** Sí. Ah, bueno eso, pues, pues es hasta arriba, cabrón, si desde arriba ha sido el pedo.

**CÉSAR JÁUREGUI:** Pero, son puras pinches mentiras, güey, y todo.

**JAIME HERRERA:** Por eso, por eso. Esa es la gran ventaja. Hay elementos pa manejar eso.

**CÉSAR JÁUREGUI:** Y, ¿tú si firmaste muchas chingaderas, güey? Pos, pa saber.

**JAIME HERRERA:** Pos, sí, sí, sí. Mamada y media me han hecho, cabrón.

**[PAUSA A LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** Ahí páralo. Le han hecho de todo, para no caer en la grosería. Adelante, por favor.

**[REANUDA LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** Puras mamadas.

**JAIME HERRERA:** Puras mamadas, cabrón.

3

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**CÉSAR JÁUREGUI:** Ta cabrón, neta.

**JAIME HERRERA:** No, no, no. Pero, la van a librar.

**CÉSAR JÁUREGUI:** Pero, qué obsesivos, güey, o sea…

**JAIME HERRERA:** Ah, no, no, no, no.

**CÉSAR JÁUREGUI:** Obligarte a firmar chingadera y media, y la mamada.

**JAIME HERRERA:** Ah no, y si no, ya sabes, cabrón. Con la amenaza de que el voy enseguida soy yo.

**[PAUSA A LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** Párale. "Ah no, y si no, ya sabes, cabrón. Con la amenaza de que el que voy enseguida soy yo". Adelante.

**[REANUDA LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**[00:10:06]**

**CÉSAR JÁUREGUI:** ¿Así?

**JAIME HERRERA:** Sí. Ah, ¿tú crees que…? Y más, güey. [Risas]

**CÉSAR JÁUREGUI:** Hijos de su puta madre.

**JAIME HERRERA:** Su proces… El problema es que eso les está llevando tiempo. Digo, la ventaja, ¿vedá? Depende de quién lo vea.

**CÉSAR JÁUREGUI:** Bueno, pos, vamos a ver qué pedo, pues. Ahí estamos pendientes. Gracias.

**JAIME HERRERA:** No, no, este, en contacto. Nombre.

**[FIN DE LA GRABACIÓN DE LLAMADA DE 29 DE NOVIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** Esa es una primera llamada. Luego hay una segunda llamada, en la que prácticamente corrobora, que todo lo que está diciendo, lo está diciendo bajo amenazas, bajo coacción, presionado, que son mentiras, y que así tiene que actuar, porque le va su seguridad de sí mismo. Adelante, por favor.

**[LLAMADA DE 28 DE DICIEMBRE DE 2020]**

4

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**CÉSAR JÁUREGUI:** Pero bueno, dices que hay muchas ahí chingaderas y mamadas.

**JAIME HERRERA:** Son todas, pero, al final de cuentas, pues, aquí ahora va a depender de, de, del poder judicial, ¿verdad?

**[PAUSA A LA GRABACIÓN DE LLAMADA DE 28 DE DICIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** "Pues todas", dice, ¿verdad? "Pues, todas. Pero, aquí, pues, va a depender del poder, poder judicial". O sea, como diciendo: "Pos, hablen el asunto, porque lo que estoy diciendo son puras mentiras, ¿vedá? Pero, pues, va a depender del poder judicial". Adelante. "Mm-hmm. Pero, como dices muchas mentiras ahí, no creo que puedan corroborarlo ellos tan pelada".

**[REANUDA LA GRABACIÓN DE LLAMADA DE 28 DE DICIEMBRE DE 2020]**

**JAIME HERRERA:** ¡No, no! Yo sé, pero, con todos los elementos que han integrado, pues, ahí va a depender de que un juez lo obsequie.

**CÉSAR JÁUREGUI:** ¿Te obligaron a declarar en los dos?

**JAIME HERRERA:** ¡No, a un chingo de gente! No, ¿tú dices a declarar contra ustedes dos? ¿no?

**CÉSAR JÁUREGUI:** Sí.

**JAIME HERRERA:** No – sí, claro. Y, contra otros muchos más.

**CÉSAR JÁUREGUI:** Pues sí, pero, mientras hayas tenido que decir muchas cosas que no son ciertas, pues, también [INDISCERNIBLE].

**JAIME HERRERA:** Sí. Mira, pues, al final de cuentas, eso se tiene que ir a procesos, ¿no? Y, a juicios, y a –

**CÉSAR JÁUREGUI:** ¿Te obligaron a declarar también sobre otros?

**JAIME HERRERA:** ¡Sí, sí! No nada más sobre ustedes, [INDISCERNIBLE] toda la legislatura.

**CÉSAR JÁUREGUI:** Pues, es que lo que no encuentro es, con tanta pinche mamada, güey, ¿cómo pueden integrar algo? ¿Mmm?

**JAIME HERRERA:** Pues sí, pero, lo hacen. A uno le da coraje, porque sabe uno que son mentiras, güey, pero, 'uta, ca'. Y además, bueno, cuando te ponen la pistola en la cabeza…

5

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

**[PAUSA A LA GRABACIÓN DE LLAMADA DE 28 DE DICIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** "A uno le da coraje, porque sabe que son mentiras. Y además, bueno, cuando te ponen la pistola en la cabeza… ¿Qué haces, no?" Quiero creer que es en sentido figurado. Adelante.

**[REANUDA LA GRABACIÓN DE LLAMADA DE 28 DE DICIEMBRE DE 2020]**

**JAIME HERRERA:** ¿Qué haces, no?

**CÉSAR JÁUREGUI:** Y, ¿quién es el cabrón que hace eso? O sea, ¿cualquier pinche ministerio público te puede amenazar? Eso es lo que me parece increíble.

**JAIME HERRERA:** No, bueno, en mi caso, pues, son tantas cosas. 'Uta, hay hasta, pos, un chingo de cosas, cabrón.

**[PAUSA A LA GRABACIÓN DE LLAMADA DE 28 DE DICIEMBRE DE 2020]**

**CÉSAR JÁUREGUI:** Lo que estoy acreditando con esta revelación, es que quizás el principal testigo relacionado con el asunto, que indebidamente, ilegalmente le están integrando en la fiscalía a María Eugenia Campos Galván, es un testigo *fake*. Un testigo amenazado, forzado, que está contando mentiras, que está presionado, que dice que qué quiere que hagas, porque simple y sencillamente, pues, te ponen la pistola en la cabeza. Que lo amenazaron de que si no decía lo que ellos querían, pues, el que seguía era él. Y, es donde todos nos debemos de preguntar, si las instituciones de procuración de justicia en Chihuahua, deben actuar así. El ministerio público, es una institus… Una institución de buena fe. ¿Qué quiere decir esto? Que el ministerio público tiene como principal propósito, esclarecer la verdad, tratar de que se aclaren las cosas. Pero bajo ninguna circunstancia, fabricar delitos, obtener testimonios falsos, obligados, presionados, amenazados. Que después van al poder judicial, y si uno no sabe que son sacados así, pues, uno puede creer que lo que dice un testigo puede ser verdad. Como los conozco a la perfección,

**[00:15:08]** sé que van a decir que este es una grabación falsa. Pues, fíjese que nos tom… Me di a la tarea, de sacar el peritaje.

**CÉSAR:** Aquí lo pongo.

**CÉSAR JÁUREGUI:** Tenemos un peritaje.

**CÉSAR:** Gracias.

**CÉSAR JÁUREGUI:** Que acredita plenamente que la voz que se está escuchando, es la de Jaime Herrera Corral. Que yo creo que quienes estamos en esta sala, y quienes nos están viendo, reconocen plenamente esa voz. Pero, por aquello de no te vayas a entumir, porque ya los conozco. Pueden decir: "No, no es mi voz, me presionaron, me manipularon, no soy yo el que está diciendo eso". Aquí está el peritaje. Que acredita a plenitud, que la voz que les estoy en

6

Screen_Recording_20210120-150629_WhatsApp
Quinn Emanuel Urquhart & Sullivan, LLP
January 21, 2021
Transcript by TransPerfect

estos momentos enseñando, es la de Jaime Herrera Corral. Yo exijo en este momento, que el ministerio público cite a este personaje ya. Y que les explique, cómo está eso de que los testimonios que vertió en torno a los expedientes que he señalado, han sido aba… Sacados bajo amenaza, bajo presión, que son mentiras, que todo el expediente está lleno de mentiras, incluido las de él. Que si no le van a poner una pistola en la cabeza, a efecto de que proceda legalmente lo que tenga que proceder. La segunda pregunta que yo me hago, y esta es de fundamental importancia, es, ¿qué está esperando la fiscalía general del estado, para concluir el expediente de Jaime Herrara Corral, y consignarlo al poder judicial? ¿Que siga contando mentiras en diversos expedientes, para incriminar a gente? Y así como cínicamente aquí dice, que son mentiras y que lo tienen presionado, lo puede hacer en otros expedientes, para facilitarle al ministerio publico la persecución de personas, sobre las que no tiene pruebas. Para que los testimonios más o menos cuadren y luego se obtenga alguna vinculación a proceso, o incluso prisión preventiva, aunque después los juicios se pierdan, pero logras el objetivo inmediato. ¿Qué estará esperando la fiscalía en este caso? ¿Se imaginan lo que hicieron con otros testigos de menor perfil, con los secretarios? Con – ¿se imaginan lo que pudieron haber hecho en la averiguación? Si están amenazando testigos de este perfil, no quiero saber qué tipo de averiguación se puede integrar, que medianamente resulte aceptable, para que alguien pueda comparecer a juicio en términos de igualdad. Y, en términos de que eso no se ha considerado una persecución. La gravedad del asunto, es que esto impide la realización de cualquier juicio justo. Porque si el ministerio público se ve obligado a hacer este tipo de prácticas, nada nos garantiza que toda la investigación esté dañada. Yo he conocido casos, que se caen no por la gravedad de cosas como esta, que estamos acreditando a plenitud. Si no por cosas más simples, de fallas de procedimiento. Pero, la infamia de obligar a una persona a dar testimonio en contra de otra, bajo amenaza, bajo coacción,

[00:20:08] diciéndole que si no el que sigue es él, no tiene más que un solo propósito, que es el de la persecución política, a la que siempre, a la que siempre hemos aludido. Esto se llama fabricación de delitos, en pocas palabras. Porque si yo como ministerio público, no me avoco de verás a esclarecer de buena fe, a no testimoniar, a no buscar testimonios falso, a no buscar pruebas falsas, estoy cometiendo un ilícito, gravísimo. Y lo que yo les estoy presentando, no son chirinolas. Les estoy acreditando que uno de los principales testigos protegidos está amenazado, dice que tiene que declarar así, que tiene que declarar forzado, obligado, que si no sigue él. Y no sé si notaron, dice que la cosa viene desde arriba. Yo no sé qué tan arriba, ni voy a caer en la irresponsabilidad, de decir cosas que no me constan. Que van a inventar más cosas. Escúchenlo bien, que van a inventar más cosas, se van a sorprender de lo que son capaces de inventar. Cuando lo que quieren, es que la opinión pública crea, lo que ellos han construido en su mente, y que quieren trasladar al ámbito judicial. Y van a inventar mentira sobre mentira, sobre mentira, sobre mentira, y yo no sé ahora qué le vayan a hacer declarar a este sujeto. Vayan ustedes a saber. Y, yo he acreditado aquí, pues, que nadie lo está amenazando, que él es el que me buscó, que él es el que está diciendo de su propia boca, los términos y condiciones de sus declaraciones en los expedientes a los que he hecho referencia. Y eso, disculpen, me resulta monstruoso, delicado, grave, injurioso, delictivo. Por eso María Eugenia Campos Galván está tranquila, desarrollando su campaña. Está tranquila, porque tiene pleno conocimiento desde hace mucho, de que se están inventando testimonios, de que se están inventando periciales, de que el expediente está lleno de mentiras y de falsedades, con el propósito que les he señalado. Y, cuando alguien sabe por muchas fuentes, porque esto que les estoy grabando, es la punta del

**Screen_Recording_20210120-150629_WhatsApp**
**Quinn Emanuel Urquhart & Sullivan, LLP**
**January 21, 2021**
**Transcript by TransPerfect**

iceberg. Mucha gente ha hablado, para decirnos los términos y condiciones de esas averiguaciones. Desde luego esto va a formar parte, de las principales pruebas que vamos a aportar al, al poder judicial, en dado caso de que llegue a judicializarse esta infamia. Pero, sí debemos señalar con toda claridad, que lo que le estamos pidiendo al pueblo de Chihuahua, es que no permitamos una infamia de este tipo. Que no permitamos el uso político de las instituciones públicas. Yo les quiero agradecer, el que hayan asistido a esta conferencia. No me queda más que agradecerles el que hayan podido ser testimonio y vehículo, de lo que tenía que declarar. Y, les agradezco mucho el que hayan asistido. Hasta luego.