AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA
V.
CESAR HORACIO DUARTE JAQUEZ

## EXHIBIT AND WITNESS LIST

Case Number:  20-MC-22829-UNA

| PRESIDING JUDGE Lauren Fleischer Louis | | | | | PLAINTIFF'S ATTORNEY Jason Wu/Rebecca Haciski | DEFENDANT'S ATTORNEY Henry Bell/Juan Murillo |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Extradition Hrg. - 1/26/2021 | | | | | COURT REPORTER Ellen Rassie | COURTROOM DEPUTY A.L. Williams |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 1/26/2021 | X | X | Extradition Package | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages